Farimah Faiz Brown, City Attorney (State Bar No. 201227)
Brendan Darrow, Assistant City Attorney (State Bar No. 273413)
Marc Shapp, Deputy City Attorney (State Bar No. 266805)
Ashley Carter, Deputy City Attorney (State Bar No. 340403)
Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960
Email: MShapp@berkeleyca.gov

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, ADRIEN BOUCHARD, NICHOLAS JOHNSON AND FRANK MOORE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, RASHI KESERWANI, DOES 1-10<br><br>Defendant. | Case No. 4:25-CV-01414-HSG<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE - CITY OF BERKELEY'S OPPOSITION TO STAY ORDER**

| | | |
|---|---|---|
| Case: | *Berkeley Homeless Union, et al. v. City of Berkeley* | |
| Court: | United States District Court for the Northern District of California | |
| Case No.: | CV-25-1414 | |

## PROOF OF SERVICE

I, the undersigned, certify that I am employed in the City of Berkeley, County of Alameda, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 2180 Milvia Street, 4th Floor, Berkeley, California 94704. On this date, I served the following document(s):

- **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

- **DECLARATION OF THOMAS GREGORY IN SUPPORT OF CITY OF BERKELEY'S OPPOSITION TO PLAINTIFFS' TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

- **DECLARATION OF PETER RADU IN SUPPORT OF CITY OF BERKELEY'S OPPOSITION TO PLAINTIFFS' TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

- **DECLARATION OF OKEYA VANCE-DOZIER IN SUPPORT OF CITY OF BERKELEY'S OPPOSITION TO PLAINTIFFS' TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

on the parties stated above, through their attorneys of record, by electronic transmission to the following addressee(s):

Berkeley Homeless Union
Adrien Bouchard
Frank Moore
Nicholas Johnson
berkeley.homeless.union@gmail.com

*Parties in Berkeley Homeless Union vs. City of Berkeley, et al.*

**ONLY BY ELECTRONIC TRANSMISSION.** I caused each such document to be transmitted to the e-mail addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 13, 2025, at Berkeley, California.

_____

Herschel Winheld

3
**PROOF OF SERVICE - CITY OF BERKELEY'S OPPOSITION TO STAY ORDER**