UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>Defendants. | Case No. 25-cv-01414-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 2 |

Plaintiffs have each filed an Application to Proceed In Forma Pauperis. *See* Dkt. Nos. 2–5. However, Gordon Gilmore, who is not a named Plaintiff in this case, filed an application purportedly "on behalf of Berkeley Homeless Union." Dkt. No. 2. The Court **ORDERS** Plaintiffs to **SHOW CAUSE** why this application should not be denied as improper. As the Court has already explained, Mr. Gilmore does not appear to be an attorney and therefore he may not represent anyone but himself. *See* Dkt. No. 18 at 2, n.1. Moreover, it is not clear how Mr. Gilmore's personal financial information is relevant to any financial hardship faced by the Berkeley Homeless Union or its ability to pay the filing fee. Plaintiffs are **DIRECTED** to file a response of five pages or less by noon tomorrow, February 20, 2025.

**IT IS SO ORDERED.**

Dated: 2/19/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge