UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>Defendants. | Case No. 25-cv-01414-HSG<br><br>**ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE FEBRUARY 20 HEARING**<br><br>Re: Dkt. No. 22 |

Plaintiff Berkeley Homeless Union ("BHU") and Defendant City of Berkeley have moved to continue the February 20, 2025, hearing on whether the temporary restraining order should be further extended. Dkt. No. 22. BHU represents that the individual named pro se Plaintiffs, Adrien Bouchard, Nicholas Johnson, and Frank Moore, have also agreed to this continuance. *See id.* at 1. Inherent in the parties' agreement to extend the hearing is an understanding that the temporary restraining order should likewise be extended. The Court therefore **GRANTS** the administrative motion and **CONTINUES** the hearing to March 4, 2025, at 3:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. As before, all parties shall attend in-person. The temporary restraining order shall remain in effect until March 4, 2025, unless otherwise ordered by the Court. *See* Dkt. No. 18.

**IT IS SO ORDERED.**

Dated:  2/20/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge