UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>Defendants. | Case No.  25-cv-01414-EMC<br><br>**ORDER ON PRELIMINARY INJUNCTION HEARING**<br><br>Docket Nos. 18, 28 |

The April 29, 2025 hearing on whether the temporary restraining order ("TRO") shall be extended shall be continued to May 23, 2025 at 9:30am, unless Defendants object to this date. *See* Dkt. 27 (parties' stipulation to extend the TRO "to April 29, 2025 or thereafter at the Court's convenience"); *see* Dkt. 28 (order granting the parties' stipulation at Dkt. 27 and holding that the TRO "shall remain in effect until April 29, 2025, unless otherwise ordered by the Court"). The Court holds that the temporary restraining order shall remain in effect until this hearing on the preliminary injunction.

The parties shall file a joint status update by April 30, 2025. Unless the parties stipulate otherwise, the briefing deadlines are as follows: opening brief by May 2, 2025; opposition by May 9, 2025; and reply by May 14, 2025. Should the parties stipulate to an alternate briefing schedule and/or a later hearing date suitable for the Court, the deadline for the reply brief must be at least two weeks before the hearing.

**IT IS SO ORDERED**.

Dated: April 26, 2025

_____
EDWARD M. CHEN
United States District Judge