UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al., <br> Plaintiffs, <br> v. <br> CITY OF BERKELEY, et al., <br> Defendants. | Case No. 25-cv-01414-EMC <br><br> **ORDER ON BERKELEY HOMELESS UNION'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** <br><br> Docket No. 63 |

The Court shall not hear plaintiff Berkeley Homeless Union's motion for a temporary restraining order and preliminary injunction ("Motion") on Friday, May 23, 2025. *See* Dkt. 63. The deadline set by the Court to file a motion for a preliminary injunction was May 2, 2025. *See* Dkt. 38 (Order on Preliminary Injunction Hearing). The Motion was not filed until May 19, 2025. *See* Dkt. 63. The temporary restraining order in place remains in effect only until May 23, 2025, as set by the Court. Dkt. 38. The City objects to any further extension. Dkt. 42 (Joint Status Update).

Not only is Berkeley Homeless Union's Motion out of time, it also does not allow for adequate notice of hearing. Under Civil Local Rule 7-2(a), "all motions must be…noticed…for hearing not less than 35 days after filing of the motion." Civ. L. R. 7-2(a). Because Berkeley Homeless Union ("BHU") failed to abide by Rule 7-2(a) and failed to file a request to shorten time as required by Rule 6-1(b), the Court shall not hear the Motion this Friday. *See* Civ. L. R. 6-1(b). BHU must notice any hearing pursuant to the Local Rules.

**IT IS SO ORDERED**.

Dated: May 20, 2025

_____
EDWARD M. CHEN
United States District Judge