UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>  Defendants. | Case No. 25-cv-01414-EMC<br><br>**ORDER ON MOTION TO SHORTEN TIME**<br><br>Docket No. 73 |

Plaintiff Berkeley Homeless Union's motion to shorten time to hear its motion for a preliminary injunction is **GRANTED IN PART**. Mot. (Dkt. 73). Under Local Rule 6–3, a party seeking an order shortening time must make a particularized showing. N.D. Cal. Civ. L.R. 6–3. Local Rule 6–3 provides, in part, that the moving party must identify "the substantial harm or prejudice that would occur if the Court did not change the time." *Id.* (6-3(3)). BHU alleges that, "if the City is allowed to close 8th and Harrison," "over 40 homeless [individuals], 75% of whom have serious disabilities," "will face imminent eviction." Prince Decl. (Dkt. 79); Mot. at 3. In light of this risk, shortening the time to hear BHU's motion for a preliminary injunction (Dkt. 72) is appropriate.[1]

The Court shall hear BHU's motion on June 10, 2025 at 9:00 a.m.. The briefing schedule

---

[1] The Court held that it would not hear motions requesting relief related to locations beyond the 8th and Harrison encampment in Berkeley, California. Dkt. 68. Accordingly, the Court shall not hear BHU's motion requesting relief for Ohlone Park. Dkt. 69. This order applies to BHU's motion for a preliminary injunction filed on May 23, 2025 only as it relates to the 8th Street and Harrison Street encampment. Dkt. 72.

is as follows: the City's opposition is due by May 30, 2025; BHU's reply is due by June 3, 2025.

**IT IS SO ORDERED**.

Dated: May 27, 2025

_____
EDWARD M. CHEN
United States District Judge

2