UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF BERKELEY, et al.,<br><br>        Defendants. | Case No. 25-cv-01414-EMC<br><br>**ORDER CEASING ABATEMENT UNTIL FURTHER ORDER**<br><br>Docket No. 87 |

Pursuant to the Court's order in today's hearing, the City's abatement shall cease immediately until further order. Matter to be discussed during June 10, 2025 hearing. Explanatory order to follow.

    **IT IS SO ORDERED**.

Dated: June 4, 2025

_____
EDWARD M. CHEN
United States District Judge