UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BERKELEY, et al., <br><br> Defendants. | Case No. 25-cv-01414-EMC <br><br> **ORDER ON RULINGS RELATED TO AUGUST 5, 2025 CASE MANAGEMENT CONFERENCE** <br><br> Docket No. 104, 107, 118 |

The Court orders the following:

1. The parties shall engage in settlement discussions with Judge Illman, including but not limited to individual ADA claims;

2. The preliminary injunction shall be extended until the parties complete the ADA interactive process or until further order; and

3. The pending motions (Defendant City of Berkeley's Motion to Dismiss at Docket No. 107 and BHU's Ex-Parte Application Requesting Order to Show Cause Why Defendants Should Not Be Held in Contempt for Violating Preliminary Injunction at Docket No. 118) are stayed pending resolution of the ADA interactive process or until further order.

Accordingly, the hearing on Defendant City of Berkeley's motion to dismiss scheduled for August 21, 2025 is vacated. August 5, 2025 case management conference minutes forthcoming.

**IT IS SO ORDERED**.

Dated: August 7, 2025

_____
EDWARD M. CHEN
United States District Judge