# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** August 5, 2025          **Time:** 1:31-1:51          **Judge:** EDWARD M. CHEN
                                      20 Minutes

**Case No.:** 25-cv-01414-EMC          **Case Name:**  Berkeley Homeless Union v. City of Berkeley

**Attorney for Plaintiffs:** Anthony Prince
**Attorneys for Defendants:** Marc Shapp

**Deputy Clerk:** Vicky Ayala                    **Court Reporter:** Andrea Bluedorn

### PROCEEDINGS HELD VIA ZOOM WEBINAR

Status Conference - held

### SUMMARY

Parties stated their appearances.

Parties have agreed to complete initial disclosure by 8/15/2025.

Defendant noted that they will provide status update to the Court by 8/11/2025.
Under NDCA ADR L.R. 3-5(d)(2), Court ordered parties to return to Judge Illman, who will
serve as a mediator to facilitate a resolution of disputes that arise out of the interactive process
and mediate individual ADA claims. Court indicated that Judge Illman will set ground rules for
mediation and will likely not permit recordation. Court directed parties to meet and confer and
schedule a time to initiate this process.

Court extended the preliminary injunction until the completion of the ADA interactive process.

Court stayed BHU's Ex-Parte Application Requesting Order to Show Cause Why Defendants
Should Not Be Held in Contempt for Violating Preliminary Injunction. *See* Docket No. 118.

Court to hold the motion to dismiss hearing scheduled for 8/21/2025 in abeyance pending
resolution of the ADA interactive process.  Court set a 10/5/2026, trial date.  Scheduling order to
issue.

**CASE CONTINUED TO:  10/14/2025, at 2:30 PM for a Status Conference via Zoom.**  Joint
status report **due by 10/7/2025.**