Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

UNITED STATES COURT

DISTRICT OF NORTHERN CALIFORNIA

BERKELEY HOMELESS UNION ET AL

        Plaintiff,

vs.

CITY OF BERKELEY ET AL

        Defendant

Case No.: 3:25-cv-01414-EMC(RMI)

DECLARATION OF ANTHONY D. PRINCE IN SUPPORT OF EX-PARTE APPLICATION FOR ORDER TO ENFORCE PRELIMINARY INJUNCTION; HALTING SEPTEMBER 15 ABATEMENT OF HARRISON STREET TO CORDONOCIES CREEK; AND REQUEST FOR EMERGENCY HEARING

1. I, Anthony D. Prince, am the Attorney of record for Plaintiffs in the above-captioned matter.
2. On, Tuesday, September 9, 2025, I became aware that Defendant City of Berkeley had posted a Notice of Encampment Closure that instructed all persons in a large area in and beyond the Harrison Corridor to leave with their belongings before September 15, 2023.
3. Over the last two days I have contacted members of the City Attorney's office to express the Union's position that the planned closure was in violation of this Court's order of

DECLARATION OF ANTHONY D. PRINCE IN SUPPORT OF EX-PARTE APPLICATION FOR ORDER TO ENFORCE PRELIMINARY INJUNCTION; HALTING SEPTEMBER 15 ABATEMENT OF HARRISON STREET TO CORDONOCIES CREEK; AND REQUEST FOR EMERGENCY HEARING - 1

    June 10, 2025 and put them on Notice that if the Notice was not rescinded, the Union would file an *ex parte* motion to halt the closure.

4. In addition, I contacted Magistrate Judge Robert Illman with whom I had a conversation yesterday regarding the City's intentions and how it would interfere with his role assigned to hm by the Court with regard to the individual requests for accommodations of our members and the prospects for settlement.

5. Several hours later I received a message that after a separate discussion between Judge Illman and the City Attorney's office, that the City had refused to rescind the Notice and without making any counter-offer, had rejected in its entirely the Union's settlement proposal submitted two weeks ago, the focus of which was on identifying areas of the City where those displaced from 8th and Harrison could relocate. Judge Illman's message included his decision to return this case to Judge Chen.

6. Today I received an email from Assistant City Attorney Iris Mattes repeating the assertion made previously by City Attorney Marc Shapp during the hearing that preceded this Court's most recent ordering an extension of the June 10 limited injunction. Attached hereto as **Exhibit A** is a true and correct copy of Attorney Mattes's email which states, in pertinent part regarding Judge Illman's involvement in the interactive process in this case, "[W]e do not believe Title II of the ADA requires judicial involvement of that sort and we decline to voluntarily consent to it."

    I swear under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: September 11, 2025                                /s/Anthony D. Prince

Executed at Berkeley, CA

DECLARATION OF ANTHONY D. PRINCE IN SUPPORT OF EX-PARTE APPLICATION FOR ORDER TO ENFORCE PRELIMINARY INJUNCTION; HALTING SEPTEMBER 15 ABATEMENT OF HARRISON STREET TO CORDONOCIES CREEK; AND REQUEST FOR EMERGENCY HEARING - 2

# Exhibit A

## RE: CASE #: 3:25-cv-01414-EMC Berkeley Homeless Union et al v. City of Berkeley et al

From: Mattes, Laura Iris (lmattes@berkeleyca.gov)

To: princelawoffices@yahoo.com

Cc: fbrown@berkeleyca.gov; mshapp@berkeleyca.gov; nscott@berkeleyca.gov; sstephens@berkeleyca.gov

Date: Thursday, September 11, 2025 at 10:44 AM PDT

Mr. Prince,

In accordance with Judge Chen's prior orders, we think the most prudent next step is to file a joint status update with the court. Can you send us your portion of the statement by Monday?

Also, in addition to what Judge Illman described below, we understand you communicated to Judge Illman your position that he should oversee the parties' interactive process discussions. We responded to Judge Illman as we have to you -- that we do not believe Title II of the ADA requires judicial involvement of that sort and we decline to voluntarily consent to it. We understand he communicated that position to you. As such it appears we are at impasse on this issue as well.

Iris

From: Gloria Knudson <Gloria_Knudson@cand.uscourts.gov>
Sent: Wednesday, September 10, 2025 4:21 PM
To: Anthony Prince <princelawoffices@yahoo.com>; Mattes, Laura Iris <LMattes@berkeleyca.gov>
Subject: CASE #: 3:25-cv-01414-EMC Berkeley Homeless Union et al v. City of Berkeley et al

**WARNING:** This is not a City of Berkeley email. Do not click links or attachments unless you trust the sender and know the content is safe.

Good afternoon:

Judge Illman instructed that I send the following message to the parties in this matter. Thank you.

Parties – I have spoken to both sides today regarding the abatement on Monday and the overall settlement of this case. I expressed the Union's concerns with the upcoming closure to the City and discussed the City's response to the Union's settlement offer. The City's position with regard to Monday's closure is that no one subject to the PI in this case will be affected by the 1 block (or so) closure (and that they have performed 2 surveys to confirm this) and while they will continue providing trash pickup services they will not provide dumpster service. As to the overall case, the City is rejecting Plaintiff's proposal and has no further counter-proposal. Instead, the City believes that this case should be returned to Judge Chen for further proceedings.

I am returning this case to Judge Chen for further proceedings, as we have a complete breakdown in settlement discussions. I will be vacating the upcoming settlement conferences as well.

My suggestion to the parties would be to continue to work together on the Monday closure AND towards a global settlement. If both sides are in agreement I am happy to reengage settlement discussions, but only if both sides stipulate.

-Kind Regards

Gloria Knudson

CRD to Honorable Robert M. Illman

United States District Court, Northern CA

Eureka Division