Farimah Faiz Brown, City Attorney (State Bar No. 201227)
Marc Shapp, Deputy City Attorney (State Bar No. 266805)
Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
Nubyaan Scott, Deputy City Attorney (State Bar No. 331584)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960
Email: MShapp@berkeleyca.gov

Attorneys for Defendant
CITY OF BERKELEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.<br><br>Defendant. | Case No. 3:25-CV-01414-EMC<br><br>**DECLARATION OF EPSALON GALLOWAY IN SUPPORT OF CITY OF BERKELEY'S OPPOSITION TO EX-PARTE APPLICATION TO ENFROCE PRELIMIARY INJUNCTION AND HALT SEPTEMBER 15 ABATEMENT** |

I, Epsalon Galloway, declare as follows:

    1.    I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

    2.    I am a Social Services Specialist and a member of the Homeless Response Team for the City of Berkeley since July 2024. Any documents or correspondence referred to in this declaration are kept by the City in the regular course of business, and it is a regular practice to make and retain such records.

1
Case No. 3:25-CV-01414-EMC

3.   My primary role is to offer direct outreach to the unhoused population, and I am often in the field posting notices, offering shelter or other services, or otherwise interacting with said individuals.  One of the locations I visit regularly is the one block area on the east side of 8th Street between Harrison and Codornices Creek ("Eighth Street Block"), and I am familiar with the unhoused individuals in the area. I visit this area roughly twice a week and I have a good relationship with everyone in the encampment.

4.   The current conditions in the whole Harrison Corridor (Harrison Street from 10th St. to 6th St. and 8th St. from Gilman St. to Codornices Creek) are shocking.  Despite the City of Berkeley's previous clean-up efforts, the area is once again littered with trash, drug paraphernalia, and vermin.  One is forced to walk down the middle of the street because the sidewalks are crowded with debris.  The residents, patrons, and employees in this area are essentially imprisoned by the encampment as they are forced to stay inside because they are surrounded by unsanitary and dangerous conditions.

5.   On August 29, 2025, I conducted a census of the Eighth Street Block and identified the following five unhoused individuals located therein: Jacqueline Mendoza, Bradford Raynor, Deshante Willis, Vicky Dunbar, and Robert Pearce. I identified the residents at this location by knocking on each tent and asking for their names. I have a good relationship with everyone there and I didn't encounter any resistance to my request for their names. I keep a pen and paper with me on these visits, and I immediately wrote down their names when they gave them to me.

6.   On September 8, 2025, I posted approximately 15 copies of a public notice informing the unhoused individuals in Eighth Street Block of the pending September 15th encampment closure (**Exhibit A**).  I posted notices on fences, posts, and tents.  In addition, I knocked on people's tents to notify them of the impending encampment closure.  Some individuals expressed disapproval and asked where they could go.  As per my usual practice, I informed them about the possibility of obtaining a shelter bed, but nobody expressed an interest in congregate shelters.

7. On September 9, 2025, I conducted a second census of the Eighth Street Block. All five of the individuals who were present on August 29 were still there, and I also identified Bryan Smyth, who had not been present during my August 29th census.

8. Each time I conducted the census at this location, I only asked residents for their names, and offered shelter if they asked where they could go. Sometimes people would ask me about the notices I posted, which I would read to them. No one asked me for an accommodation request, and I did not have any discussions about accommodations with the residents here.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 11, 2025, in Berkeley, California.



EPSALON GALLOWAY

# EXHIBIT A



City Manager's Office

# PUBLIC NOTICE

Date Posted: Sept 8, 2025

To:  Persons encamped on the east side of 8th St between Harrison and Codornices Creek

From:  City of Berkeley

Subject:  **Notice of Encampment Closure**

Please be advised that this location is within a no-lodging area and Temporary Non-Commercial Item (TNC) Prohibited Area. You are not permitted to lodge here or store personal property here, pursuant to California Penal Code Section 647(e) and City of Berkeley Administrative Regulation 10.2.

**Please vacate the TNC Prohibited Area by Sept 15, 2025.** All personal property in the above location will be subject to removal on or after this date pursuant to Administrative Regulations 10.1 and 10.2. Vehicles in the above location will be subject to tow after this date, if authorized by the Vehicle Code and community caretaking doctrine. Failure to comply with this notice may result in citation or arrest.

The City's primary goal is to end encampments by moving all people indoors. Those interested in shelter or permanent housing should refer to Attachment 2.

**PROPERTY STORAGE AND RETRIEVAL**
The City can temporarily store a limited amount of certain types of personal property up to 90 days, depending on value. Requests for property storage should be directed to the Homeless Response Team at homelessresponseteam@berkeleyca.gov. Personal property left unattended may be collected and stored pursuant to the City's policy, if it meets certain requirements, described in more detail below:
1. **Personal property that *may* be stored up to 90 days** includes property of a personal nature such as identification; photos/photo albums; tents, sleeping bags, bedding (which is deemed to be in serviceable condition); luggage, backpacks, purses; clothing; documents (together in a packet bound or secured in some way); jewelry; medication;

   eyewear; electronic equipment; tools; bicycles and other non-motorized methods of transportation which are in working order.
2. **Items that will not be stored and are subject to disposal if left on public property at the time of the abatement include but are not limited to**: soiled or moldy items; loose or scattered papers; wet or damp clothing, bedding or sleeping bags; perishable food or personal products; personal hygiene products such as toothbrushes or hairbrushes; bike carcasses and parts; mattresses, futons, furniture; shopping carts (items easily identified as personal belongings and meeting the criteria for storage may be stored); broken or disassembled items or items stripped of parts; weapons; items that attract rodents or insects (containers for recycling or food storage); hazardous or explosive items such as gasoline cans, propane tanks, batteries.

Individuals who wish to reclaim their stored property may make an appointment to retrieve it. To do so, please call "311" to contact the City's Customer Service Center during regular business hours (Monday – Friday, 9:00 AM to 3:00 PM), or call (510) 981-2489 or (510) 981-CITY. Alternatively, information regarding retrieval of unattended and stored property is available in the lobby of the Berkeley Civic Center, 2180 Milvia Street, Berkeley, during regular business hours.

---

**LODGING WITHOUT PERMISSION PROHIBITED**
You are hereby notified that Penal Code 647(e) provides that a person "[w]ho lodges in a building, structure, vehicle, or place, whether public or private, without the permission of the owner or person entitled to the possession or in control of it" is guilty of a misdemeanor.

**Lodging is prohibited on the streets, sidewalks, and other public rights-of-way on Harrison St from 10th St to 6th St and 8th St from Gilman St. to Codornices Creek.**


**SIDEWALK NUISANCE CONDITIONS**
You are hereby notified that pursuant to **Berkeley Municipal Code 14.48.020**, "It is unlawful for any person to place or cause to be placed anywhere upon any sidewalk or roadway, any object which obstructs, restricts, or prevents the use of any portion of such sidewalk or roadway."

You are further notified that pursuant to **Berkeley Municipal Code 14.48.120 and Administrative Regulation 10.2**:
- "TNC Objects are prohibited on Sidewalks in Residential Districts, except Objects in Transit pursuant to BMC §14.48.030 or as otherwise specifically authorized by the BMC"
- "TNC Objects may not be placed in TNC Prohibited Areas." A TNC Prohibited Area is defined as "a public location where notices have been posted in reasonably visible locations delineating a geographic area where TNC Objects are prohibited."

You are further notified that pursuant to **Berkeley Municipal Code 14.48.160,** "Anything placed or permitted to remain upon any sidewalk or roadway in violation of this Chapter, is declared to constitute a nuisance and the City is authorized and empowered to abate such nuisance by removing the same to the custodian of lost property in the Police Department or the Corporation Yard of the City, or other location designated by the City."

**VEHICLES**
You are hereby notified that pursuant to **California Vehicle Code 22651(b) and (o)**, "A peace officer…or a regularly employed and salaried employee, who is engaged in directing traffic or enforcing parking laws and regulations, of a city, county, or jurisdiction of a state agency in which a vehicle is located, may remove a vehicle located within the territorial limits in which the officer or employee may act, under the following circumstances… If a vehicle is found or operated upon a highway, public land, or an off street parking facility under any of the following circumstances… (b) If a vehicle is parked or left standing upon a highway in a position so as to **obstruct the normal movement of traffic or in a condition so as to create a hazard to other traffic upon the highway** . . . (o) With a **registration expiration date in excess of six months** before the date it is found or operated on the highway, public lands, or the off street parking facility."

You are further notified that pursuant to **California Vehicle Code 22669(d)**, "Motor vehicles which are parked, resting, or otherwise immobilized on any highway or public right-of-way and **which lack an engine, transmission, wheels, tires, doors, windshield, or any other part or equipment necessary to operate safely on the highways of this state**, are hereby declared a hazard to public health, safety, and welfare and may be removed immediately upon discovery by a peace officer or other designated employee of the state, county, or city."

**ATTACHMENT 1**

# FACT SHEET

- This area has been declared a no-lodging area and a TNC Prohibited Area.
    - Lodging is prohibited on the streets, sidewalks, and other public rights-of-way on Harrison St from 10th St to 6th St and 8th St from Gilman St. to Codornices Creek.
    - Personal property cannot be stored on the streets, sidewalks, or other public rights-of-way in TNC Prohibited Areas.
- You have until Sept 15 to find another location for yourself and your belongings. By this date, you must leave the encampment and take anything of value with you. The City may come to clean up and permanently close this encampment at any time after Sept 15 without further notice.
- You have until Sept 15 to ensure any vehicle in the area is in safe working order and properly licensed and registered or remove it from the closure area. The City will be enforcing against illegally parked vehicles in this area on or after Sept 15. After that date, remaining vehicles may be subject to tow and impounding.
- The City can store a limited amount of personal property up to 90 days. Some property cannot be stored and is subject to being discarded. This includes:
    - Soiled or moldy items
    - Loose or scattered papers
    - Wet or damp clothing, bedding, or sleeping bags if storing it would cause it to mold
    - Perishable food or personal products that will spoil in storage
    - Personal hygiene products such as toothbrushes, hair brushes
    - Bike carcasses and parts
    - Mattresses, futons, furniture
    - Shopping carts (shopping carts will be returned to the identified stores where possible and clearly identifiable valuables in the carts will be stored).
    - Broken or disassembled items or those stripped of parts (i.e. flat tires, electronics, torn up clothes)
    - Weapons

- - o Any item that may attract rodents or insects (containers for recycling or food storage)
    - o Hazardous or explosive items such as gasoline cans propane tanks, batteries
- If your property is removed and stored, you may make an appointment to reclaim your property by:
    - o Contacting 311 Customer Service Center by dialing 311 or (510) 981-2489, or
    - o Visiting the lobby of the Berkeley Civic Center, 2180 Milvia St., Berkeley, during regular business hours.
- The City's primary goal is to end encampments by moving all people indoors. Those interested in shelter or permanent housing should refer to Attachment 2.

**ATTACHMENT 2**

The City of Berkeley's primary goal is to end unsheltered homelessness by connecting those living in this encampment to interim and permanent housing.

*Interim Housing*
The City has a limited number of shelter beds available. Those interested in shelter can:
- Talk to a member of the Homeless Response Team (HRT) at any point during their regular outreach to this encampment.
- Call **211** or 1-800-799-7233 or 1-800-787-3224 (TTY) for services, shelter and housing information. 211 Alameda County is available 24 hours a day, seven days a week.
- Visit in person:
    - North County Housing Resource Center (homeless adults only):
        - **Bay Area Community Services**
          **In person drop-in hours:** Mon., Wed., Fri., 9:00 am – 12:00 pm
          **Call-in hours:** Mon. – Fri. 8:30 am – 4:30 pm
          **Address:** 2809 Telegraph Avenue Suite 202, Berkeley, CA 94705
          **(510) 495-0131\**
    - North County Housing Resource Center (homeless families only):
        - **Women's Daytime Drop-in Center**
          **Food and hygiene services:** Monday – Friday 9:00 am – 2:00 pm
          **All other services:** Monday – Friday 8:00 am – 4:00 pm
          **Address:** 2218 Acton Street, Berkeley, CA 94702
          **(510) 548-2884**

*Permanent Housing*
By Federal regulation, the City of Berkeley does not control access/referrals to permanent supportive housing for people experiencing homelessness, even for those housing programs located within the City. Alameda County, through its Coordinated Entry process, oversees these referrals. However, the Homeless Response Team can assess people for eligibility and help connect anyone interested. During the Coordinated Entry assessment, the HRT will ask you about your:
- History of homelessness
- Barriers to housing (prior evictions, length of time since last lease)
- Disability and vulnerability

Providing full and honest answers will help ensure you are matched to the most appropriate services for your needs.

Anyone interested in a Coordinated Entry Assessment should:
- Talk to a member of the Homeless Response Team (HRT) at any point during their regular outreach to this encampment.
- Email homelessresponseteam@berkeleyca.gov to request a housing assessment. Please provide a phone number and/or a location and date/time the team can use to locate you.