Farimah Faiz Brown, City Attorney (State Bar No. 201227)
Marc Shapp, Deputy City Attorney (State Bar No. 266805)
Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
Nubyaan Scott, Deputy City Attorney (State Bar No. 331584)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960
Email: MShapp@berkeleyca.gov

Attorneys for Defendant
CITY OF BERKELEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.<br><br>Defendant. | Case No. 3:25-CV-01414-EMC<br><br>**DECLARATION OF TOM PARRISH IN SUPPORT OF CITY OF BERKELEY'S RESPONSE TO PLAINTIFF'S EX-PARTE APPLICATION FOR ORDER AND EMERGENCY HEARING TO ENFORCE PRELIMINARY INJUNCTION AND HALT SEPTEMBER 15 ABATEMENT** |

I, Tom Parrish, declare as follows:

    1.    I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

    2.    I am the Managing Director of Berkeley Repertory Theatre ("Berkeley Rep") and have held this position for approximately three years. Berkeley Rep has its offices at 999 Harrison Street in Berkeley, California, where I have worked for my three years as Managing Director. Berkeley Rep is a 501(c)(3) non-profit organization that is considered an international leader in innovative theatre. Known for its ambition, relevance, and excellence, as well as its

1

adventurous audience, Berkeley Rep has provided a welcoming home for emerging and established artists in Berkeley since 1968. The organization owns the City block bounded by 8th Street and 9th Street along Harrison Street in Berkeley.

3. The encampments adjacent to Berkeley Rep's property have created significant impacts on me, my employees, and the organization, for the entire three years I have worked here. The conditions are currently among the worst that I have witnessed.

4. The encampments near our building completely block the sidewalk, such that people have to walk in the street to access our building. Employees have been harassed coming to and from the building. The encampments have at times blocked the road and egress from our property. Encampment residents have shot guns at our security cameras with bullets going through the windows of my employees' offices. Our property has incurred vandalism and rat infestation including rats that have entered electric vehicles and eaten the wiring. The encampments have also had psychological impacts on our employees who have told me they don't feel safe working at this location.

5. The biggest safety risk we have faced is from fire. On August 21, 2024 a fire caused by the encampment on 8th Street just north of Harrison Street singed a tree adjacent to our building, melted a portion of our metal fence, and caused a loss of all of the property in a storage container next to the fence. Thankfully, the tree did not fully ignite, which could have caused more catastrophic damage to the building and potentially to employees inside. Recreational vehicles adjacent to the property have caught fire, strewing toxic materials onto the property.

6. There are currently people camping right alongside our building, leaning against and touching our property. Campers have used the Berkeley Rep building to prop up their tents and tie ropes to our fences. Campers have also thrown human waste over the fence onto our property. I have witnessed drug sales, bike chop shop operations, sales of stolen property, and domestic violence on a regular basis. Garbage from the encampments is dumped on our corner and in the street. The encampments in the Harrison Corridor have proliferated since the court order halting the City's cleanup of the area in early June 2025.

7. I am very concerned that we may lose our property insurance as a result of the impacts the encampments have had to our building. According to one of my employees, a business located across the street from us had their insurance revoked earlier this year, due to impacts from the encampments. As a result, the business had to abandon their facility and rent a different warehouse. Our insurance underwriter will be visiting Berkeley Rep in the next few weeks and it would be devastating to our organization if our insurance is revoked.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 11, 2025, in Berkeley, California.

Signed by:

*Tom Parrish*

3C0FD0378533435

TOM PARRISH

---

3

PARRISH DECL. ISO BERKELEY'S RESPONSE TO PLAINTIFF'S EX-PARTE APPLICATION FOR ORDER
Case No. 3:25-CV-01414-EMC