UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BERKELEY, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-01414-EMC   (EMC)<br><br>**ORDER GRANTING IN PART REQUEST FOR EXTENSION OF TIME**<br><br>Docket No. 159, 160, 161 |

The Court has reviewed Mr. Prince's request for an extension of time to file a status report on the ADA interactive process, and the City's opposition. Good cause appearing, the request is **GRANTED IN PART**.

The deadline to file a joint status report on the interactive process is **extended to January 6, 2026**. A status conference regarding the completion of the interactive process is hereby set for **January 13, 2026**.

**IT IS SO ORDERED**.

Dated: October 22, 2025

_____
EDWARD M. CHEN
United States District Judge