UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| YESICA PRADO, et al., | Case No. 23-cv-04537-EMC (LB) |
| Plaintiffs, | |
| v. | **NOTICE OF DISCOVERY PROCEDURES** |
| CITY OF BERKELEY, | |
| Defendant. | |
| LE WANDA PARNELL, et al., | Case No. 23-cv-06379-EMC (LB) |
| Plaintiffs, | |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |
| BERKELEY HOMELESS UNION, et al., | Case No. 25-cv-01414-EMC (LB) |
| Plaintiffs, | |
| v. | |
| CITY OF BERKELEY, et al., | |
| Defendants. | |

The district judge referred all discovery matters to the undersigned. (Order, 3:23-cv-04537-EMC – ECF No. 137). No discovery dispute is pending. If one arises, the parties must comply

ORDER – No. 23-cv-04537-EMC (LB); No. 23-cv-06379-EMC (LB); No. 25-cv-01414-EMC (LB)

with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: October 30, 2025



LAUREL BEELER
United States Magistrate Judge