1  Farimah Faiz Brown, City Attorney (State Bar No. 201227)
2  Christopher D. Jensen, Assistant City Attorney (State Bar No. 235108)
   Marc Shapp, Deputy City Attorney (State Bar No. 266805)
3  Ashley Carter, Deputy City Attorney (State Bar No. 340403)
   Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
4  BERKELEY CITY ATTORNEY'S OFFICE
   2180 Milvia Street, Fourth Floor
5  Berkeley, CA 94704
   Telephone: (510) 981-6997
6  Facsimile: (510) 981-6960
   Email: cjensen@berkeleyca.gov
7
   Attorneys for Defendant
8  CITY OF BERKELEY

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

   BERKELEY HOMELESS UNION,              Case No.  3:25-CV-01414-EMC
13
            Plaintiff,
14                                       **STIPULATION AND [PROPOSED]**
   v.                                    **ORDER TO EXTEND NON-EXPERT**
15                                       **DISCOVERY CUTOFF**
   CITY OF BERKELEY, THOMAS
16 GREGORY, PAUL BUDDENHAGEN,            *[Assigned to the Honorable Edward M. Chen]*
   PETER RADU, OKEYA VANCE-DOZIER,
17 RASHI KESERWANI, DOES 1-10

            Defendants.
18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF

1    WHEREAS, on December 15, 2025, the Court entered a Case Management and Pretrial

2  Order for Jury Trial (ECF #183) setting a Non-Expert Discovery Cutoff on February 5, 2026; and

3    WHEREAS, Plaintiff Berkeley Homeless Union ("Plaintiff") and Defendants City of

4  Berkeley, Thomas Gregory, Paul Buddenhagen, Peter Radu, Okeya Vance-Dozier, and Rashi

5  Keserwani ("Defendants") (collectively, "Parties") have met and conferred and agree that a

6  limited amount of additional time is necessary to complete non-expert discovery, including but

7  not limited to the completion of depositions of fact witnesses.

8    NOW, THEREFORE, the Parties hereby agree to extend the Non-Expert Discovery

9  Cutoff to February 26, 2026.

10                              Respectfully submitted,

11  Date: January 20, 2026              LAW OFFICES OF ANTHONY D. PRINCE

12

13                              /s/Anthony D. Prince

14                              Anthony Prince
                                Attorney for Plaintiff Berkeley Homeless Union

15

16  Date: January 20, 2026              BERKELEY CITY ATTORNEY'S OFFICE

17                              /s/Christopher D. Jensen
                                Christopher D. Jensen
18                              Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF

**FILER'S ATTESTATION**

      Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Christopher D. Jensen, attest that concurrence in the filing of this document has been obtained from all signatories.

1

**[PROPOSED] ORDER**

2        Pursuant to the Parties' Stipulation, and good cause appearing, the Court orders that the

3  Non-Expert Discovery Cutoff is extended to February 26, 2026. All other deadlines set by the

4  Court's Case Management and Pretrial Order for Jury Trial (ECF #183) shall remain in effect.

5

6  IT IS SO ORDERED.

7

8   Dated: _____, 2026

9                                                _____
                                                 The Honorable Edward M. Chen.
                                                 United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF