

**Office of the City Attorney**

Berkeley City Attorney's Office
2180 Milvia Street, 4th Floor
Berkeley, CA 94704
(510) 859-6271
cjensen@berkeleyca.gov

February 2, 2026

Magistrate Judge Laurel Beeler
Phillip Burton Federal Building
450 Golden Gate Avenue
Courtroom B – 15th Floor
San Francisco, CA 94102

***Berkeley Homeless Union v. City of Berkeley, et al.*, USDC Case No. 3:25-cv-01414-EMC
Referred for discovery matters to Hon. Magistrate Judge Laurel Beeler, Dkt. No. 166**

Re:   Schedule for Response and Hearing Re Discovery Disputes – Response to Dkt #221

Dear Judge Beeler:

In response to the Court's January 31, 2026 Order (Dkt #221), Defendant City of Berkeley proposes that its response to Plaintiff Berkeley Homeless Union letter brief regarding the issues identified in the parties' January 29 joint letter brief be due by Monday, February 9 and that the Court schedule a hearing on February 11 or as soon thereafter as is convenient for the Court.

Plaintiff's letter brief continues to be due by February 5 (Dkt #217, #221).

The parties met and conferred, and Plaintiff's counsel agrees with the proposed schedule. Plaintiff's counsel requests that any hearing on February 11 be scheduled after 12:00 p.m.

Respectfully submitted,

BERKELEY CITY ATTORNEY's OFFICE

/s/Christopher D. Jensen

Christopher D. Jensen
Assistant City Attorney
Attorneys for Defendant City of Berkeley