1  Anthony D. Prince (SBN # 202892)
2  General Counsel, California Homeless Union/Statewide Organizing Council
   Law Offices of Anthony D. Prince
3  2425 Prince Street, Ste. 100
   Berkeley, CA 94705
4  Tel: 510-301-1472

5

6

7                          **UNITED STATES COURT**

8                    **DISTRICT OF NOTHERN CALIFORNIA**

9
                                        | Case No: 3:25-cv-01414 EMC
10
   BERKELEY HOMELESS UNION
11
              Plaintiff,                 | **Ex Parte Motion for Emergency Hearing**
12
13  vs.

14  CITY OF BERKELEY ET AL

15
              Defendant
16

17
          On February 17, 2026 the City posted 40-page Public Notices at the 8th and Harrison
18
    encampment instructing all persons, except the eight members of the Berkeley Homeless Union
19
    whose names appeared on the first page of the Notice.
20

21        Beginning on that day, I made three consecutive requests until the City attorney finally
22
    provided me with an official copy of the notice since the ones that had been posted had been
23
    soaked in the heavy rainfall.
24
          I immediately observed that nowhere in the Notice is any information regarding the right
25
26  of the residents to request reasonable accommodations in the shutdown that is now set for

27  Tuesday, February 24. The portion that the City omitted has been included in every Noticed

28

encampment abatement, including in the two Notices posted at 8th and Harrison in January, 2025

as well as Ohlone Park and other encampments around the City prior to abatements.

The section that the City has failed to include in the notices posted on Tuesday of this

week are required under ADA rules and the City of Berkeley's own policy and in previous

notices reads as follows:

**DISABILITIES AND REASONABLE ACCOMMODATIONS**
You have the right under the Americans with Disabilities Act to request a reasonable
accommodation (i.e., a modification of standard City policy, procedure, and/or practice) if your
disability prevents you from complying with this notice. To request a reasonable accommodation,
please contact the City's ADA Coordinator (email: ada@berkeleyca.gov, phone: 510-981-6418,
TTY/TDD: 510-981-6347, and street address: 1947 Center St., 4th Floor, Berkeley 94704). The
City may request verification from a licensed medical professional that your disability impedes
compliance with the terms of this notice. The City will work with you to identify a mutually
agreeable accommodation based on your needs and the goals of this notice but may determine
that the requested accommodation cannot be provided.

Yesterday, February 19, BHU sent an email to the City Attorney demanding that the

planned closing of the encampment be rescinded. The City has failed to respond as of this

writing.

In addition, BHU officers personally observed and recorded ADA Coordinator Thomas

Gregory accosting approximately 12 encampment residents, including persons that Mr. Gregory

knows from interactive process meetings are protected by the June 10, 2025 injunction and

whose names are actually listed on the Notice as being exempt from its requirements.

BHU President Yesica Prado has been present at these encounters as Gregory has

demanded that residents identify any disabilities that have that will prevent them from complying

with the Notice. At no time has Mr. Gregory ever advised anyone that they had the right to

request a reasonable accommodation let alone offered to assist them despite his title of "ADA

Coordinator" the requirements of his job as set forth in his position description.

Also, today the City posted signs reading "Tow-Away NO PARKING" at locations where the City is well aware persons protected by the June 10 injunction and who have been involved in the interactive process, including Ms. Prado and Merced Dominguez are living in their RVs.

The overwhelming majority of the approximately 40 homeless persons at 8th and Harrison have disabilities and are entitled to request accommodations. The deliberate omission of the required DISABILITIES AND REASONABLE ACCOMMODATIONS provision from the February 17 notice—which was re-posted yesterday, February 19 and the day before that, February 18 coupled with Mr. Gregory's misconduct are extremely concerning. The City continues to refuse to identify a single alternative location for the soon to be displaced residents, despite the instruction from the City's own Health Officer that residents need to leave and camp at least 1/3 of a mile away from the Harrison Corridor.

Because the City has failed to inform, let alone assist persons with disabilities applying for reasonable accommodations and will close the camp on Tuesday, February 24, before any interactive process for anyone can even begin, therefore BHU urgently requests the immediate intervention of the Court and the convening of an emergency hearing. The Union has also become aware that DRA attorneys in the *Prado* case have sent a demand letter to the City and intend to file for injunctive relief. Should the Court agree to convene a hearing, BHU requests th/at the *Prado* attorneys be included.

Dated: February 20, 2026

Respectfully Submitted,
/s/ Anthony D. Prince
Anthony D. Prince
Attorney for BHU

In one incident, Mr. Gregory walked up to BHU member Lewanda Parnell, and told her that "everyone has to leave." It was only when Union President intervened that Gregory, who either didn't recognize or pretended not to recognize Ms. Parnell, had to back off.

Also, today the City posted signs reading "Tow-Away NO PARKING" at locations where the City is well aware persons protected by the June 10 injunction living in their RV's who have been involved in the interactive process, including Ms. Prado and Merced Dominguez.

The overwhelming majority of the approximately 40 homeless persons at 8th and Harrison have disabilities and are entitled to request accommodations. The deliberate omission of the required DISABILITIES AND REASONABLE ACCOMMODATIONS provision from the February 17 notice—which was re-posted yesterday, February 19 and the day before that, February 18 coupled with Mr. Gregory's misconduct are extremely concerning. The City continues to refuse to identify a single alternative location for the soon to be displaced residents, despite the instruction from the City's own Health Officer that residents need to leave and camp at least 1/3 of a mile away from the Harrison Corridor.

Because the City has failed to inform, let alone assist persons with disabilities applying for reasonable accommodations and will close the camp on Tuesday, February 24, before any interactive process for anyone can even begin, therefore BHU urgently requests the immediate intervention of the Court and the convening of an emergency hearing. The Union has also become aware that DRA attorneys in the *Prado* case have sent a demand letter to the City and intend to file for injunctive relief. Should the Court agree to convene a hearing, BHU requests th/at the *Prado* attorneys be included.

Dated: February 20, 2026

Respectfully Submitted,
/s/ Anthony D. Prince
Anthony D. Prince
Attorney for BHU



CITY OF BERKELEY

City Manager's Office

## THIRD NOTICE

Notice was posted at this location on both February 17 and 18. Because of rain and removal of notices by encampment resident(s), this third, identical notice is provided on Thurs, Feb. 19, as dated below

# **PUBLIC NOTICE**

Date Posted: February 19, 2026

To:         Persons encamped and/or parked in the geographic area of Berkeley bounded by San Pablo Avenue to the East, the Railroad tracks to the West, Codornices Creek to the North, and Gilman St to the South, with the exception of individuals protected by court injunction: Erin Spencer, Lewanda Parnell, Merced Dominguez, Ray Johnson, Yesica Prado, Austin White, Shareef Muwakkil, Eric Keiser

From:       City of Berkeley

Subject:    **Notice of Encampment Closure**

Please be advised that this location is within a no-lodging area and Temporary Non-Commercial Item (TNC) Prohibited Area. You are not permitted to lodge here or store personal property here, pursuant to California Penal Code Section 647(e) and City of Berkeley Administrative Regulation 10.2. Additionally, the City of Berkeley's Public Health Officer has advised that no new encampments, including vehicular encampments, should be established within 1/3 mile due to the presence of Leptospirosis and the need for rodent abatement to prevent further spread of the disease. As such, **the streets, sidewalk, and other public right-of-way within a 1/3 mile radius from this location is declared a no-lodging area as depicted in Attachment 3 ("1/3-Mile Exclusion Zone").**

**Please vacate the TNC Prohibited Area by or before February 24, 2026.** All personal property in the above location will be subject to removal on or after this date. Temporary no parking signage will be placed in this area to enable cleaning and rodent abatement, pursuant to California Vehicle Code Section 22651(l) and BMC 14.36.030G. All vehicles remaining in the above location on or after February 24, 2026, in violation of posted signage, are subject to immediate tow and impound. Failure to comply with this notice may result in citation or arrest.

The relocation requirement and no-lodging designation does not apply to the individuals protected by court injunction, as listed above, for as long as the injunction is in effect.



The City's primary goal is to end encampments by moving all people indoors. Those interested in shelter or permanent housing should refer to Attachment 2.

## PROPERTY STORAGE AND RETRIEVAL

The City's standard practice is to store personal property that is not hazardous, abandoned, or clearly garbage. In this instance, the Public Health Officer has advised that it is hazardous to sort through or store items from this encampment, due to the presence of Leptospirosis. As such, all property remaining in the above-noticed location on or after February 24, 2026 will not be stored by the City and will be discarded.

---

## LODGING WITHOUT PERMISSION PROHIBITED

You are hereby notified that Penal Code 647(e) provides that a person "[w]ho lodges in a building, structure, vehicle, or place, whether public or private, without the permission of the owner or person entitled to the possession or in control of it" is guilty of a misdemeanor.

**Lodging is prohibited on all streets, sidewalks, and other public rights-of-way in the geographic area north of Gilman St, West of San Pablo Ave, East of the railroad tracks, and south of Codornices Creek. Lodging is also prohibited in the creek bed of Codornices Creek.**

**Lodging is also prohibited on the streets, sidewalk, and other public right-of-way within 1/3 mile of this location, as depicted in Attachment 3 ("1/3-Mile Exclusion Zone").**

### SIDEWALK NUISANCE CONDITIONS

You are hereby notified that pursuant to **Berkeley Municipal Code 14.48.020**, "It is unlawful for any person to place or cause to be placed anywhere upon any sidewalk or roadway, any object which obstructs, restricts, or prevents the use of any portion of such sidewalk or roadway."

You are further notified that pursuant to **Berkeley Municipal Code 14.48.120 and Administrative Regulation 10.2**:

- "TNC Objects are prohibited on Sidewalks in Residential Districts, except Objects in Transit pursuant to BMC §14.48.030 or as otherwise specifically authorized by the BMC."
- "TNC Objects may not be placed in TNC Prohibited Areas." A TNC Prohibited Area is defined as "a public location where notices have been posted in reasonably visible locations delineating a geographic area where TNC Objects are prohibited."

You are further notified that pursuant to **Berkeley Municipal Code 14.48.160**, "Anything placed or permitted to remain upon any sidewalk or roadway in violation of this Chapter, is declared to constitute a nuisance and the City is authorized and empowered to abate such nuisance by removing the same to the custodian of lost property in the Police Department or the Corporation Yard of the City, or other location designated by the City."

### VEHICLES

You are hereby notified that pursuant to **California Vehicle Code 22651(b) and (o)**, "A peace officer...or a regularly employed and salaried employee, who is engaged in directing traffic or enforcing parking laws and regulations, of a city, county, or jurisdiction of a state agency in which a vehicle is located, may remove a vehicle located within the territorial limits in which the officer

or employee may act, under the following circumstances... If a vehicle is found or operated upon a highway, public land, or an off street parking facility under any of the following circumstances... (b) If a vehicle is parked or left standing upon a highway in a position so as to **obstruct the normal movement of traffic or in a condition so as to create a hazard to other traffic upon the highway** . . . (o) With a **registration expiration date in excess of six months** before the date it is found or operated on the highway, public lands, or the off street parking facility."

You are further notified that pursuant to **California Vehicle Code 22669(d)**, "Motor vehicles which are parked, resting, or otherwise immobilized on any highway or public right-of-way and **which lack an engine, transmission, wheels, tires, doors, windshield, or any other part or equipment necessary to operate safely on the highways of this state**, are hereby declared a hazard to public health, safety, and welfare and may be removed immediately upon discovery by a peace officer or other designated employee of the state, county, or city."

You are further notified that pursuant to **California Vehicle Code Section 22651(l)**, vehicles may be towed and impounded if they are "illegally parked on a highway in violation of a local ordinance forbidding standing or parking and the use of a highway, or a portion thereof, is necessary for the cleaning, repair, or construction of the highway, or for the installation of underground utilities, and signs giving notice that the vehicle may be removed are erected or placed at least 24 hours prior to the removal by a local authority pursuant to the ordinance."

Your are further notified that pursuant to **Berkeley Municipal Code 14.36.030G**, "It is unlawful for the operator of any vehicle to stop, stand, park, or leave standing such vehicle in any of the following places, except when necessary to avoid conflict with other traffic or in compliance with the direction of a police officer or other authorized officer, or traffic sign or signal: ... On any street or highway where the use of such street or highway or a portion thereof is necessary for the cleaning, repair or construction of the street or highway or the installation of underground utilities or where the use of the street or highway or any portion thereof is authorized for a purpose other than the normal flow of traffic or where the use of the street or highway or any portion thereof is necessary for the movement of equipment, articles or structures of unusual size, and the parking of such vehicle would prohibit or interfere with such use or movement: provided that signs giving notice of such no parking are erected or placed at least twenty-four hours prior to the effective time of such no parking."

**ATTACHMENT 1**

# FACT SHEET

- This area has been declared a no-lodging area and a TNC Prohibited Area.
  - Lodging is prohibited on all streets, sidewalks, and other public rights-of-way in the geographic area north of Gilman St, West of San Pablo Ave, East of the railroad tracks, and south of Codornices Creek. Lodging is also prohibited in the creek bed of Codornices Creek.
  - Personal property cannot be stored on the streets, sidewalks, or other public rights-of-way in TNC Prohibited Areas.
  - Lodging is prohibited on the streets, sidewalk, and other public right-of-way within 1/3 mile of this location, as shown in Attachment 3 ("1/3-Mile Exclusion Zone").
- Leptospirosis is present in this area and relocation is necessary for your own safety and to allow for rodent abatement.
- For those individuals named in the court injunction and listed below, relocation is not required at this time:
  - Erin Spencer
  - Lewanda Parnell
  - Merced Dominguez
  - Ray Johnson
  - Yesica Prado
  - Austin White
  - Shareef Muwakki
  - Eric Keiser

  However, please note that, due to the presence of leptospirosis, the Health Officer strongly recommends that all encampment residents, including those listed above, move out of the area and at least 1/3 of a mile away
- If your name is not listed above, you have until February 24, 2026 to find another location for yourself and your belongings. By this date, you must leave the encampment and take anything of value with you. The City may come to clean up and permanently close your encampment at any time on or after February 24 without further notice.

- If your name is not listed above, you have until February 24, 2026 to ensure any vehicle in the area is in safe working order and properly licensed and registered and remove it from the closure area. The City will be enforcing against illegally parked vehicles in this area on or after February 24. After that date, remaining vehicles may be subject to tow and impounding for 30 days, in order to keep the area clear of all rodent harborage for rodent abatement.
- The City will not store any property left in this area on or after February 24, 2026 due to the presence of Leptospirosis. If your name is not listed above and your property remains here on or after February 24, 2026, it will be discarded without further notice.
- The City's primary goal is to end encampments by moving all people indoors. Those interested in shelter or permanent housing should refer to Attachment 2.

## ATTACHMENT 3



ATTACHMENT 4



**Health, Housing, and Community Services Department**

**Noemi Doohan, MD, PhD, MPH**
Public Health Officer

**Scott Gilman**
HHCS Director

# CITY OF BERKELEY PUBLIC HEALTH ALERT

## Addressing Leptospirosis at Harrison Street Encampments

### January 12, 2026

- **ALERT** – conveys the highest level of importance; warrants immediate action or attention.

- **ADVISORY** – provides important information for a specific incident or situation.

- **UPDATE** – provides updated information regarding an incident or situation.

## I. KEY MESSAGES

### 1. Leptospirosis Transmission at Harrison Street Encampments

Numerous rats and at least 2 dogs in and near Harrison Street encampments tested positive for Leptospirosis in 2025 – a treatable disease that can have severe and potentially fatal impacts to people and dogs who are exposed to infected water or mud. Rats and their urine are the vectors for Leptospirosis.

### 2. Risk to humans and their pets in and around Harrison Street Encampments and Recommended Actions

The presence of rats that are transmitting Leptospirosis has made the area unsafe for human encampment conditions in the vicinity of Harrison Street encampments in the area generally bounded by San Pablo Avenue. Gilman Street. Codornices Creek and the railroad tracks.

The City's Health Officer strongly recommends that encampment residents move out of the defined encampment "RED ZONE" area as soon as possible and at least 1/3 of a mile away due to the public health risk caused by the rat infestation transmitting Leptospirosis in the area. Any items removed from encampments and exposed to mud

Health Alert – Addressing Leptospirosis at Harrison Street Encampments
January 12, 2026

and standing water should be disinfected. Immediate departure from  these
encampments will reduce risk to encampment residents and their dogs, and to the
surrounding neighborhood, while also allowing the City to mitigate the currently
uncontained Leptospirosis contagion associated with the rat population.

There are simple and readily attainable precautions to take for people in the
neighboring area who have indoor shelter and plumbing, and access to safe storage of
food, continuous disposal of garbage, and ability to prevent rat infestation in their homes
and businesses. These available precautions can be taken for themselves and for their
pets, such as dogs and free roaming pet cats.

### 3. Clinical Aspects of Leptospirosis

This dangerous Leptospira bacteria exists in the urine and body tissue of its rat vector
and stays alive for 30 days or more in water and mud contaminated with infected rat
urine. People or animals who touch or drink contaminated water or mud are potentially
exposed to the bacteria. The disease is transmitted to humans and animals when the
contaminated water touches mucous membranes – such as eyes, nose, mouth or skin
cuts. This disease is not spread in the air or by coughing or sneezing.

## II. SUMMARY AND BACKGROUND

### A. What is Leptospirosis?

Leptospirosis is a bacterial disease that affects both humans and animals. It is caused
by bacteria of the genus Leptospira. For more information, please visit the official CDC
Leptospirosis webpage[1] and the CDPH Leptospirosis webpage[2].

**In Humans:** Leptospirosis is usually asymptomatic. If symptoms occur, they are
typically "flu-like" in nature and can be treated with common antibiotics. In some people,
this infection can lead to severe and potentially fatal symptoms.

**Transmission:** The bacteria live in the urine and body tissue of infected rats and most
commonly spreads in mud and water infected with this rat urine. Humans, dogs, and
other animals are at risk of infection from rats carrying Leptospirosis. Humans, dogs and
other animals infected with Leptospirosis are not thought to represent risk of spreading
to other animals or humans but can become seriously ill if infected. There is antibiotic
treatment for humans, dogs and cats. An effective vaccine exists for dogs. This disease
is not airborne and is not spread by coughing or sneezing.

### B. Treatment and Prevention Vaccination:

---

[1] https://www.cdc.gov/leptospirosis/about/index.html .
[2] https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Leptospirosis.aspx .

**Clinical Treatment and Prevention:** In both animals and humans, the infection is treated with oral antibiotics and with other forms of supportive care for those who become seriously ill with the disease. A vaccine is available for dogs. This vaccine is a two-shot series.

**Exposure Protocol:** If you or your pets have possibly been exposed to Leptospirosis and you have concerns, contact your healthcare provider or veterinarian and inform them of the potential exposure. Healthcare providers and veterinarians are encouraged to contact the Public Health Officer if they have any questions, concerns or new cases to report.

## C. Identification of Leptospirosis transmission at the Harrison Street Encampments

Leptospirosis was identified by veterinarians treating sickened dogs at the Harrison Street encampment and by Alameda County Vector Control testing rats in November-December 2025. At the request of the City of Berkeley, Vector Control trapped rats at the encampment in December 2025 due to the concern raised by the Leptospirosis infections in dogs at the encampment. Subsequent testing confirmed the presence of the bacteria in the rats tested. This was of particular concern because testing of rats trapped at encampments over the last 5 years by Alameda County Vector Control across the County, including in Berkeley, had never previously produced any findings of Leptospirosis in rats. There is an ongoing public health investigation into the status of Leptospirosis transmission at this encampment site and in the surrounding area.

The City of Berkeley's actions in response to this public health concern included:

a. Coordinating with Alameda County Vector Control to post notices around the area of the encampment, where the rats were trapped, to alert the neighborhood of the Leptospirosis risk.

b. Informing the people living in the encampment of the risk through outreach by Alameda County Health Care for the Homeless and Street Health teams.

c. Planning a Health Outreach event on January 13, 2026 (and possibly more in the future if needed) at the encampment to enhance communication, support and response for the population. d. Ongoing plans for continued rat testing and abatement efforts.

## III. THE IMPERATIVE FOR IMMEDIATE AND ONGOING RESPONSE:

*Risk of continued Leptospirosis transmission in Rats and potentially to Dogs, Humans and other animals from Rat Vectors at the Harrison Street Encampment*

Health Alert – Addressing Leptospirosis at Harrison Street Encampments
January 12, 2026

This Public Health Alert is issued in conjunction with the attached Court Declaration of a Public Health Threat by the City of Berkeley Health Officer (January 6, 2026). Findings outlined in the attached declaration include:

**Evidence of Active Transmission:** Following two canine infections in November 2025 associated with the encampment, targeted rat testing for Leptospirosis was performed. Unlike the previous negative test results across Alameda County over the last 5 years of rats associated with encampments, numerous rats trapped at the Harrison Street site in late December 2025 tested positive for active infection. Previously no positive Leptospirosis testing in rats had been found in the last 5 years. This proves the potentially deadly bacteria is circulating at potentially hazardous levels within the local rodent population and environment at the Harrison Street encampment.

**Environmental Reservoir:** The verdant corridor of Codornices Creek, adjacent to the encampment, combined with human-generated food and harborage sources, has created a year-round potential Leptospirosis "reservoir" associated with the environmental conditions in the Harrison Street encampment. The bacteria require water and mud to spread. Current Harrison Street encampment conditions (tents, refuse, uncontained food, RVs, standing water) prevent standard vector control teams from accessing and destroying rat nesting sites. Rodent eradication, ongoing rat testing for Leptospirosis, and remediation of the area to prevent a growing rat infestation is a medical and public health safety necessity that cannot be successfully completed while the encampment is occupied by temporary dwellings, people and dogs.

**Health Management:** Under the current conditions and during the rat abatement process, people should minimize contact with infected materials and rats and seek medical attention for themselves and their pets if there is concern of Leptospirosis exposure. A strategy for protecting the health of the community throughout this rat abatement process will be enhanced by continued education of the community. These public health communication efforts have already begun and are ongoing.

### IV. Geographic Risk Zones and response targeted at preventing further Leptospirosis Transmission

To aid with response to this public health threat of Leptospirosis contagion and tracking of the outcomes, two geographic Public Health risk zones are identified. It is the intention of the City of Berkeley's Public Health Division to respond to this public health threat in such a manner that the Red and Yellow risk zones identified will transition to Green (no known risk) by the end of the response period.

**RED:** Risks are greatest for those who lack indoor shelter, functional plumbing, secure garbage, safe food storage and the ability to prevent rat infestations in their home or business.

Health Alert – Addressing Leptospirosis at Harrison Street Encampments
January 12. 2026

Unmitigated environmental conditions are present for people living in the Harrison Street encampments. These conditions led to uncontrolled rat population growth in this area due to factors that include uncovered garbage, lack of running water, lack of contained food storage. and lack of access to rat burrows for vector control efforts. There is current evidence of Leptospirosis transmission from rat vectors to dogs.

**YELLOW** : area in 1/3 mile zone around the RED ZONE in which there is lower risk for people not living in encampments. The risk in this zone is due to the close proximity to the red zone.

**GREEN (no known risk):** no current known risk of rat infestation and Leptospirosis transmission and not in proximity to the red zone.

## V. INSTRUCTIONS FOR ENCAMPMENT RESIDENTS ON OR NEAR HARRISON STREET (RED AND YELLOW ZONES)

Per the Health Officer's Declaration, the following actions are required to prevent the continued transmission of Leptospirosis associated with the Harrison Street Encampment Red Zone:

**Vacate the Area:** Individuals are strongly urged to move at least 1/3 mile away from the Encampment Zone to allow for intensive cleaning and vector control. This requires moving outside the yellow zone area.

**RV Safety and Destruction:** Vehicles with long-term rat infestations are classified as irremediable biohazards. Due to structural contamination of insulation, ducting, and flooring, destruction is recommended for public safety.

**Mandatory Cleaning of Property:** All non-porous items (bicycles, metal tools, hardware) should be cleaned of all mud before removal from the encampment:

- **Pre-Clean:** Scrub away all visible mud/debris with soap and water.
- **Disinfect:** Apply a 1:10 bleach-to-water solution.
- **Contact Time:** Surfaces must remain wet for at least 10 minutes.

**Property and Food Disposal:** Destroy contaminated soft goods (blankets, tents) in extended contact with the ground. Dispose of Food and stored drinks and water that has potentially been in contact with mud or rats.

**PPE:** when contacting mud, standing water or items exposed to mud/water in the encampment, use waterproof boots. masks, protective eyewear and nitrile/rubber gloves. Avoid skin, mouth. nose, or eye contact with mud, runoff, or unclean water.

## VI. VACATING THE ENCAMPMENTS (RED AND YELLOW ZONES)

Health Alert – Addressing Leptospirosis at Harrison Street Encampments
January 12, 2026

*Area of High Risk for transmission of Leptospirosis and ongoing exposure*

The map below defines the area within which there should be no encampment while this
Health Alert is active. People in encampments in this area should leave for their own
health as well as for the general public. It is important to ensure a sufficient safety buffer
to the RED ZONE, of 1/3 mile, within which Vector Control will work to eliminate the rat
population there. This 1/3 mile safety buffer will be a focus of prevention activities to
block the further spread of Leptospirosis risk.



## VII. GUIDANCE FOR THE SURROUNDING NEIGHBORHOOD (YELLOW ZONE)

*This* area indicates Lower Risk of exposure and Transmission of Leptospirosis. These
lower risks are strongly tied to having indoor shelter, functional plumbing, secure
garbage, safe food storage and the ability to prevent rat infestations in their home or
business.

The Yellow Zone is the 1/3-mile *area surrounding the encampment red zone. In the
lower risk yellow zone there is no evidence of active transmission of Leptospirosis or of
unmitigated rat populations. However, proximity to the encampment red zone creates
risk and need for prevention efforts.*

**Street Runoff:** For the general public, treat the creek and all water in gutters or puddles
on side streets within the 1/3-mile buffer as contaminated until Leptospirosis

Health Alert – Addressing Leptospirosis at Harrison Street Encampments
January 12, 2026

transmission control goals are achieved at the encampment. Avoid walking or biking through standing water or touching the water in the creek.

**Pet Safety:** Ensure dogs have the Leptospirosis vaccine. Keep pets on a short leash; bring water on walks, do not allow them to drink from other sources.
Please note: A previous version of this Health Alert incorrectly availability of a vaccine for cats. No cat vaccine is available.

**Gardening Precautions:** Bacteria from rat urine can be present in mud and standing water in areas where people may grow fruits and vegetables. Wear gloves and protective foot coverings, such as rubber boots. Wash all fruits and vegetables thoroughly before consumption.

**VIII. CLINICAL RECOGNITION AND REPORTING For People:** If you have had possible Leptospirosis exposure and you are ill, for example with Flu-like symptoms such as fever, red eyes, headache, and muscle aches, or other concerning symptoms, seek medical care immediately and mention the possible exposure to Leptospirosis. Because Leptospirosis is rarely seen by doctors in the US, as it is usually associated with tropical conditions, it is important to let your health care provider know that you may be impacted by the conditions described in this Health Alert.

**For Pets:** If you believe your pet has been exposed or is showing signs of illness—such as fever, jaundice, or changes in urination—contact your veterinarian immediately to discuss testing, antibiotic treatment, or the Leptospirosis 2 dose vaccine.

**For veterinarians, physicians and other clinicians** with questions, concerns or any information about possible Leptospirosis cases, please contact City of Berkeley to reach the Public Health Officer.

**Contact Information:**
City of Berkeley:
Telephone: (510) 981-5460
Email: leptoinformation@berkeleyca.gov

**Attachment:** Declaration of a Public Health Threat Dated January 6, 2026

**Attachment:** Flyers and Handouts



**Leptospirosis Resources for Encampments near Harrison Street**
**City of Berkeley**

Numerous rats and at least 2 dogs in and near Harrison Street encampments tested positive for Leptospirosis – a treatable disease that can have severe and potentially fatal impacts to people and dogs who are exposed to contaminated water.

**How Leptospirosis spreads:** This aggressive bacteria exists in the urine of infected rats and stays alive for 30 days or more in water and mud. People or animals who touch or drink contaminated water or mud are potentially exposed to the bacteria. The risk of disease is present if the contaminated water touches mucous membranes – such as eyes, nose, mouth or skin cuts.

**Symptoms and prevention:** The rats have made conditions unsafe for encampments in the area bounded by San Pablo Avenue, Gilman Street, Codornices Creek and the railroad tracks.

The City's Health Officer strongly recommends that encampment residents move out of the defined area and least 1/3 of a mile away. Moving away significantly reduces risks to you and your dogs while also allowing the City to address the rat population.

For your safety, strive to avoid taking muddy or wet possessions as they might be contaminated. Or wash them yourself using a 10:1 mixture of clean water and bleach.

Seek care from a provider (see back of this flyer) if you have any concerns. You should see a provider if you have been living in the encampments in this area and you are sick or have these flu-like symptoms:

- Fever    - Chills    - Headache    - Red eyes    - Sore muscles

Encampment residents should take these actions however possible:

- wear protective clothing
- cover scratches or cuts with waterproof bandages
- Wash or shower after potential exposure
- Clean your wounds
- Don't touch sick or dead animals
- Consume clear, clean, drinking water

**Care, treatment and vaccine for Dogs:** Leptospirosis has killed at least 2 dogs in the encampments. Encampment residents with dogs should seek veterinary care for pet symptoms that include: fever; vomiting; jaundice; or urine that's abnormally colored or excessive in quantity.

There is effective vaccination for dogs. Come the morning of January 13 to get a vaccination voucher for your dog. (See back side for more resources.)

Date Finalized: 1/12/26

**Leptospirosis Resources for Encampments near Harrison Street**
**City of Berkeley**



Neither dogs nor people should wade in – or drink from – nearby water, mud, puddles, or Codornices Creek. Provide clean water for your pets, and keep them away from sick or dead animals.

## Leptospirosis Outreach Day: Testing, Screening & Resources Clinic

> January 13, 2026
> 9am – 1pm
> Harrison Street between 6th and 7th streets

Resources will include:

- general information and education
- distribution of a health kit
- Assessments for possible shelter
- Health screenings
- Substance abuse and mental health support
- Information, vaccine vouchers and resources to keep your pets safe

## Where to go for Medical Care

**If you have severe symptoms (shortness of breath/difficulty breathing, chest pain etc):**

- call 911 or go to the nearest emergency room immediately.

**If you have an unexplained fever or flu-like illness and think you were exposed to contaminated water or soil, seek care as soon as possible using these options:**

- **If you have a Primary Care Provider:**
  Call the doctor listed on your Medi-Cal card first for an urgent appointment.

- **If you do not have Primary Care Provider or are a LifeLong Patient:**
  Call: Lifelong Trust Clinic: (510) 981-4100 **OR**
  Visit during Drop-in Hours:
  > Monday-Friday 8:30am -4:30pm, except Tuesday when hours are 10:00am-4:30pm
  > 830 University Ave, Berkeley, CA

## For dog owners – Where to go for Veterinary Care

> East Bay SPCA (reduced rates for low-income clients)8323 Baldwin Street, Oakland, CA 94621
> Phone 510-569-1606; clinic@eastbayspca.org
> Monday – Friday, 7:30 a.m.–5 p.m. (by appointment only)

Date Finalized: 1/12/26



# Leptospirosis: Recommendations for the general public in northwest Berkeley

**Guidance for people with access to indoor shelter, running water, secure garbage and safe food storage who also live or work in the area generally bounded by Codornices Creek, Gilman Street, San Pablo Avenue and the railroad tracks**

Leptospirosis is a sickness caused by bacteria that lives in water that can spread to people and dogs. You can get it from water, dirt, or food that infected by the urine of infected rats or dogs



**Wear protective clothing**



**Cover scratches or cuts with waterproof bandages**



**Don't wade or swim in potentially contaminated water**



**Wash or shower after potential exposure**



**Clean your wounds**



**Don't touch sick or dead animals**



**Consume clear, clean, drinking-water**



**Wash fruits and vegetables picked from gardens or farms in this area**

Leptospirosis is treatable. The disease is transmitted to humans and animals when the contaminated water touches mucous membranes – such as eyes, nose, mouth, or cuts to the skin. Most people have no symptoms. However, if you think you were exposed in this area and have flu-like symptoms – fever, chills, headache, red eyes, and muscle aches – contact your primary care provider, such as the one listed on your Medi-Cal card for an urgent appointment.

If you do not have a medical provider, contact Lifelong Trust Health Center for screening and treatment
📍 830 University Ave., Berkeley, CA 94710

Berkeley Public Health Leptospirosis voicemail to leave tips, questions: 510.981.5460, leptoinformation@berkeleyca.gov



**CITY OF BERKELEY**

Leptospirosis

# Pet Owner Safety Guide

**LEPTOSPIROSIS BACTERIA LIVES IN WATER CONTAMINATED BY THE URINE OF RATS. INFECTION OCCURS THROUGH MUCOUS MEMBRANES, SUCH AS THE NOSE, MOUTH, EYES, OR OPEN WOUNDS.**

## PREVENT THE SPREAD

- **WASH HANDS AFTER TOUCHING PETS OR THEIR THINGS.**
- **NO FACE LICKING.**
- **USE ANTIBACTERIAL SPRAYS OR WIPES.**
- **SUNLIGHT KILLS GERMS—KEEP LIVING SPACE CLEAR OF WET DEBRIS.**





- **VACCINATE DOGS (4-WAY LEPTO).**
- **CONTROL RODENTS—SEAL TRASH, REMOVE FOOD BOWLS.**
- **GIVE FRESH WATER ONLY—NO PUDDLES OR CREEKS.**

## IF YOUR PET HAS LEPTO

- **GIVE ALL MEDICINE AS PRESCRIBED.**
- **WEAR GLOVES WHEN CLEANING PEE.**
- **PICK A SUNNY POTTY SPOT AWAY FROM GARDENS AND PUDDLES.**
- **NO POWER WASHING—USE GENTLE RINSE AFTER DISINFECTING.**
- **WASH BEDDING IN HOT WATER WITH DETERGENT AND BLEACH.**
- **IF PREGNANT OR IMMUNOCOMPROMISED, AVOID CLEANING UP AFTER A SICK PET FOR 2 WEEKS.**



**Stay Safe. Protect Your Pets. Protect Your Family.**

Docusign Envelope ID: 81E0E793-B4AD-45F2-8D4A-5DE0486B09C6

1  Farimah Faiz Brown. City Attorney (State Bar No. 201227)
   Christopher Jensen. Assistant City Attorney (State Bar No. 325108)
2  Marc Shapp. Deputy City Attorney (State Bar No. 266805)
   Laura Iris Mattes. Deputy City Attorney (State Bar No. 310594)
3  BERKELEY CITY ATTORNEY'S OFFICE
   2180 Milvia Street. Fourth Floor
4  Berkeley. CA 94704
   Telephone: (510) 981-6997
5  Facsimile: (510) 981-6960
   Email: MShapp a berkeleyca.gov
6
   Attorneys for Defendant
7  CITY OF BERKELEY

8

9  BERKELEY HOMELESS UNION. et al.          Case No.  3:25-CV-01414-EMC

10          Plaintiffs.                     **DECLARATION OF NOEMI DOOHAN.**
                                            **M.D. Ph.D.. M.P.H. IN SUPPORT OF**
11          v.                              **CITY OF BERKELEY'S STATUS**
                                            **REPORT**
12  CITY OF BERKELEY. THOMAS
13  GREGORY. PAUL BUDDENHAGEN.              **Judge:** Hon. Edward M. Chen
    PETER RADU. OKEYA VANCE. RASHI
14  KESERWANI. DOES 1-10.

15          Defendant.

16

17

18  I. Noemi Doohan. declare as follows:

19     1.  I have a PhD in Biochemistry/Molecular Biology from the University of California Santa

20  Barbara (1995). a MD from Stanford University (2003). Board Certification in Family Medicine

21  from the Contra Costa Regional Medical Center in Martinez CA (2006). and an MPH from the

22  University of Massachusetts Amherst (2019). I am the Public Health Officer for the City of

23  Berkeley with prior experience as a Public Health Officer since 2019 in three other local

24  jurisdictions (Mendocino County. Santa Barbara County and Lake County) and with the State of

25  California Department of Public Health ("CDPH"). I am also a practicing hospitalist physician

26  (for hospitalized patients) and a faculty member in the Stockton Dignity St. Josephs Family

27  Medicine Residency Program with over 20 years of experience in primary care and hospitalist

28  medicine practice. including as faculty in Family Medicine Residency programs prior to my

1

Docusign Envelope ID: 31E0E793-B4AD-45F2-8D4A-EDE2486B00C6

1  current faculty role in Stockon, CA (prior hospital medicine faculty roles: Eisenhower Medical

2  Center, Rancho Mirage CA: University of California Riverside at Desert Regional Medical

3  Center Palm Springs: Ukiah Valley Medical Center, Ukiah CA: Scripps Mercy Chula Vista

4  Hospital, Chula Vista CA). I have founded and led two Street Medicine Programs in California

5  (Doctors Without Walls, Santa Barbara CA starting in 2005 and Ukiah Valley Medical Center

6  Street Medicine, Ukiah CA starting in 2015) with extensive experience caring for patients in

7  encampment- and street-level environments as well as hospitalized unhoused patients. I also have

8  extensive pre-pandemic global health clinical experience in Haiti and Ethiopia from 2010-2018,

9  during which time I became familiar with neglected tropical diseases like Leptospirosis. This

10  educational and professional background makes me an expert in matters related to public health,

11  clinical medicine and specifically with regard to best practices for the identification,

12  characterization, and mitigation of infectious diseases in the human population including

13  unhoused populations.

14      2.  I am the City of Berkeley ("City") sworn Public Health Officer ("PHO"). Every county in

15  California must have a Local Health Jurisdiction (LHJ) and PHO. Three cities in the state also

16  have their own LHJ and PHO (Berkeley, Long Beach, and Pasadena). In addition to this role, I

17  am on the Executive Board of the California Conference of Local Health Officers ("CCLHO")[1]

18  and I am an active member of the Association of Bay Area Health Officials ("ABAHO"). In my

19  capacity as PHO, I rely upon my educational background and professional experience to carry out

20  the core duties of the Health Officer including: responding to and controlling local and regional

21  risks of contagion including outbreaks: epidemiologic evaluation of the Public's health:

22  maintenance of Vital Statistics and Vital Records: vaccination programs for the public: disaster

23  preparedness and response: education of and communication with local health care partners:

24  Maternal Child and Adolescent Health Programs: and over 100 duties required by statute in the

25  California Health and Safety Code. I perform these duties pursuant to authority granted under

26

27

28  [1] The CCLHO is established by statute to consult with CDPH to establish standards and make
regulatory recommendations. See Cal. Health & Safety Code § 100925. The CCLHO consists of
all legally appointed local health officers in the state. Id.

Docusign Envelope ID: 31E0E793-B4AD-45F2-8D4A-EDE2486B09C6

1 state and local law. including California Health and Safety Code. sections 101040[2], 101080[3]. and

2 120175[4].

3     3.  The facts or data described herein are those which I have personally observed or have

4 been made aware of. The facts or data described herein are the kinds of facts or data that

5 professionals and experts in the field of local governmental public health in general and PHOs

6 specifically reasonably rely on in forming opinions and making decisions. If called as a witness. I

7 could and would testify competently and truthfully to the facts and opinions set forth in this

8 declaration

9     4.  Leptospirosis (often called "Lepto") is a bacterial disease that lives in the kidneys and

10 blood of their animal hosts. especially rats.[5] It is spread through their urine or by coming into

11 direct contact with the animal.[6] The bacteria enter the environment (soil. mud. or water) when an

12 animal urinates.[7] Humans. dogs and other animals get infected with Lepto when contaminated

13 water or soil touches a cut/scrape or their eyes. nose. or mouth.[8]

14     5.  In humans. Lepto symptoms can include sudden high fever. throbbing headache. severe

15 calf/leg pain. and red eyes (conjunctivitis).[9] Without treatment. leptospirosis in people can

16

---

17 [2] "The local health officer may take any preventive measure that may be necessary to protect and preserve the public health from any public health hazard during any 'state of war emergency.' 'state of emergency.' or 'local emergency.' as defined by Section 8558 of the Government Code. within his or her jurisdiction." Cal. Health & Safety Code § 101040(a).

18

19

20 [3] "[W]henever there is an imminent and proximate threat of the introduction of any contagious. infectious. or communicable disease. . . . the local health officer may declare a local health emergency in the jurisdiction or any area thereof affected by the threat to the public health." Cal. Health & Safety Code § 101080.

21

22 [4] "Each health officer knowing or having reason to believe that any case of the diseases made reportable by regulation of the department. or any other contagious. infectious or communicable disease exists. or has recently existed. within the territory under his or her jurisdiction. shall take measures as may be necessary to prevent the spread of the disease or occurrence of additional cases." Cal. Health & Safety Code § 120175.

23

24

25 [5] Brito, et al.. *Pathology and pathogeneisis of human leptospirosis: a commented review.* Rev Inst Med Trop Sao Paulo (May 28. 208). https:/pmc.ncbi.nlm.nih.gov/articles/PMC5975557/.
[6] *Id.*

26 [7] U.S. Centers for Disease Control and Prevention: Leptospirosis (Aug. 8. 2025).

27 https:/www.cdc.gov/leptospirosis/about/index.html.
[8] *Id.*

28 [9] U.S. Centers for Disease Control and Prevention. Leptospirosis Fact Sheet for Clinicians (Jan. 30. 2018). https:/www.cdc.gov/leptospirosis/pdf/fs-leptospirosis-clinicians-eng-508.pdf.

Docusign Envelope ID: 31E0E793-B4AD-45E2-8D4A-EDEA486B0BC6

1    progress to kidney damage, meningitis (inflammation of the membrane around the brain and

2    spinal cord), liver failure, trouble breathing, and even death.[10]

3      6.   Lepto is very dangerous for pregnant women and their fetuses.[11] It is my understanding

4    that the City is aware of at least one pregnant person residing recently in the Harrison Street

5    encampment, placing them and their fetus at particular risk for serious harm.

6      7.   Lepto symptoms in dogs include excessive thirst, vomiting, shivering, and lethargy and

7    can progress to liver failure if untreated. Lepto can also be fatal to dogs.[12]

8      8.   There is a Lepto vaccine available for dogs, but not for humans.

9      9.   It is important to note that Leptospirosis is considered a "neglected tropical disease"

10   which is prevalent in underdeveloped tropical countries and associated with insufficient sanitation

11   and barriers to access health care.[13] Leptospirosis is rare in developed countries. As such it is

12   rarely seen by clinicians practicing in the US as this lethal disease is known to have very low

13   prevalence in the US. The exception is homeless encampments in the US which are considered

14   high risk for rat infestations and associated Lepto outbreaks in rats.[14] The rats are a vector for

15   contagion and can potentially spread the Lepto disease through their urine and body fluids and via

16   unsanitary accumulations of water and mud to humans, dogs and other animals living in the

17   encampment or passing nearby the areas around the encampment. The contagion can also be

18   transmitted in bodies of water containing the urine and body fluids of infected animals. Of note

19   there is a creek adjacent to the Harrison Street encampment called Codornices Creek.

20

21

---

22 [10] U.S. Centers for Disease Control and Prevention: Leptospirosis.
https://www.cdc.gov/leptospirosis/about/index.html.

23 [11] Selvarajah, Ran, Roberts, and Nair, *Leptospirosis in pregnancy: A systematic review*, PLOS Neglected Tropical Diseases (Sept. 14, 2021),

24 https://journals.plos.org/plosntds/article?id=10.1371/journal.pntd.0009747.

25 [12] U.S. Centers for Disease Control and Prevention: Leptospirosis in Animals (Apr. 4, 2025), https://www.cdc.gov/leptospirosis/pets/index.html.

26 [13] Munoz-Zanzi, Dreyfus, Limothai, Foley, Srisawat, Picardeau, Haake, *Leptospirosis—Improving Healthcare Outcomes for a Neglected Tropical Disease*, Open Forum Infect. Dis.

27 (Feb. 10, 2025), https://pmc.ncbi.nlm.nih.gov/articles/PMC11832045/.

28 [14] *See* Angela Nelson, *Urban Rats Spread Deadly Bacteria as They Migrate, Study Finds*, Tufts Now (May 5, 2025), https://now.tufts.edu/2025/05/05/urban-rats-spread-deadly-bacteria-they-migrate-study-finds.

Docusign Envelope ID: 31E0E793-B4AD-45F2-8D4A-5DE2486B08C6

10. For both dogs and humans. the best way to prevent contracting and spreading Lepto is to stay away from potential infection sources. particularly water or soil containing urine or body fluids from infected animals. especially rats.

11. Due to the known association between rats. insecure housing/encampments and Lepto[15]. Alameda County Public Health has been testing rats associated geographically with encampments in Alameda County. including Berkeley. for the last five years. City of Berkeley Public Health jurisdiction has requested Alameda County Public Health jurisdiction to test the rats in Berkeley around encampments including Harrison Street. Alameda County Vector Control's 2024 annual report states that from 2020 through 2024. Leptospirosis was not detected in the 457 rats tested from County trap sites. including 71 rats tested in 2024 and 47 rats from Berkeley throughout the time period. A true and correct copy of an excerpt of the Alameda County Vector Control 2024 annual report is attached hereto as **Exhibit A**.

12. Due to a dog which lives in the Harrison Street encampment being sickened with Leptospirosis (see paragraph 13 below). a campaign to trap rats around the encampment and test them for Lepto was initiated by the PHO (myself) in partnership with Alameda County Vector Control in late 2025. All of the Winter 2025 samples from a subset of 40 rats captured at the Harrison Street encampment by Alameda County Vector Control tested positive for current or previous Leptospirosis infections among the rats tested. including a strain that can infect humans. This testing was done. as is standard. with pooled samples from rats. Samples from 15 of the rats were pooled such that the samples from three rats were combined into one pooled sample. This resulted in five samples which were sent to the Oregon State Public Health lab which specializes in Lepto testing. All five samples tested positive. This a significant change. from a prior history of no positive Lepto tests from rats. in Alameda County/Berkeley to a new finding of all submitted

---

[15] *See* Sykes. et al.. *A global one health perspective on leptospirosis in humans and animals.* Journal of the American Veterinary Assoc. (Oct. 1. 2022). https://avmajournals.avma.org/view/journals/javma/260/13/javma.22.06.0258.xml ("The growth of homeless encampments in association with the pandemic: the close proximity between rodents. dogs. and humans in these encampments: increased environmental contamination by pathogenic leptospires in association with climate change–associated flooding events: and the similar clinical manifestations between COVID-19 and leptospirosis present a 'perfect storm' for unrecognized outbreaks of leptospirosis in developed countries such as the United States.")

Docusign Envelope ID: 31E0E793-B4AD-45F2-8D4A-5DE6486B09C6

1   tests being positive from one location at one point in time is alarming and possibly represents a

2   new presence of Leptospirosis in rats in Berkeley associated with the Harrison Street encampment

3   environment. This finding of Leptospirosis infection in rats poses possible imminent danger of

4   serious illness and even death to the humans and dogs and other animals living in and around this

5   encampment.

6       13. At least one puppy (five months old) living at the encampment, and owned by one of the

7   residents of the encampment who breeds dogs, was confirmed in early December 2025 as having

8   been infected with Leptospirosis. This dog was taken to the Berkeley Animal Shelter where it was

9   seriously ill but has since recovered. The dog tested positive for Lepto at the animal shelter. The

10   report to the PHO of this sickened dog, led me to request that Alameda County Vector Control

11   and City of Berkeley Environmental Health initiate an investigation into the source of Lepto

12   contagion at the Harrison Street encampment. This investigation included the trapping and testing

13   of 40 rats for Lepto at the Harrison Street encampment starting in December 2025 (described in

14   paragraph 12 above).

15       14. Another 5-month-old dog is strongly suspected to have died from Lepto, because it was

16   known to have the same owner, and be a litter mate (also five months old), and was sick around

17   the same time as the confirmed canine case. This dog was taken to a private veterinarian and

18   euthanized due to being critically ill and with signs of Lepto such as liver failure; however, it was

19   not tested for Lepto.

20       15. Since 2024 there have been other confirmed and suspected cases of Lepto in dogs in and

21   around the Harrison Street encampment. These earlier cases occurred before any positive findings

22   of Lepto in rats associated with the encampment had been made. I started in my role as PHO in

23   April 2025, and therefore my historical knowledge about the sickened dogs from prior to April is

24   dependent on review of email correspondence primarily. The five-month-old dogs described

25   above were sickened when I was established in my role and thus all information about these cases

26   is from direct experience and communications with me. It is my opinion that it is highly likely

27   that the burden of Lepto disease among rats has possibly risen to such a high level in the

28   encampment since 2024, and that more cases of dog Lepto (infected by the rat urine or contact

1   with bodily fluid) could be present. These new dog cases would likely not be detected unless
2   widespread testing was performed on all the dogs in the encampment.
3       16. Although transmission of Lepto from dogs to humans is unlikely, the presence of Lepto in
4   dogs at the encampment demonstrates the imminent risk present to human health because the
5   method of transmission from infected rats to humans is essentially the same as for dogs (*i.e.*,
6   exposure to rat urine, or contaminated soil or water).
7       17. I recently inspected the encampment, looking for signs of risk for continued spread of
8   Lepto in this area. I also discussed the conditions with the City of Berkeley Environmental Health
9   Division. Conditions at the encampment include extensive, uncontained and long standing
10  harborage of rats, presumably including in the encampment dwellings and vehicles themselves;
11  standing water and mud in puddles throughout the encampment including around the dwellings
12  which can spread the Lepto from infected animal urine and body fluids to humans; lack of
13  containment of food which attracts and can feed rats and contribute to expansion of the rat vector
14  for this contagion; lack of containment of dogs which might be asymptomatic or mildly
15  symptomatic and infected with Lepto and spread the contagion; and an adjacent creek which may
16  be used for bathing and spread the contagion given there is no clean running water at the
17  encampment to bathe in regularly. Of note, on the opposite shore of the creek, there is a large
18  University of California housing complex for families, and the creek itself has a park and bike
19  path that runs along it with the possibility of wild animals (such as racoons), people and their pets
20  being exposed to the water in the creek which could be contaminated with Leptospirosis.  The
21  spread of Lepto from infected animals would be through their urine or body fluids into water. As
22  the rats and dogs are uncontained, there is risk to the public beyond the confines of the area of the
23  encampment.  Lepto can spread to other animals (including neighbors' pets) that are exposed to
24  infected urine containing water and encampment human residents as well as neighbors and
25  passers-by if they are exposed to the infected urine. For example, if a person was walking through
26  a puddle infected with Lepto and they have a cut on their foot and are wearing open-toed shoes,
27  they could be potentially infected. Given the low prevalence of Lepto in the US, an infected
28  person might not be tested for Lepto if they presented sick to a clinician, and their diagnosis could

Case 3:25-cv-01414-EMC     Document 248     Filed 02/20/26     Page 31 of 51

Docusign Envelope ID: 31E0E793-B4AD-45F2-8D4A-5DF2486B09C6
Case 3:25-cv-01414-EMC     Document 194-3     Filed 01/06/26     Page 8 of 19

1   go untested and untreated.

2       18. The water in the creek has not yet been tested for the presence of Lepto; however, the

3   presence of Lepto so close to the creek means that there is also a significant risk of the disease

4   spreading to the creek and wildlife if the nearby infected rodent population is not controlled.

5       19. Lepto is found throughout the world, particularly among marginalized communities that

6   do not have access to indoor and refrigerated food storage, running water, and indoor plumbing.

7   This describes the conditions in the Harrison Corridor as well.

8       20. Temporary sanitation/hygiene services like port-a-potties and outdoor washing stations

9   would not have prevented the current situation because they would not have prevented the

10  prevalence of rats. Additionally, such services would be ineffective to address the current

11  occurrence of Leptospirosis.

12      21. In order to remove the risk of further spread of rat borne Lepto, the entire encampment

13  (tents, structures, vehicles) must be removed to allow for complete eradication of rodent burrows.

14          a.      Vehicles—especially RVs that stay in one place for a long time—are attractive

15      rodent harborages, so cleaning around them is not sufficient.

16          b.      People should be instructed not to re-encamp within 1/3 mile because rats can

17      travel and will travel to a new encampment site with similar unsanitary conditions

18      including lack of proper food storage. Studies of Lepto spread via rat vectors support that

19      rats can travel 1/3 of a mile from the epicenter of rat outbreaks.[16]

20          c.      Cleanup will take at least 30 days because that is how long Lepto can live in the

21      soil. Additionally, eradication of rats requires many cycles of baiting the rats with poison

22      in their underground burrows, removing the carcasses and rebaiting over a period of time.

23      22. The City of Berkeley Local Public Health Jurisdiction ("LHJ") intends to work with

24  Alameda County LHJ and its community partners to contain this Lepto outbreak in rats, and

25  possibly in dogs (which as of yet have not been tested other than those that were sick and dying),

26  and to protect the public. There is a high level and urgent public health concern for the health of

27  ───────────────

28  [16] Stone, et al., *Host population dynamics influence Leptospira spp. transmission patterns among
    Rattus norvegicus in Boston, Massachusetts, US*, PLOS Neglected Tropical Diseases (Apr. 15,
    2025), https://journals.plos.org/plosntds/article?id=10.1371/journal.pntd.0012966.

Case 3:25-cv-01414-EMC    Document 248    Filed 02/20/26    Page 32 of 51

Docusign Envelope ID: 31E0E793-B4AD-4252-8Q4A-5DE0486B08C6    Case 3:25-cv-01414-EMC    Document 194-3    Filed 01/06/26    Page 9 of 19

1  the people living in and around the Harrison Street encampment as they are at risk for being

2  infected with Leptospirosis, which is a potentially deadly disease. To protect the people living in

3  the encampment, they must leave that environment permanently because the eradication cannot

4  be done if the encampment is there, including the dwellings and vehicles which harbor the rats.

5  Alameda County Vector Control has reported to me that from prior experience, when rat

6  abatement is done at an encampment and residents return to the encampment environment, the

7  rats also return. With the high burden of Lepto disease in this population of rats at the Harrison

8  Street encampment (as proven by the recent testing), it is unsafe to allow this rat population to

9  reemerge after eradication efforts. To track outcomes, ongoing trapping and testing of rats is

10  underway now and will continue on indefinitely into the future with the goal of ultimately

11  containing this apparent surge in Lepto infection in rats, and possibly dogs. Of note, the

12  encampment is not only within 1 3-mile proximity to a creek but also to a business district with

13  restaurants, a brewery, and an urban community farm. Thus, if this outbreak is not contained, the

14  risk to human life and other animal life could be substantial and widespread.

15      23. At this time, only animals have been confirmed to be infected with Lepto in and around

16  Harrison Street. The absence of confirmed human cases is reassuring but does not remove the risk

17  of undiagnosed cases or future cases. If a human case were confirmed, that would elevate the

18  urgency of the recommended response to protect human life and other animal life in the City of

19  Berkeley.

20      24. The current injunction in the matter *Berkeley Homeless Union v. City of Berkeley* prevents

21  the City of Berkeley from implementing fully effective eradication efforts for the Lepto rat

22  outbreak at the Harrison Street encampment. As a result, the City is using alternative means to

23  protect the health of the people and animals living in the encampment and those passing by. For

24  example, Alameda County Vector Control has posted informational flyers, and the Health Care

25  for the Homeless Street Medicine Health team has been doing in person education and handing

26  out flyers at the encampment warning about the health risks of Lepto. However, these alternatives

27  cannot adequately address the risks to human health posed by the presence of Lepto in the

28  Harrison Street encampment.

9

1    I declare under penalty of perjury that the foregoing is true and correct. and that this

2    declaration was executed on January 6. 2026. in Berkeley. California.

3

4                                                       Signed by:

5                                                       NOEMI DOOHAN. M.D.. Ph.D.. M.P.H.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DR. DOOHAN DECL. ISO CITY OF BERKELEY'S STATUS REPORT
Case No. 3:25-CV-01414-EMC

Docusign Envelope ID: 31E0E303-B4AD-4552-8D4A-5DE2486B09C6

# EXHIBIT

# A

Docusign Envelope ID: 31E0E503-B4AD-45F2-8D4A-6DE2486B09C6



# ALAMEDA COUNTY
# VECTOR CONTROL

## ANNUAL REPORT 2024



Docusign Envelope ID: 31E0E303-B4AD-45F2-8D4A-5DE2486B08C6

# Mission

The mission of the Vector Control Services District is to prevent the spread of vector-borne diseases, injury, and discomfort to the residents of the District by controlling insects, rodents, and other vectors and eliminating causal environmental conditions through education and integrated pest management practices.



Docusign Envelope ID: 31E0E503-B4AD-4352-8D4A-5DF2486B09C6

# Introduction

This 2024 Annual Report for County Service Area (CSA) VC 1984-1 for Vector Control is presented to the Alameda County Board of Supervisors (BOS) in compliance with Section 25214 and 25215.3 of the Government Code; County Service Area Law Chapter 13.20, and California Health and Safety Code Section 116110-116180.

This report gives a history on how and why the County Service Area (CSA) (known as the Alameda County Vector Control Services District, or "the District") was formed, explains how the assessments are calculated, and includes assessment tables since the CSA was formed in 1984.



In addition, this report includes highlights from the District's field operations as well as a summary of disease surveillance activities and our public outreach program.

This report is available for public review at the Vector Control Services District, 1131 Harbor Bay Parkway, Suite 166, Alameda, CA 94502, and is also posted on our website at https://www.acvcsd.org.

**Among the 2024 highlights were the following:**



• The District received the highest number of calls for voles since record keeping started in 2006.

• The District saw a significant decline in skunk calls, receiving the lowest number since record keeping started in 2006.

• District staff responded to a highly unusual poultry bug infestation at a federal building in the City of Livermore.

• In June 2024, the District celebrated its 40-year anniversary.



Docusign Envelope ID: 31E0E303-B4AD-45F2-8D4A-5DE2486B08C6

# District Services

### Request for Service: Overview



- Conduct investigations in response to requests for service from the public for rodent, wildlife, and insect vectors of disease, assess environmental conditions for vector harborage and access, and recommend solutions to reduce vector activity and associated public health risks.

- Investigate reported public health and vermin problems related to rodents, cockroaches, flies, fleas, bed bugs, lice, stinging insects (yellowjackets and bees), ticks, mites, and spiders, and render or recommend the appropriate control services based on integrated pest management strategies.

- Provide insect, tick and spider identifications and recommend the least-toxic control strategies.

- Conduct surveys of rodents, insects, and arthropods of public health importance, and maintain a reference collection.

- Survey and control cockroaches in public sewers, utility boxes and storm drains.

- Conduct yellowjacket and bee control in public areas.

### Wildlife Management and Rabies: Case Investigation



- Conduct investigations of nuisance wildlife problems relating to bats, skunks, opossums, raccoons, turkeys, feral pigs, foxes, coyotes, dogs, cats, rabbits, and birds (especially pigeons).

- Trap nuisance animals when preventive alternatives or exclusion practices are not possible or unlikely to be effective.

- Work in coordination with local animal control agencies and the Alameda County Public Health Department to monitor and test wildlife (bats, skunks, opossums, cats, etc.) for rabies and submit an annual report to the California Department of Public Health.

### Rodent Control



- Provide recommendations for rodent proofing and population control in homes, neighborhoods, open areas, and businesses.

- Conduct rodent suppression during vector-borne disease outbreaks, public health emergencies, or when residents are experiencing a public health risk from rodents and their ectoparasites.

- Conduct surveys of rat populations to assess species abundance, distribution, and disease-carrying potentials.

- Conduct inspections and rodenticide baiting of sanitary sewers for rats within the City of Oakland.

- Inspect and test sewer laterals and mains to detect breaks, which may provide an egress for rats to move into adjacent neighborhoods.

Docusign Envelope ID: 31E0E703-B4AD-45F2-8D4A-5DF2486B00C6

## Solid Waste Problems

- Investigate complaints regarding solid waste involving garbage, human or animal wastes, and odors at residential properties and businesses. These issues often attract or harbor rodent and wildlife vectors.

## Vector-Borne Disease Surveillance and Control



- Investigate reports of animal or human cases of disease such as Lyme disease, Psittacosis, Plague, Hantavirus (HCPS), Flea-borne Typhus, Tick Relapsing Fever, Chagas disease, Reptilian salmonellosis, Ehrlichiosis, Anaplasmosis, and Rabies to determine cause, incidence, distribution, and appropriate prevention and remediation measures.

- Assist the public with tick identification and submissions of ticks to laboratories for Lyme disease testing.

- Collect rodent ectoparasites and determine Plague potential (or other vector-borne disease transmission potentials) and implement rodent suppression and ectoparasite elimination strategies as required.

## Public Education and Information



- Provide educational presentations to schools, civic groups, property managements, homeowner associations and the general public.

- Disseminate educational materials on vector-borne diseases to residents and interested groups.

- Engage with the public through interactive outreach booths at local health fairs, special events, and the Alameda County Fair.

- Post annual shellfish harvesting quarantine notices at the Alameda County bay shoreline.

- Maintain a current, informative, and interactive web site.

- Provide timely and informative media releases on vector control issues.

## Legal Enforcement



- Provide assistance to local code enforcement agencies to enforce state laws, regulations, and local ordinances related to rodent, wildlife, or insect vectors that pose a threat to public health and safety.



| Date | Site | Specific Location | Species | Number Tested | Result |
|------|------|-------------------|---------|---------------|--------|
| 3/28 | Brushy Peak Regional Preserve | Brushy Peak Regional Preserve | Reithrodontomus megalotis (Harvest Mouse) | 13 | Negative |
| | | | Peromyscus maniculatus (Deer mouse) | 14 | Negative |
| | | | Mus musculus (House Mouse) | 2 | Negative |
| 6/18 | Pleasanton | Mission Hills | M. californicus (California Vole) | 10 | Negative |
| | | | P. maniculatus | 2 | Negative |
| 6/18 | Livermore | Sycamore Grove | M. californicus | 20 | Negative |
| 7/18 | Livermore | Livermore Wetlands Preserve | M. californicus | 26 | Negative |
| | | | P. maniculatus | 10 | Negative |
| 8/7 | Brushy Peak Regional Preserve | Brushy Peak Regional Preserve | P. maniculatus | 16 | Negative |
| | | | M. californicus | 7 | Negative |
| 9/17 | Brushy Peak Regional Preserve | Brushy Peak Regional Preserve | P. maniculatus | 3 | Negative |
| | | | M. californicus | 1 | Negative |

*Table 2. Hantavirus Surveillance 2024*



## Seoul Virus Surveillance

Seoul virus belongs to the Hantavirus family of rodent borne viruses. This family also includes Sin Nombre virus, which is the most common hantavirus in the United States. Seoul virus is transmitted from rats to humans after exposure to aerosolized urine, droppings, or saliva of infected rodents, or after exposure to dust from their nests or bedding. This virus has been found in both pet rat and wild rat populations around the world. The natural hosts for Seoul virus are the Norway rat (*Rattus norvegicus*) and the roof rat (*Rattus rattus*). Seoul virus cases have been reported in patients with exposure to wild rats in Texas, Maryland, and Washington DC. In 2017, the United States Center for Disease Control and Prevention (CDC) conducted a multistate investigation after the confirmation of Seoul virus infections in people and pet rats in the states of Wisconsin and Illinois. The symptoms and signs of Seoul virus infection are not specific, but may include fever, headache, nausea, joint pain, cough, and a mild to moderate form of hemorrhagic fever with renal syndrome.



In 2019, the District began collecting rat blood samples as a part of our Seoul virus surveillance program. From 2019-2023, a total of 960 Norway and roof rat blood samples have been tested serologically by our lab or submitted to the CDC recommended diagnostic lab to test for Seoul virus. Due to a shortage of resources, Seoul virus surveillance was suspended in 2024. To date, we have not had any rat blood samples test positive for Seoul virus infection.

## Leptospirosis Surveillance

Leptospirosis is the most widespread zoonosis in the world and is most common in temperate and tropical zones. It is caused by a bacterium that is spread through the urine of infected animals, which can get into water and soil where it can survive for weeks to months at a time. Various domestic and wild animals can carry the bacteria and excrete it for months to several years. Dogs are the most infected domestic animal. Humans can become infected through contact with urine, or other bodily fluids (except saliva) from infected animals or contact with soil, water or food that has been contaminated with the urine from infected animals. People most at risk are those that work outdoors or with animals.



17

Docusign Envelope ID: 31E0E302-B4AD-45F2-8D4A-5DE2486B09C6

Symptoms in humans range from mild to severe, with most cases going unnoticed. Leptospirosis was reinstated as a nationally notifiable disease by the CDC in 2013.



The District began screening blood serum of rats for Leptospirosis in 2020 using a commercially available test kit. In 2024, a total of 67 Norway rats and 4 roof rats from seven cities in the County were tested for infection and none of the blood samples were positive for Leptospira. To date, Leptospira has not been detected in the 457 rats tested from County trap sites (Table 3).



| City | # of Rats Tested | Species |
|---|---|---|
| Alameda | 26 | Norway & Roof Rat |
| Albany | 10 | Norway Rat |
| Berkeley | 47 | Norway Rat |
| Oakland | 329 | Norway Rat & Roof Rat |
| San Leandro | 1 | Norway Rat |
| Fremont | 20 | Norway & Roof Rat |
| Livermore | 5 | Roof Rat & Roof Rat |
| Pleasanton | 3 | Roof Rat |
| Union City | 13 | Roof Rat |
| Emeryville | 3 | Norway Rat |

*Table 3. Summary of 2020-2024 Leptospirosis testing*



## Plague Surveillance

Plague is a bacterial disease associated with certain rodents, other small mammals, and their fleas. It is famously known as the "black death" and was responsible for killing millions throughout Europe during the Middle Ages. The bacteria that cause this disease – *Yersinia pestis* – can currently be found in parts of Africa, Asia, and the Western United States. However, prior to its introduction this pathogen was not present in the US. It is believed that it was introduced to the West Coast from rat-infested ships arriving to San Francisco from China in 1900. Within 2-3 years, over 100 known plague cases were reported in San Francisco and by 1909 plague was detected in Alameda County in rats, ground squirrels, and humans. By 1910, plague had spread to eight California counties. Over the decades surveillance and detection of plague in Alameda County has been sporadic and minimal. It was last found in 1981 in the eastern part of the County when a ground squirrel and two coyotes tested positive. In 2023, in conjunction with the California Department of Public Health, District staff conducted plague surveillance in small mammals for the first time in decades. In total, five ground squirrels and 20 *Peromyscus* mice were trapped and tested. All samples were negative for plague. There are plans to resume plague surveillance soon.



## West Nile Virus Surveillance

Our District has been assisting with monitoring for the presence and spread of West Nile Virus in Alameda County for many years. Initially this program consisted of testing live mosquitoes, dead birds, and sentinel chickens. Currently, the District maintains a sentinel chicken flock as part of its disease surveillance program for both avian and mosquito-borne diseases. This program is implemented in conjunction with the California Department of Public Health's (CDPH) Vector Borne Disease Section. In 2024, one of the sentinel chickens at the District's flock in the City of Livermore tested positive for the West Nile Virus. CDPH and Alameda County Mosquito Abatement District used this data to help inform their West Nile Virus programs and responses.

Docusign Envelope ID: 31E0E703-B4AD-45F2-8D4A-5DE2486B09C5





VECTOR
CONTROL

1131 Harbor Bay Parkway, Ste. 166
Alameda, CA 94502 • (510) 567-6800 • www.acvcsd.org

Alameda County Environmental Health Department





City Manager's Office

# <u>SECOND PUBLIC NOTICE</u>

Date Posted: January 31, 2025

To:        Persons Encamped on Harrison St from 10th St to 6th St and on 8th St
from Gilman St to Codornices Creek

From:     City of Berkeley

Subject:    **<u>SECOND NOTICE: Notice of Health Hazard and Public Nuisance and
Order to Abate</u>**

**This is the Second Notice posted regarding the City's order to abate the nuisance
conditions and vacate the encampment at the above-listed locations. The distribution of
this second notice follows the decision of the City's Administrative Hearing Officer on the
Jan 22, 2025 appeal, which is included as Attachment 3.**

On December 6, 2024, the Environmental Health Division (EHD) and the Neighborhood Services
Division (NS) for the City of Berkeley conducted a site visit at this location. The site visit revealed
significant health and safety hazards including loose and scattered syringes; rodent harborage
conditions and evidence of extensive and active rodent burrows; unmitigated human and animal
waste; and open/rotting sources of food. The sidewalks and vehicular lanes of traffic were also
obstructed by the accumulation of personal belongings and debris in the area.

**SUMMARY**

You are hereby ordered to abate the nuisances in this area by or before the Compliance Deadline
of February 10, 2025. An Administrative Hearing for this order took place on January 22, 2025, at
2:00 PM (1400 hrs) at 2180 Milvia St, 1st floor – Cypress Room, Berkeley, CA 94704. **The
Administrative Hearing Officer's decision is included as Attachment 3. The appeal was
denied and there are no further opportunities to appeal this notice and order**. The City will
abate the nuisance conditions listed in this notice by removing/storing property and discarding all
hazardous or abandoned property remaining in the right-of-way after the Compliance Deadline.
Vehicles subject to tow under the California Vehicle Code and Community Caretaking may be
impounded at any time after the Compliance Deadline. Failure to comply with any of the orders in

this Notice may result in citation and/or arrest. **A simple description of the requirements of this notice can be found in the Fact Sheet included as Attachment 1.**

**The City's primary goal is to end encampments by moving all people indoors. Those interested in shelter or permanent housing should refer to Attachment 2.**

**DECLARATION OF HEALTH HAZARD AND PUBLIC NUISANCE**
Based on the observed conditions and associated hazards described above, the Manager of Environmental Health declared the conditions to be a public nuisance pursuant to Berkeley Municipal Code Sections 11.36.020 and 11.40.040, and the City Manager's Office declared the conditions to be a public nuisance pursuant to Berkeley Municipal Code Sections 14.48.020 and 14.48.160. To address these conditions, the City Manager ordered a full closure of the encampment on December 18, 2024.

**ORDER TO CORRECT**
Pursuant to BMC 11.40.040, you are hereby ordered to abate all nuisance conditions in the above listed locations by removing the health nuisance conditions and the sidewalk nuisance conditions listed below.

Pursuant to City Council Resolution No. 71,513-N.S., City Council Ordinance 7,935-N.S., and Administrative Regulations AR 10.1 and AR 10.2, this area will be declared a no-lodging area and a TNC Prohibited Area. Signage will be posted immediately after any nuisance abatement declaring the area to be off-limits to public lodging and TNCs, pursuant to California Penal Code Section 647(e) and City of Berkeley Administrative Regulation 10.2, and declaring that all personal property in the area will be subject to removal pursuant to Administrative Regulations 10.1 and 10.2. Signage will include instructions on how to retrieve stored property that has been removed.

**Please comply with this notice by removing all personal property from the above listed locations no later than February 10, 2025 ("Compliance Deadline").** Pursuant to BMC 11.40.110, failure to appeal or remove the nuisance by the Compliance Deadline will result in the City abating the nuisance without further notice at any time thereafter. Please take this opportunity to ensure your vehicle is in proper working order and properly licensed and registered by or before the Compliance Deadline. Vehicles will be subject to tow and impound if they remain in the closure area, pursuant to authorized actions by the Vehicle Code and community caretaking needs. Property or debris on or around the vehicle obstructing or impeding a tow operation will be removed in accordance with the "Personal Property" section of this notice immediately below.

**HEALTH NUISANCE CONDITIONS**
You are notified that pursuant to **Berkeley Municipal Code 11.36.020(H),** the following is declared a health and safety hazard: "The maintenance, ownership, or control over any sidewalk, gutter, curb, or driveway in a state of deterioration, disrepair or damage caused by tree roots, traffic, erosion, exposure to the elements, age, or any other cause whatsoever. To remedy any defective sidewalk, gutter, curb, or driveway, the Assistant City Manager for Public Works, or their designee, shall have the authority to instigate and process abatement procedures pursuant to Berkeley Municipal Code Section 11.40.010 et seq. (as amended from time to time) as if they were chief of environmental health."

You are further notified that pursuant to **Berkeley Municipal Code 11.36.030,** "the existence of the following condition is declared to constitute an imminent health hazard: the discharge of

sewage, garbage or any other organic filth into or upon any place in such a manner that transmission of infective material to human beings may result therefrom."

You are further notified that pursuant to **Berkeley Municipal Code** 11.40.040, "Whenever it comes to the attention of the chief of environmental health that any condition exists within the City which may constitute a public nuisance, as defined in this title, the chief of environmental health shall cause the matter to be investigated and, if the investigation so warrants, shall declare such condition to be a public nuisance. The declaration shall specify the nature and location of the condition, the measures necessary to abate such condition, and the date of the declaration."

You are further notified that pursuant to **Berkeley Municipal Code 11.40.110**, "If the nuisance is not abated within the time specified in the notice of decision, the chief of environmental health shall have the power to abate such nuisance without further notice including the power to condemn and destroy any property constituting the nuisance if the nuisance cannot be abated without destruction of such property."

**SIDEWALK NUISANCE CONDITIONS**
You are hereby notified that pursuant to **Berkeley Municipal Code 14.48.020**, "It is unlawful for any person to place or cause to be placed anywhere upon any sidewalk or roadway, any object which obstructs, restricts, or prevents the use of any portion of such sidewalk or roadway."

You are further notified that pursuant to **Berkeley Municipal Code 14.48.120 and Administrative Regulation 10.2**, (1) "TNC Objects are prohibited on Sidewalks in Residential Districts, except Objects in Transit pursuant to BMC §14.48.030 or as otherwise specifically authorized by the BMC"; (2) In Commercial and Manufacturing Districts, TNC Objects shall not be "left unattended for more than 2 hours," "placed in parklets or on any portion of a streets that is not a a Sidewalk," "interfere with access to and use of driveways, crosswalks, bus benches, bus stops, transit stops, bicycle racks, fire hydrants, faucet bibs, utility boxes, public art installations, mailboxes, ATM machines, embedded trap doors, parking meters, parking payment machines, refuse or recycling cans, or pursuant to a City permit, construction materials, newspaper racks, or sidewalk café seating"; "placed in a location that interferes with access for individuals with disabilities such as curb and wheelchair ramps", "in a location where they . . . obstruct, restrict, or hinder visibility of traffic devices or signs," "adjacent to any blue or white curb," "on a Sidewalk directly in front or within three feet of either side of a building entrance," or "within a BART Access Corridor, except objects in transit per 14.48.030." Pursuant to Administrative Regulation 10.2, enforcement may include reducing the footprint of TNC Objects to a 9-square-foot footprint and/or requesting that the TNC Objects be moved to another location.

You are further notified that pursuant to **Berkeley Municipal Code 14.48.160**, "Anything placed or permitted to remain upon any sidewalk or roadway in violation of this Chapter, is declared to constitute a nuisance and the City is authorized and empowered to abate such nuisance by removing the same to the custodian of lost property in the Police Department or the Corporation Yard of the City, or other location designated by the City."

**VEHICLES**
You are hereby notified that pursuant to **California Vehicle Code 22651(o)**, "A peace officer…or a regularly employed and salaried employee, who is engaged in directing traffic or enforcing parking laws and regulations, of a city, county, or jurisdiction of a state agency in which a vehicle is located, may remove a vehicle located within the territorial limits in which the officer or employee may act, under the following circumstances… If a vehicle is found or operated upon a highway, public land, or an off street parking facility under any of the following circumstances… With a

registration expiration date in excess of six months before the date it is found or operated on the highway, public lands, or the off street parking facility."

You are further notified that pursuant to **California Vehicle Code 22651(b)**, "A peace officer, as defined in Chapter 4.5 (commencing with Section 830) of Title 3 of Part 2 of the Penal Code, or a regularly employed and salaried employee who is engaged in directing traffic or enforcing parking laws and regulations of a city, county, or jurisdiction of a state agency in which a vehicle is located may remove a vehicle located within the territorial limits in which the officer or employee may act, under the following circumstances: ... (b) If a vehicle is parked or left standing upon a highway in a position so as to obstruct the normal movement of traffic or in a condition so as to create a hazard to other traffic upon the highway."

You are further notified that pursuant to **California Vehicle Code 22669(d)**, "Motor vehicles which are parked, resting, or otherwise immobilized on any highway or public right-of-way and which lack an engine, transmission, wheels, tires, doors, windshield, or any other part or equipment necessary to operate safely on the highways of this state, are hereby declared a hazard to public health, safety, and welfare and may be removed immediately upon discovery by a peace officer or other designated employee of the state, county, or city."

**PERSONAL PROPERTY**
The City can temporarily store a limited amount of certain types of personal property up to 90 days, depending on value. Personal property left unattended may be collected and stored pursuant to the City's policy, if it meets certain requirements, described in more detail below:

1. **Personal property that *may* be stored up to 90 days** includes property of a personal nature such as identification; photos/photo albums; tents, sleeping bags, bedding (which is deemed to be in serviceable condition); luggage, backpacks, purses; clothing; documents (together in a packet bound or secured in some way); jewelry; medication; eyewear; electronic equipment; tools; bicycles and other non-motorized methods of transportation which are in working order.
2. **Items that will not be stored and are subject to disposal if left on public property at the time of the abatement include but are not limited to**: soiled or moldy items; loose or scattered papers; wet or damp clothing, bedding or sleeping bags; perishable food or personal products; personal hygiene products such as toothbrushes or hairbrushes; bike carcasses and parts; mattresses, futons, furniture; shopping carts (items easily identified as personal belongings and meeting the criteria for storage may be stored); broken or disassembled items or items stripped of parts; weapons; items that attract rodents or insects (containers for recycling or food storage); hazardous or explosive items such as gasoline cans, propane tanks, batteries.

Individuals who wish to reclaim their stored property may make an appointment to retrieve it. To do so, please call "311" to contact the City's Customer Service Center during regular business hours (Monday – Friday, 9:00 AM to 3:00 PM), or call (510) 981-2489 or (510) 981-CITY. Alternatively, information regarding retrieval of unattended and stored property is available in the lobby of the Berkeley Civic Center, 2180 Milvia Street, Berkeley, during regular business hours.

**DISABILITIES AND REASONABLE ACCOMMODATIONS**
You have the right under the Americans with Disabilities Act to request a reasonable accommodation (i.e., a modification of standard City policy, procedure, and/or practice) if your disability prevents you from complying with this notice. To request a reasonable accommodation, please contact the City's ADA Coordinator (email: ada@berkeleyca.gov, phone: 510-981-6418, TTY/TDD: 510-981-6347, and street address: 1947 Center St., 4th Floor, Berkeley 94704). The

City may request verification from a licensed medical professional that your disability impedes compliance with the terms of this notice. The City will work with you to identify a mutually agreeable accommodation based on your needs and the goals of this notice but may determine that the requested accommodation cannot be provided. **Please make any requests for accommodation as soon as you are able to do so. Failure to request a reasonable accommodation by February 3, 2025 may prevent the City from reaching a resolution to your request prior to the City's abatement of the nuisances.**

**FAILURE TO COMPLY**
Failure to comply may result in the City abating the nuisance conditions pursuant to BMC Chapter 11.40 at any time, without further notice, after the Compliance Deadline has passed.

**The City prefers not to cite or arrest in order to gain your compliance with this notice. However, absent voluntary compliance, failure to comply may result in citations and/or arrest. Additionally, any abandoned or hazardous property that remains on the right of way, or on or around any vehicle obstructing a lawful tow of that vehicle, in the above-listed locations on or after the Compliance Deadline will be discarded without further notice from the City, and any other remaining property will be removed pursuant to AR 10.1.**

**DECISION OF APPEAL:**
An appeal of this abatement pursuant to BMC 11.40.060 and BMC 11.40.090. was held by the City's Administrative Hearing Officer at 2:00 PM (1400 hours) on Wednesday, January 22 at 2180 Milvia St, 1st Floor – Cypress Room, Berkeley, CA 94704.

The Hearing Officer's Decision is included as Attachment 3 to this Second Notice. **The appeal was denied and there are no further opportunities to appeal this notice and order.**

