UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>Defendants. | Case No.  25-cv-01414-EMC<br><br>**ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION**<br><br>Docket No. 248 |

Plaintiffs seek an emergency hearing concerning the City of Berkeley's planned abatement action in the Harrison Corridor scheduled to begin February 24, 2026.  Having reviewed the parties' submissions, the Court concludes that emergency relief is not warranted at this time.

The Court's preliminary injunction, as reiterated in subsequent orders, applies only to specifically identified individuals.  The record presently before the Court indicates that the City's abatement notices expressly exempt those protected individuals from relocation during the planned abatement.  Nothing in Plaintiffs' application demonstrates that the City intends to act inconsistently with the scope of the preliminary injunction.  To the contrary, the City's notices on their face recognize and preserve the protections previously ordered by this Court

Plaintiffs raise concern regarding "No Parking" signage allegedly placed in locations where protected individuals reside in RVs.  The Court emphasizes that the injunction remains fully in force and that the City may not, directly or indirectly, interfere with the continued occupancy or parking of vehicles belonging to individuals protected by the injunction.  Any enforcement action that would violate the preliminary injunction's preservation of the status quo would raise serious compliance concerns.

At this time, however, Plaintiffs have not shown that emergency intervention or a hearing

1 | on the matter is necessary.

2 | Accordingly, Plaintiffs' ex parte application is **DENIED**.

5 | **IT IS SO ORDERED**.

7 | Dated: February 21, 2026

_____
EDWARD M. CHEN
United States District Judge