**Brigitte Nicoletti (CA BAR NO. 336719)**
bnicoletti@ebclc.org
EAST BAY COMMUNITY LAW CENTER
2001 Center Street, Fourth Floor
Berkeley, CA 94704
Tel:    (510) 548-4040

**Thomas Zito (CA BAR NO. 304629)**
tzito@dralegal.org
**Michael Nunez (CA BAR NO. 280535)**
mnunez@dralegal.org
**Sean Betouliere (CA BAR NO. 308645)**
sbetouliere@dralegal.org
**Jameelah Najieb (CA BAR NO. 349644)**
jnajieb@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel:    (510) 665-8644

**Emily Roznowski** *(Pro Hac Vice)*
eroznowski@dralegal.org
DISABILITY RIGHTS ADVOCATES
300 S. Wacker Drive, Floor 32
Chicago, Illinois 60606
Tel:    (332) 217-2328

Attorneys for *Amici Curiae*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BERKELEY HOMELESS UNION and FRANK MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, RASHI KESARWANI, and DOES 1-10,<br><br>Defendants. | Case No. 3:25-cv-01414-EMC<br><br>**Administrative Motion for Leave to File** *Amici curiae* **Brief of Plaintiffs and the Putative Class in** *Prado v. City of Berkeley*, **No. 23-cv-4537-EMC (N.D. Cal.) and [Proposed] Order**<br><br>Date:    March 20, 2026<br>Time:    10:00 a.m.<br>Crtrm.:   5 - 17th Floor<br><br>Judge:   Edward M. Chen |

Case No. 3:25-cv-01414-EMC

Motion for Leave to File *Amici curiae* Brief of Plaintiffs and Putative Class in *Prado v. City of Berkeley* in support of Plaintiffs

Pursuant to Civil Local Rule 7.11, Plaintiffs and the Putative Class in *Prado v. Berkeley*, Case No. 23-cv-04537-EMC (N.D. Cal.) ("the Putative Class"), hereby moves for leave to file an *amici curiae* brief in support of Plaintiffs' Combined Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment (ECF No. 247) and in support of neither Party with respect to the City's Motion to Dissolve the Preliminary Injunction (ECF No. 207). BHU does not oppose Amici's motion and the City did not respond to Amici's inquiry as to whether the City opposes the motion.

## I.    STATEMENT OF INTEREST OF PROPOSED *AMICI CURIAE*

Proposed *Amici Curiae* are the Plaintiffs and the Putative Class in the related case of *Prado v. Berkeley*, No. 23-cv-04537-EMC (N.D. Cal.). The Putative Class is defined as "All unhoused persons who have a 'disability' as defined under the Americans with Disabilities Act, 42 U.S.C. § 12101, who reside in a vehicle or other shelter in public spaces in Berkeley, California, or who reside in temporary or transitional shelters in Berkeley, California." *See Prado v. Berkeley*, No. 23-cv-04537-EMC (N.D. Cal.) ("*Prado* Case"), ECF No. 157 (Mot. Class Cert.) at 1. The *Prado* Plaintiffs filed their motion for class certification on February 17, 2026. *Id.*

Plaintiffs and the Putative Class assert claims against the City of Berkeley that overlap with those brought by Plaintiffs in this matter, including discrimination against persons with disabilities under the ADA and state law with respect to the City of Berkeley's 72-hour parking restriction; unreasonable search and seizure under the Fourth Amendment and the California Constitution; and exposure to state created danger in violation of the Fourteenth Amendment. *Id.* at 1; *see also Prado* Case ECF No. 150 (Corrected Third Amended Complaint) at 67-76, 77-81. After the Court ordered the Parties in this matter to file cross-motions for summary judgment with instructions to address several questions relating to Plaintiffs' disability discrimination claims, ECF No. 202, the City of Berkeley also moved for Summary Judgment on Plaintiffs' property seizure and destruction and state-created danger claims, *see* ECF No. 219 (Defs.' Mot. Summ. J.) at 19-24. Plaintiffs and the Putative Class have a direct interest in the outcome of the Parties' motions for summary judgment given the overlapping claims.

The Court also recognized the overlap between parties and factual issues in the two cases by relating the cases, ECF No. 36, and ordered the parties in both cases to meet and confer before filing motions to consider the need or opportunity for coordinated filings, ECF No. 164. Here, because the

1

Case No. 3:25-cv-01414-EMC

Motion for Leave to File *Amici Curiae* Brief of Plaintiffs and Putative Class in *Prado v. City of Berkeley* in support of Plaintiffs

Court ordered the Parties in the instant case to file cross-motions for summary judgment while discovery remains ongoing in *Prado*, the Putative Class seeks to express its views on summary judgment in the form of an amicus brief. Because the two cases are proceeding on separate litigation schedules, the Court's decision in this matter should be solely based on the evidence and record in this case, and it should not limit the *Prado* Plaintiffs and Putative Class's ability to try or otherwise litigate their claims to a separate, independent judgment in that matter.

Counsel for proposed amici certify that no party's counsel authored this brief in whole or in part, and no person other than amici, their members, or their counsel made a monetary contribution to its preparation or submission.

## II.    THE PROPOSED BRIEF WOULD ASSIST THE COURT IN DECIDING THIS MATTER

Allowing amici to file a brief is "solely within the Court's discretion, and generally courts have 'exercised great liberality' in permitting amicus briefs." *Cal. by and through Becerra v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (quoting *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007)). The only criterion is that an applicant's "participation is useful or otherwise desirable to the court." *Id.* This Court has permitted other interested persons to file an amicus brief in this case. *See* ECF No. 54 (Order Granting Mot. Leave File Amicus Br. Harrison Street Residents).

Proposed *amici* respectfully contend that their brief would assist the Court in deciding this matter by providing briefing on legal issues in this case that neither party adequately briefed, providing a factual and legal framework for the relevant program definition under the ADA, and offering *Amici*'s perspective on factual issues regarding Plaintiffs' Fourth and Fourteenth Amendment claims that preclude summary judgement on those claims. The proposed brief is attached hereto as Exhibit A.

## III.    CONCLUSION

For the foregoing reasons, *Amici Curiae* respectfully requests that the Court grant this motion for leave to file the accompanying brief in support of Plaintiffs.

DATED:  March 4, 2026                    Respectfully submitted,

                                         DISABILITY RIGHTS ADVOCATES


                                         By:  _____
                                             Thomas Zito
                                             Attorneys for *Amici* Curiae

**[PROPOSED] ORDER**

After full consideration of the papers filed in support of the Motion for Leave to File *Amici Curiae* Brief of Plaintiffs and the Putative Class in *Prado v. City of Berkeley*, No. 23-cv-4537-EMC (N.D. Cal.) in Support of Plaintiffs, any other papers submitted in support of or opposition to the Motion, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Motion for Leave to File *Amici Curiae* Brief of Plaintiffs and the Putative Class in *Prado v. City of Berkeley*, No. 23-cv-4537-EMC (N.D. Cal.) in Support of Plaintiffs is GRANTED; and

2. The [Proposed] Brief of *Amici Curiae* Plaintiffs and the Putative Class in *Prado v. City of Berkeley*, No. 23-cv-4537-EMC (N.D. Cal.) filed concurrently with the motion for leave is deemed filed as of the date of this Order.

IT IS SO ORDERED.


Date: _____              _____
                                          The Honorable Edward M. Chen
                                          United States District Judge