UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>Defendants. | Case No.  25-cv-01414-EMC<br><br>**ORDER RE SECOND EX PARTE APPLICATION FOR TRO**<br><br>Docket No. 264 |

    The Court has reviewed Plaintiffs' Second Ex Parte Application for a Temporary Restraining Order.  Dkt. 264.  A hearing on Plaintiffs' motion is hereby set for March 11, 2026, at 11:00 a.m.  The Court will use the normal Zoom link for its public hearings.  Defendants shall file a response to Plaintiffs' motion by March 11, 2026, at 8:00 a.m.

    The Court finds that Plaintiffs have preliminarily made a significant showing of likelihood of irreparable injury and hardship, and have raised serious questions concerning the City's compliance with the Americans with Disabilities Act ("ADA") — particularly its obligations to engage in a good faith interactive process and grant reasonable accommodations.  Accordingly, pending the hearing on Plaintiffs' motion, the City is enjoined from taking any abatement actions against the additional individuals who submitted ADA accommodation requests: Robert Pearce, Monique Williams, Alice Barbee, Erik Alexander Johnson Coon, Jacob Clakley, Jason Charette, Kevin Martinez, Lisa Saechao, Robbie Peddycoart, "Shawman," Thomas Barnett, Hector Navarro, Brenda Boleras, Jonny Ruel Holder, Quinton Cocklereese, Jermaine Lee White, Kittivut Patanapanich, and Melissa Cheatwood.

///

///

**IT IS SO ORDERED**.

Dated: March 10, 2026

_____
EDWARD M. CHEN
United States District Judge