UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>Defendants. | Case No.  25-cv-01414-EMC<br><br>**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Docket No. 264 |

The Court held a hearing on Plaintiffs' Motion for Temporary Restraining Order ("TRO"). For the reasons stated on the record, the Court's March 10, 2026 TRO remains in place due to the likelihood of irreparable harm, balance of hardships, and the serious questions raised by Plaintiffs regarding the merits of their Americans with Disabilities Act and constitutional claims.  Plaintiffs shall file a further brief in support of injunctive relief by Friday, March 13, 2026, at 5:00 p.m.  The City may respond by Tuesday, March 17, 2026, at 12:00 p.m.

The hearing on the parties' motions will be held in person on March 20, 2026, at 10:00 a.m.  The hearing will concern the parties' cross-motions for summary judgment, Defendants' motion to dissolve the June 4, 2025 preliminary injunction, and the motions for preliminary injunction arising from the Court's March 10, 2026 TRO and March 7, 2026 TRO in the related case *Prado v. City of Berkeley*, No. 23-cv-04537.

///

///

///

///

///

**IT IS SO ORDERED**.

Dated: March 11, 2026

_____
EDWARD M. CHEN
United States District Judge