Farimah Faiz Brown, City Attorney (State Bar No. 201227)
Chris Jensen, Assistant City Attorney (State Bar No. 235108)
Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
Nubyaan Scott, Deputy City Attorney (State Bar No. 331584)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960
Email: CJensen@berkeleyca.gov

Attorneys for Defendant
CITY OF BERKELEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE, RASHI KESERWANI, DOES 1-10,<br><br>Defendant. | Case No.  3:25-CV-01414-EMC<br><br>**DECLARATION OF PETER RADU IN SUPPORT OF CITY OF BERKELEY'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' SECOND TEMPORARY RESTRAINING ORDER MOTION** |

I, Peter Radu, declare as follows:

1.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2.  I am an Assistant to the City Manager for the City of Berkeley ("City"), and have been in that role since August 2021.

3.  In my role, I oversee outreach, engagement, and coordination of shelter and housing resources for individuals experiencing homelessness in Berkeley through the City's Homeless Response Team ("HRT").

4.   HRT conducts outreach to individuals experiencing homelessness and, where appropriate,

offers shelter placements and facilitates access to housing resources.

5. Shelter resources available to individuals experiencing homelessness include both congregate and non-congregate shelter programs. Congregate shelter generally involves shared sleeping or living areas. Non-congregate shelter programs include housing sites or similar programs that provide more private or semi-private accommodations.

6. The City's non-congregate shelter sites currently include the Campus Motel, the Berkeley Inn (also referred to as Beyond the Horizon), and the Capri Motel (also referred to as the Howard Johnson). These sites provide individual or shared rooms and are distinct from congregate shelter environments.

7. The City does not own, nor control placements for any permanent supportive housing. The City does help fund  additional motel-based sites, including the Golden Bear Homes and the Rodeway Inn; however, those sites function as permanent supportive housing and are not part of the City's interim shelter inventory available for general shelter placement.

8. For shelter programs operated by third-party providers, including Insight Housing, Building Opportunities for Self-Sufficiency (BOSS), and Dorothy Day House, I have been informed that the City's contracts require compliance with applicable federal and state fair housing and disability access laws, including the Fair Housing Act and the Americans with Disabilities Act. These contractual provisions require providers to operate their programs in a manner consistent with those legal obligations.

9. At the City's non-congregate shelter sites, including the Campus Motel, the Berkeley Inn, and the Capri Motel, requests for disability-related accommodations are handled by the City rather than by third-party service providers. Accordingly, the City does not require separate contractual provisions obligating service providers at those sites to independently process or determine ADA accommodation requests, as that function is performed by the City.In the course of their outreach, HRT staff and partner providers offer available shelter placements to individuals when appropriate. Some individuals accept those placements, while others decline them. It is not uncommon for individuals to decline offers of congregate shelter even when such placements are available.

10.  Pursuant to Federal regulations (HUD Notice CPD-16-11 and Notice CPD-17-01), Permanent Supportive Housing must be prioritized according to vulnerability and chronicity of homelessness, and centralized through a Coordinated Entry System. Since the Coordinated Entry System in which Berkeley and its programs—even those funded by the City— participates is operated by Alameda County, the HRT cannot directly provide Permanent Supportive Housing. Instead, and pursuant to HUD regulations and County policy, HRT offers and facilitates housing assessments that place individuals into the Coordinated Entry system administered by Alameda County. These assessments allow individuals to be considered for available housing resources throughout the county.

11. HRT outreach staff document engagement with individuals through the Homeless Management Information System ("HMIS"), which is the regional data system used by Alameda County and local service providers to track services, shelter placements, and housing assessments.

12. HRT outreach staff and partner service providers enter information into this system in the ordinary course of providing services. This includes outreach and case management notes, shelter program enrollments and exits, and housing assessments conducted through the Coordinated Entry system. These records are used by outreach providers and service organizations to track engagement with individuals and to coordinate access to shelter and housing resources.

13. The information described in the paragraphs that follow are based on the records maintained through HMIS. Shelter offers reflected in the records include both congregate and non-congregate options. However, unless a case management note or service record specifically identifies the program or site offered, it is not possible to retroactively determine with certainty whether a particular offer was for a congregate or non-congregate placement.

**Alice Barbee**

14.  Alice Barbee was offered shelter on January 15, 2026 and February 4, 2026. She was assessed for housing on April 12, 2022, April 13, 2022, and September 30, 2025. On January 15, 2026, HRT outreach staff offered Alice Barbee shelter services, which she declined

DECLARATION OF PETER RADU IN SUPPORT OF CITY OF BERKELEY'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' SECOND TEMPORARY RESTRAINING ORDER MOTION
Case No. 3:25-CV-01414-EMC

because she did not want to part with her four dogs. On February 4, 2026, HRT outreach staff again discussed shelter options with her, including congregate shelter, which she declined for the same reason. Alice Barbee was assessed for housing on April 12, 2022, April 13, 2022, and September 30, 2025.

**Austin White**

15. Austin White was offered shelter on September 25, 2024, October 7, 2024, October 21, 2024, November 19, 2024, December 18, 2025, and January 15, 2026. He was assessed for housing on May 9, 2022, August 12, 2024, and July 29, 2025. On October 21, 2024, he declined a shelter placement, stating he was waiting for a promised hotel stay. During that same time period, he declined services because his dogs could not accompany him. He later accepted shelter and entered placement on November 13, 2024, but subsequently left the shelter. On December 18, 2025, he declined an additional congregate shelter offer, and againon January 15, 2026, he again declined shelter, stating he does not like shelters and wants an apartment.

**Brenda Bolares (Known to Staff as "Brenda Bolanos")**

16. Since July 2025, HRT outreach staff made repeated attempts to contact Brenda Bolares for purposes of offering services, including shelter, but were unable to make contact, and no shelter placement was accepted. Brenda Bolanos was assessed for housing on December 13, 2024.

**Eric Keiser**

17. Eric Keiser was offered shelter on August 4, 2023, August 7, 2023, August 18, 2023, August 21, 2023, August 25, 2023, December 5, 2023, and December 6, 2023. He was assessed for housing on January 18, 2022 and November 17, 2022. On August 4, 2023, Mr. Keiser declined a Campus Motel shelter offer. He later accepted a referral and agreed to enter shelter but subsequently declined to proceed, stating he did not trust the program. On August 25, 2023, he accepted shelter and enrolled in the Campus Motel program. On December 5, 2023, he declined congregate shelter, stating he would only accept a motel placement. On December 6, 2023, he initially agreed to winter shelter but then declined to go when transportation was

4

offered. On February 4, 2026, he declined to complete an assessment and did not engage in shelter discussions.

**Erik Alexander Johnson Coon**

18.  Erik Coon was offered shelter on February 4, 2026. He was assessed for housing on May 16, 2024, September 24, 2024, and August 21, 2025. On February 4, 2026, HRT outreach staff discussed shelter options with Erik Coon. He declined congregate shelter, stating he is not comfortable in that environment, and indicated he would only consider indoor placement if a more suitable option were available.

**Erin Spencer**

19. On Erin Spencer was offered shelter on August 3, 2023, August 4, 2023, August 15, 2023, November 7, 2023, October 4, 2024, November 14, 2025, and January 15, 2026. On August 3, 2023, Erin Spencer was offered a motel placement, which he declined, stating he prefers being outside. Additional motel offers on August 9 and August 14, 2023 were also declined. On August 15, 2023, he again declined, stating he has difficulty staying indoors due to past trauma. On November 7, 2023, he declined a Campus Motel placement. On October 4, 2024, he declined both shelter and mental health services, stating he did not want housing. On January 15, 2026, he again declined shelter, stating he prefers to remain outdoors.

**Jacob Clakley**

20. Jacob Clakley was offered shelter on August 23, 2024. He was assessed for housing on July 15, 2022, November 1, 2023, November 9, 2023, and January 26, 2026. On or about August 23, 2024, HRT outreach staff offered Jacob Clakley shelter, which he declined, stating he did not want to return to a structured program environment.

**Jason Charette**

21. Jason Charette was offered shelter on October 23, 2024. He was assessed for housing on November 16, 2022 and August 21, 2024. Jason Charette was placed in shelter at the New Beas Hotel following issues at a prior placement at Golden Bear. He later exited that placement and has not consistently engaged with shelter services despite outreach attempts.

**Jermaine Lee White**

22. Jermaine White previously received housing through a program but was later exited after failing to remain in placement and failing to comply with program requirements. Mr. White was assessed for housing on January 10, 2022, January 18, 2022, October 25, 2022, and February 27, 2024.

**Jonny Ruel Holder**

23. Jonny Ruel Holder was offered shelter on February 4, 2026. He was assessed for housing on October 24, 2022 and June 24, 2024.Jonny Ruel Holder accepted shelter at Dorothy Day House but later voluntarily exited, stating he could not comply with program requirements. On February 4, 2026, HRT outreach staff offered shelter again, which he declined, stating he was not interested in congregate shelter.

**Kevin Martinez**

24. Kevin Martinez previously accepted shelter in Oakland but left that placement. On September 30, 2024, he indicated interest in shelter and needed an assessment. On October 3, 2024, he was offered shelter and services. On October 15, 2024, he completed an assessment and intake but has not entered or maintained a shelter placement since that time. Kevin Martinez was assessed for housing on December 14, 2021, October 27, 2022, November 29, 2022, and July 20, 2023.

**Lewanda Parnell**

25. Lewanda Parnell was offered shelter on August 1, 2023, August 3, 2023, August 15, 2023, August 31, 2023, February 6, 2024, February 8, 2024, February 16, 2024, September 12, 2024, September 16, 2024, September 17, 2024, September 24, 2024, September 30, 2024, October 9, 2024, and January 15, 2026. She was assessed for housing on July 14, 2023.On August 1, 2023, Lewanda Parnell was offered a motel placement, which she declined due to concerns about program rules. Additional offers on August 3 and August 15, 2023 were declined for the same reason. On August 22, 2023, she accepted a placement at Berkeley Inn but later declined other shelter opportunities.

**Merced Dominguez**

26. Merced Dominguez was offered shelter on August 15, 2023 and August 18, 2023. She was

6

assessed for housing on August 26, 2021, November 29, 2021, December 23, 2022, September 1, 2023, July 2, 2024, December 4, 2024, and July 1, 2025. HRT outreach staff offered Merced Dominguez shelter placements, including motel-based placements at the Super 8 and Berkeley Inn. She declined these offers, stating she did not want to leave her established encampment and expressed concerns about being placed near others from the encampment. Merced Dominguez was assessed for housing on August 26, 2021, November 29, 2021, December 23, 2022, September 1, 2023, July 2, 2024, December 4, 2024, and July 1, 2025.

**Monique Williams**

27. Monique Williams was offered shelter on August 11, 2023. She was assessed for housing on July 14, 2023 and October 12, 2023. HRT outreach staff offered Monique Williams shelter, which she accepted, and she enrolled in the Campus Motel shelter program on August 24, 2023.

**Quinton Cocklereese**

28. HRT outreach staff offered Quinton Cocklereese shelter and discussed placement at the Hope Center. He did not enter shelter and did not follow through with placement. Quinton Cocklereese was assessed for housing on February 23, 2022.

**Robbie Peddycoart**

29. Robbie Peddycoart was offered shelter on October 22, 2024. He was assessed for housing on October 28, 2021, January 26, 2022, October 4, 2022, and September 25, 2024. HRT outreach staff offered Robbie Peddycoart shelter, which he accepted, and he enrolled in the Campus Motel shelter program.

**Robert Pearce**

30. Robert Pearce was offered shelter on August 10, 2023. He was assessed for housing on July 19, 2022, July 21, 2022, April 17, 2023, October 6, 2023, and February 4, 2025. HRT outreach staff offered Robert Pearce shelter, which he accepted, and he enrolled in the Campus Motel shelter program on or about August 18, 2023. He was later exited from the program.

**Lisa Saechao,y-chain**

31. HRT outreach staff offered Lisa Saechao shelter on August 7, August 15, and August 29, December 5 and December 6, 2023. She declined each offer, stating she preferred to remain where she was. Ms. Saechao was assessed for housing on June 28, 2021.

**Shawman (identified in the HMIS as Shama Sides)**

32. HRT outreach staff engaged with this individual, identified in records as Shama Sides, regarding shelter services, but no shelter placement was accepted. Shama Sides was assessed for housing on January 11, 2022, and February 9, 2024.

**Shareef Muwakkil**

33. HRT outreach staff offered Shareef Muwakkil shelter on multiple occasions. He accepted shelter placements at times and later exited those programs, and on other occasions declined or failed to follow through with placements. Shareef Muwakkil was offered shelter on August 11, 2023 and December 18, 2025 and was assessed for housing on May 18, 2022.

**Thomas Barnett**

34. Thomas Barnett was offered shelter on November 7, 2023, November 9, 2023, December 2, 2024, December 11, 2024, January 30, 2026, and February 4, 2026. He was assessed for housing on March 1, 2022, April 22, 2022, May 1, 2024, and January 30, 2026. HRT outreach staff offered Thomas Barnett shelter on multiple occasions, and he accepted shelter placements at times and later exited those placements, and on other occasions declined shelter.

**Yesica Prado**

35. Yesica Prado was offered shelter on July 26, 2023, August 3, 2023, August 22, 2023, September 1, 2023, and September 12, 2023. On Multiple occasions HRT outreach staff offered Yesica Prado shelter services, but she did not enter a shelter placement. In 2023, Yesica was set to enroll at the Campus Motel, but after scheduling an intake appointment, she declined to enroll and instead stated that the room should go to someone who needs it more than her. Yesica Prado was assessed for housing on August 10, 2023.

36. These efforts have and continue to occur on a ongoing basis, and individuals often accept or decline placements depending on personal preference, program availability, and other circumstances.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 17, 2026, in Berkeley, California.


  /s/ Peter Radu

  Peter Radu

  Assistant to the City Manager

**DECLARATION OF PETER RADU IN SUPPORT OF CITY OF BERKELEY'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' SECOND TEMPORARY RESTRAINING ORDER MOTION**
**Case No. 3:25-CV-01414-EMC**