UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY HOMELESS UNION, et al.,

Plaintiffs,

v.

CITY OF BERKELEY, et al.,

Defendants.

Case No.  25-cv-01414-EMC

**SUPPLEMENTAL ORDER EXTENDING TRO**

Docket No. 274

The Court has heard arguments related to the planned Harrison Encampment abatement and March 11, 2026 temporary restraining order ("TRO").  In light of the pending cross-motions for summary judgment, the TRO issued on March 11, 2026 is hereby **EXTENDED** through April 8, 2026, unless otherwise ordered by the Court.

**IT IS SO ORDERED**.

Dated: March 20, 2026

_____
EDWARD M. CHEN
United States District Judge