ATKINSON, ANDELSON, LOYA,
RUUD & ROMO
A Professional Law Corporation
Ruth M. Bond       (SBN 214582)
    Ruth.Bond@aalrr.com
Rahi Azizi         (SBN 274800)
    Rahi.Azizi@aalrr.com
Jonathan A. McMahon    (SBN 239370)
    Jon.McMahon@aalrr.com
3 Harbor Drive, Suite 200
Sausalito, California 94965-1491
Telephone:  (628) 234-6200
Fax:  (628) 234-6899

Farimah Faiz Brown, City Attorney  (SBN 201227)
Laura Iris Mattes, Deputy City Attorney  (SBN 310594)
Katrina Eiland, Deputy City Attorney (SBN 275701)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile:  (510) 981-6960
Email: Keiland@berkeleyca.gov

Attorneys for Defendants
CITY OF BERKELEY, ET AL.

**EXEMPT FROM FEES
(PER GOV. CODE § 6103)**

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HARBOR DRIVE, SUITE 200
SAUSALITO, CALIFORNIA 94965-1491
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, ADRIEN BOUCHARD, NICHOLAS JOHNSON AND FRANK MOORE,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, RASHI KESERWANI, DOES 1-10,<br><br>                    Defendants. | Case No.        3:25-CV-01414-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF BERKELEY'S ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT HEARING ON DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 54 AND 58, OR IN THE ALTERNATIVE, FOR ENTRY OF PERMANENT INJUNCTION AND/OR RULE 54(B) CERTIFICATION**<br><br>Judge: Hon. Edward M. Chen<br><br>Date:  July 17, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 5 |

- 1 -

57606311.1/

**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF BERKELEY'S ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT HEARING ON DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 54 AND 58, OR IN THE ALTERNATIVE, FOR ENTRY OF PERMANENT INJUNCTION AND/OR RULE 54(B) CERTIFICATION**

The Court has reviewed Defendant City of Berkeley's administrative motion for leave to appear remotely at the hearing on the City's Motion for Entry of Final Judgment Under Federal Rules of Civil Procedure 54 and 58, or in the Alternative, for Entry of Permanent Injunction and/or Rule 54(b) Certification ("Motion"), set for July 17, 2026, at 9:00 a.m.

Good cause having been shown, the Court hereby GRANTS Defendant's request to appear at the July 17th hearing via Zoom.

Dated: July 13, 2026          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By:    /s/ Rahi Azizi
       Ruth M. Bond
       Rahi Azizi

       Attorneys for Defendants
       CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, and OKEYA VANCE-DOZIER

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HARBOR DRIVE, SUITE 200
SAUSALITO, CALIFORNIA 94965-1491
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

- 2 -

57606311.1/

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

**CERTIFICATE OF SERVICE**

Case Name:    *Berkeley Homeless Union et al v. City of Berkeley et al*

No.:    3:25-CV-01414-EMC

On July 13, 2026, I filed the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT CITY OF BERKELEY'S ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT HEARING ON DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 54 AND 58, OR IN THE ALTERNATIVE, FOR ENTRY OF PERMANENT INJUNCTION AND/OR RULE 54(B) CERTIFICATION** electronically through the CM/ECF system.  All parties on the Notice of Electronic Filing to receive electronic notice have been served through the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 13, 2026, at Pasadena, California.

*/s/ Esperanza De Sagun*
Esperanza De Sagun

Certificate of Service

57606311.1/