ATKINSON, ANDELSON, LOYA,
RUUD & ROMO
A Professional Law Corporation
Ruth M. Bond      (SBN 214582)
    Ruth.Bond@aalrr.com
Rahi Azizi        (SBN 274800)
    Rahi.Azizi@aalrr.com
Jonathan A. McMahon    (SBN 239370)
    Jon.McMahon@aalrr.com
3 Harbor Drive, Suite 200
Sausalito, California 94965-1491
Telephone: (628) 234-6200
Fax: (628) 234-6899

Farimah Faiz Brown, City Attorney  (SBN 201227)
Laura Iris Mattes, Deputy City Attorney  (SBN 310594)
Katrina Eiland, Deputy City Attorney (SBN 275701)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile:  (510) 981-6960
Email: Keiland@berkeleyca.gov

Attorneys for Defendants
CITY OF BERKELEY, ET AL.

**EXEMPT FROM FEES
(PER GOV. CODE § 6103)**

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HARBOR DRIVE, SUITE 200
SAUSALITO, CALIFORNIA 94965-1491
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, ADRIEN BOUCHARD, NICHOLAS JOHNSON AND FRANK MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, RASHI KESERWANI, DOES 1-10,<br><br>Defendants. | Case No.      3:25-CV-01414-EMC<br><br>**DENYING** [PROPOSED] **ORDER** GRANTING **DEFENDANT CITY OF BERKELEY'S ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT HEARING ON DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 54 AND 58, OR IN THE ALTERNATIVE, FOR ENTRY OF PERMANENT INJUNCTION AND/OR RULE 54(B) CERTIFICATION**<br><br>Judge: Hon. Edward M. Chen<br><br>Date:  July 17, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 5 |

- 1 -

**DENYING** [PROPOSED] ORDER GRANTING DEFENDANT CITY OF BERKELEY'S ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT HEARING ON DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 54 AND 58, OR IN THE ALTERNATIVE, FOR ENTRY OF PERMANENT INJUNCTION AND/OR RULE 54(B) CERTIFICATION

57606311.1/

**DENYING**

**[PROPOSED] ORDER ~~GRANTING~~ DEFENDANT CITY OF BERKELEY'S ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT HEARING ON DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 54 AND 58, OR IN THE ALTERNATIVE, FOR ENTRY OF PERMANENT INJUNCTION AND/OR RULE 54(B) CERTIFICATION**

The Court has reviewed Defendant City of Berkeley's administrative motion for leave to appear remotely at the hearing on the City's Motion for Entry of Final Judgment Under Federal Rules of Civil Procedure 54 and 58, or in the Alternative, for Entry of Permanent Injunction and/or Rule 54(b) Certification ("Motion"), set for July 17, 2026, at 9:00 a.m.

Good cause having been shown, the Court hereby GRANTS Defendant's request to appear at the July 17th hearing via Zoom.

Dated: July 13, 2026          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By:  */s/ Rahi Azizi*
Ruth M. Bond
Rahi Azizi

Attorneys for Defendants
CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, and OKEYA VANCE-DOZIER

Date:  July 13, 2026



DENIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**DENYING**
[PROPOSED] ORDER ~~GRANTING~~ DEFENDANT CITY OF BERKELEY'S ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT HEARING ON DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 54 AND 58, OR IN THE ALTERNATIVE, FOR ENTRY OF PERMANENT INJUNCTION AND/OR RULE 54(B) CERTIFICATION

57606311.1/