**Anthony D. Prince (SBN # 202892)**
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BERKELEY HOMELESS UNION,

Plaintiffs,

vs.

CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, RASHI KESERWANI, DOES 1-10

Defendant.

Case No.: 4:25-cv-01414-EMC

**SUPPLEMENTAL DECLARATION OF YESICA PRADO IN SUPPORT OF A TEMPORARY RESTRAINING ORDER**

**DECLARATION OF YESICA PRADO**

I, Yesica Prado, declare:

1. I am over 18 years of age and competent to testify to the matters set forth herein. I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated below.

2. I am the President of the Berkeley Homeless Union and a resident of the encampment at 8th and Harrison Streets in Berkeley, California.

3. I submit this declaration to provide context to the City's supplemental evidence filings.

**I. Fire Hydrant Access**

4. On August 12, I personally cleared the area around the fire hydrant at 8th and Harrison to ensure it is accessible to firefighters. BHU is willing to maintain this clearance and work with the City to ensure fire safety. Photographs of the cleared hydrant are attached as Exhibit A.

5. I also learned from camp residents that use this fire hydrant that the City locked the connections to it last week, during the time the TRO had been issued. So the City took measures to address the syphoning of the water, but not it's maintenance. The fire hydrant on 7th and Harrison Streets has also been locked up, even though no one was tapping into it.

**II. Alternate Fire Hydrants**

6. There are several functioning fire hydrants throughout the encampment. Only one hydrant has been used to get water for camp resident's daily needs for over two years.

7. There is one located at 7th and Harrison Streets, within the encampment, and approximately 335 to 350 feet away from the fire hydrant at 8th and Harrison Streets, according to Google Maps. It took me less than a minute to walk from one fire hydrant to the other.

8. Other fire hydrants can be found in the corners of 6th and Harrison Street, 9th and Harrison Street, which are also adjacent to the encampment and cleared of any items. These fire hydrants have never been tapped into or damaged. Photographs and a map

showing the location of the fire hydrants in the vicinity of the encampment are attached as Exhibit B.

**III. Garbage Services**

9. BHU has requested garbage services from the City on numerous occasions since the removal of the encampment dumpster on June 4, 2025. Exhibit C. The City declined to return it, leading to an uptick in the already existing rodent population in November 2025.

10. In January 2026, BHU once again repeatedly requested that the City provide adequate garbage collection services to the Harrison encampment. Attached as Exhibit D are emails showing these requests. The City has consistently refused, and provided only minimal service once a month.

**The City's Own Public Health Director Acknowledged That Garbage Pickups Would Help Control Rats**

11. On January 20, 2026, Scott Gilman, the City's Director of Health, Housing, and Community Services, emailed me and stated: "You mentioned that additional garbage removal would help control rats and requested the city increase pickups." He confirmed that the City would look into this. (See Exhibit D, Gilman Email, Jan. 20, 2026).

12. On January 21, 2026, Mr. Gilman again acknowledged: "You mentioned that additional garbage removal would help control rats and requested the city increase pickups." He also noted that I had stated "even weekly pickups would be welcome." (See Exhibit D, Gilman Email, Jan. 21, 2026). But these requests for increased garbage pick ups did not materialize.

**The City's Own Vector Control Plan Required Increased Garbage Pickups**

13. The City's own "Harrison Street Encampment Vector Control Scope of Work," dated January 2026, states that Phase I required: "Increase trash removal to 3x weekly. Secure all food waste in rodent-proof 64-gallon bins to force rodents toward the perimeter traps and internal bait stations." (See Prado Decl., Ex. F; ECF 319-1 at 61).

14. The City never implemented this Phase I plan. Instead of increasing garbage pickups to 3x weekly, the City reduced service.

**The City's Failure to Provide Garbage Services Contradicts Its Own Expert Guidance**

15. On January 27, 2026, Adena Why—the Chief/Scientific Program Manager of Alameda County Vector Control—wrote to Mr. Gilman: "This level of panic is unnecessary and I would appreciate it if you, or someone who oversees them, could clarify the risk with them and ask them to dump the garbage. What will contribute to an increased rat population is having the garbage left out, allowing the rats to feed on the garbage." (See Prado Decl., Ex. G; ECF 319-1 at 64).

16. Despite this explicit warning from the County's vector control expert—and despite the City's own plan calling for 3x weekly pickups—the City refused to provide adequate garbage services.

**The City Reduced Garbage Service After Removing the Dumpster**

17. Prior to June 4, 2025, the encampment received garbage pickups approximately three times per week. After the City removed our secure metal dumpster—which had contained food waste—service was reduced to roughly once a month. (See Exhibit D, Gilman Email, Jan. 29, 2026).

18. This created confusion because residents had been instructed by HRT staff on September 17, 2025, to stage garbage on the roadway for pickup. (A video of HRT giving these instructions is available for review). The City then failed to collect it, leaving garbage to rot in the open road and attract rodents.

**The City Refused to Restore the Dumpster Even on a Deferred Payment Basis**

19. On January 29, 2026, I asked Mr. Gilman: "Given the urgency of the health alert, is the City willing to restore the dumpster with a deferred payment agreement, pending our fundraising? This would allow immediate mitigation of the food sources attracting rodents."

20. Mr. Gilman responded: "My understanding is that you have been in regular contact with Peter Radu about this issue. Please continue to communicate with Peter Radu." (See Exhibit D, Gilman Email, Jan. 29, 2026).

21. Peter Radu had previously informed me that due to a budget deficit, the City could not fund a dumpster, but that BHU could pay for the service. However, our organization did not have funding. I proposed a deferred payment plan, but the City refused to provide the dumpster while we raised funds. Mr. Radu responded: "I have previously addressed your request for a dumpster. The city's position on that has not changed." (See Exhibit D, Peter Radu Email, Jan. 30, 2026).

**BHU Requested Assistance on the Garbage Pick Ups for Disabled Residents**

22. On February 2, 2026, I requested clarity on whether the City would provide direct assistance to disabled residents during staging. I asked: "Is the City willing to provide direct assistance to disabled residents during staging? If not, do we need to submit a formal ADA accommodation request for this support to be provided?" (See Exhibit D, Radu Email, Feb. 2, 2026).

23. Mr. Radu responded: "Residents need not move anything themselves for us to discard it. . . . they only need to point to it and we can grab it ourselves." (See Exhibit D, Radu Email, Feb. 2, 2026).

24. However, despite this assurance, I observed City staff continuing to instruct residents to stage items themselves or it would not get picked up. As a result, garbage has piled up throughout the encampment as disabled residents cannot drag the garbage to the corner of 8th and Harrison, where Public Works picks up the illegal dumping.

**BHU Has Raised The Trash Issue with the Mayor**

25. I have met multiple times with Mayor Adena Ishii—virtually and in-person—to express the issue of garbage and how it harms the community. The most recent meeting was on or about January 19, 2026, after the Leptospirosis Health Alert had been issued. Mayor Ishii stated she would look into the matter. To date, she has not followed up or taken any action to address the issue.

**When the City Finally Increased Pickups, Conditions Improved**

26. Recently, the City began increasing garbage pickups to weekly. It has helped to decrease the positivity rate of leptospirosis in rats at the encampment, according to the county's data. This demonstrates that the City can provide adequate service—it simply chose not to all these past months. The conditions at the encampment are not permanent and can be remediated. Trash build up is the direct result of the City's failure to provide basic sanitation services.

27. Without garbage services, trash naturally accumulates. Despite BHU's repeated offers to cooperate—including participating in city cleanups, fundraising for a dumpster, and coordinating with camp residents—the City has consistently refused to provide the basic services needed to address the conditions at the encampment.

28. BHU members have also conducted voluntary cleanups of the Harrison encampment with the help of advocates. Photographs of these cleanups are attached as Exhibit E. The encampment can be cleaned without removing residents and they are willing to cooperate.

29. Even though weekly clean ups help improve conditions, a dumpster is still necessary to contain any food waste that rats feed on and prevent fires.

30. On August 9, the illegal dump pile on 8th and Harrison adjacent to the tree was set on fire. Camp residents suspect it was arson, as there are no dwellings next to the garbage pile. The damage to the tree is minimal. Photos of the state of that corner are attached as Exhibit F. If the garbage was inside a metal dumpster as before, the fire would have not spread and it would be contained.

**V. Water Services**

31. The only water the City provides to the encampment is a hand wash station that is not consistently filled or maintained. This station does not provide enough water for the 50+ residents of the encampment. Photographs of the hand wash station are attached as Exhibit G. If the City provided adequate water, camp residents would not need to tap into fire hydrants.

**VI. Conversation with Mario Harris, USPS**

32. On July 10, 2026, I spoke with Mario Harris, the Manager of Post Office Operations. He engaged in a conversation with me because Okeya Vance told him that BHU was responsible for the lack of sanitation at the encampment. Mr. Harris asked me how we could improve these conditions and expressed his concerns about the trash accumulating at the encampment. I agreed with him that the conditions needed to improve, and I explained that BHU has asked the City repeatedly for garbage services but the City has refused to provide it.

33. I offered to work with the Post Office and the City to address the conditions. I gave Mr. Harris my contact information, so he could reach me to coordinate a response. Mr. Harris did not tell me he wanted the encampment removed—he expressed frustration with the sanitary conditions, which we share.

34. The City also notes in its opposition that USPS workers have been harassed, yet, it does not name any BHU members nor has it provided any police reports of such conduct. Personally, I have witnessed USPS workers verbally harass encampment residents yelling mean things from their vehicles as they drive by the street, and also Public Works employees when they close the streets to do their job of cleaning up the garbage.

**VII. Encampment Residents Have Been Willing to Work on Fire Safety for Years**

35. On July 10, 2023, I attended a community meeting at Eighth and Harrison streets where Peter Radu addressed encampment residents about public safety concerns. Residents expressed willingness to work with the City to address issues. Out of these community meetings at encampments in 2023, the City drafted "Good Neighbor Guidelines" to address safety concerns, including fire safety. The draft guidelines included:

36. "Please do not build any structures out of wood, metal, or other materials that can create a fire hazard or injury risk. If you need new tents or sheltering materials, the City and other nonprofit organizations may be able to provide those to you."

37. "If you need to use fire, please keep combustible materials (like wood, fuel, paper, etc.) at least three feet away from the fire." (See news article "Berkeley Apologizes for Aggressive Encampment Sweeps," attached as Exhibit H).

38. However, the City never implemented these guidelines in a meaningful way. It did not provide replacement tents, sheltering materials, or fire safety equipment. It simply handed out rules and expected residents to comply without support.

**The City Has Used Less Restrictive Means at Other Encampments**

39. The City has shown it can address fire safety at encampments without full clearance. At the Second Street encampment, the City worked with residents on fire safety without removing everyone. (See Exhibit H, pages 6 to 7).

**The City Does Not Enforce Its Municipal Codes Against the Tesla Repair Shop**

40. The City also chooses not to enforce Berkeley Municipal Code 12.98.020 against the Tesla Repair shop which states:

"A. It shall be unlawful for any person to park or store any abandoned, inoperative, or dismantled vehicle on public or private property.

B. It shall be unlawful for any person to fail to remove an abandoned, dismantled, or inoperative vehicle, or to refuse to abate such nuisance when ordered to do so pursuant to this chapter or applicable state law. (Ord. 6091-NS § 2, 1991)"

41. If the City enforced its Municipal Code against the repair shop, there would be no Tesla vehicles parked on the streets of the encampment.

42. Most of the Tesla vehicles left on the public street are inoperative. I have parked across this business for the past 8 years. From my window, I have seen its workers push the vehicles into the shop because they do not run on their own. All the Tesla vehicles are brought by tow trucks every day at all hours of the day and dropped off on the streets. (Photos of these inoperative vehicles are attached as Exhibit I)

43. Moreover, the Tesla Repair shop has taken its own safety measures by <u>not</u> parking any vehicles on Harrison Street (adjacent to the tent encampments), and hiring a private security firm that keeps an eye on the vehicles left on the street and the shop. Every day,

during the day and night hours, the security guards drive around the business and takes photos of the vehicles and shop to ensure its safety. (Photos of the clear streets from Tesla vehicles and the security doing its rounds are attached as Exhibit J).

**VIII. Encampment Fires Are Common, but Not All Are Catastrophic**

44. In March 2022, I conducted a journalistic investigation into encampment fires for the San Francisco Public Press. I reviewed every fire report for encampment fires in Berkeley over a multi-year period. (See "Grassroots Nonprofits and Homeless Communities Create Their Own Fire Prevention Solutions," attached as Exhibit K).

45. I found that most fires reported at encampments were survival and warming fires—fires needed for cooking, staying warm, and performing daily activities. Calls about fires are common because bystanders will report any visible flame, including controlled fires in fire pits. The City's claim that every fire call represents a catastrophic incident is misleading.

**The City Has Not Provided Context for the Recent Fire Calls**

46. The City's supplemental declaration mentions seven more calls for service since July 29, five for reported fires, and two active and uncontained fires. However, the City has not explained:

- What these fires involved
- Whether they were survival fires or catastrophic fires
- Whether anyone was injured
- Whether any property was damaged

47. Without this context, the City's claim that these calls demonstrate an emergency is unsupported.

**Community-Led Solutions Exist**

48. The City has claimed fire safety requires full encampment clearance. But community-led solutions demonstrate otherwise. (See Exhibit K pages 7 to 13). My investigative reporting found that:

- The 77th Avenue Rangers encampment in Oakland reduced fires by 50% through fire preparedness
- The Rangers used fire extinguishers, smoke alarms, and water refill systems
- Residents can be taught to refill extinguishers with pressurized water and soap
- Solar power banks can replace open flames for lighting
- Propane heaters with tip-over shutoffs are safer than open fires
- Fire blankets are effective, require no training, and are inexpensive

**The City Has Refused to Implement Community-Led Solutions**

49. In 2021, former Berkeley Councilmember Cheryl Davila proposed using existing homeless services funding to distribute fire extinguishers and fire prevention tools through social service providers. The City Council tabled the proposal in March 2021. (See Exhibit L, page 3).

50. Despite the existence of affordable, practical fire prevention tools—fire extinguishers, smoke alarms, propane heaters, power banks, fire blankets—the City has refused to provide any of these resources to encampment residents.

51. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed on the 12th day of August, 2026, at Berkeley, California.

Respectfully submitted,

/s/ Yesica Prado

YESICA PRADO