# EXHIBIT A

**BEFORE**



**AFTER**







# EXHIBIT B

A map of the fire hydrants locations, which are found at every corner along Harrison Street.
(Red dots mark the locations of the fire hydrants)




A true picture of the fire hydrants as of August 12, 2026



Fire hydrant at 7th and Harrison Streets

Fire hydrant at 6th and Harrison Streets (has not been locked)



Fire hydrant at 9th and Harrison Streets (has not been locked)



# EXHIBIT C

Gmail **Berkeley Homeless Union <berkeley.homeless.union@gmail.com>**

---

# Request: Restoration of Sanitation Services at 8th & Harrison

6 messages

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Wed, Jun 25, 2025 at 3:30 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: ovance-dozier@berkeleyca.gov

Hi Peter,

I'm writing to follow up on an issue that was raised at our meeting with the City Attorney last week—specifically, the request made by our attorney to reinstate the dumpster service at 8th and Harrison. This was the first item discussed at that meeting, and to date, no action has been taken.

Since the dumpster's removal, garbage accumulated again, in great part due to ongoing illegal dumping by outside individuals. Without a dumpster, it has become increasingly difficult for residents and volunteers to manage the waste.

Public Works crews were seen at the camp this past Thursday, June 19, parked on 9th Street, but no garbage was collected. This inaction has only worsened the situation.

We are concerned that the City's discontinuation of sanitation support is directly contributing to deteriorating conditions at the encampment. It is within the City's power to prevent this public health issue, and we ask that the dumpster be returned as soon as possible.

Could you please let us know if garbage can be picked up tomorrow? I've attached photos showing where waste has accumulated, specifically along Harrison Street, near 8th and 9th Streets.

I look forward to your response.

Best regards,

**Yesica Prado**
Berkeley Homeless Union Representative

---

**2 attachments**



**20250625_140640.jpg**
6720K



**20250625_140450.jpg**
9912K

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Thu, Aug 28, 2025 at 12:10 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: ovance-dozier@berkeleyca.gov

Hi Peter and Okeya,

I am following up again regarding the request for reinstatement of dumpster service at 8th and Harrison Streets. Since my June 25 email, conditions have significantly worsened at the encampment due to the continued lack of a proper container and sanitation services.

A permanent garbage pile has now formed in the exact corner where the dumpster once stood. With no dumpster in place, trash spills onto the sidewalk, into the street and directly down the storm drain.

Additional problems are compounding:

- Illegal dumping: Contractors and outside individuals continue to leave waste on this corner and other corners throughout the encampment.
- Inadequate service: Garbage is now picked up only twice a month and crews regularly leave debris and food scraps behind, fueling further accumulation. When the area is left messy, repeat dumpers continue to exploit it.
- Rodent infestation: The unmanaged pile is feeding rats. Even with residents bagging and boxing waste, the situation cannot be contained without a proper dumpster.

Encampment residents and BHU volunteers are making every effort to manage waste responsibly and keep it off the storm drain, but without City support the problem is escalating beyond our capacity.

***We must emphasize that this is more than a sanitation issue, it is a serious public health and environmental hazard.*** If the City does not promptly restore the dumpster and weekly cleaning services that have long been in place at this encampment, BHU will be compelled to file formal complaints with state and federal environmental agencies for the City's failure to uphold basic public health standards and for allowing ongoing contamination of the storm drain and surrounding neighborhood.

**Can you please confirm a timeline for reinstating the dumpster and weekly sanitation services? This matter is urgent and I look forward to your response before the end of the day on Friday, August 29.**

Thank you,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]



**20250828_112914.jpg**
5938K

**Radu, Peter** <pradu@berkeleyca.gov> Thu, Aug 28, 2025 at 8:28 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Mattes, Laura Iris" <LMattes@berkeleyca.gov>, "Stephens, Sara" <sstephens@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>

Yesica

We have tried to visit this site to remove the garbage. Most recently, on August 13, I received this report from the Public Works field supervisor:

"we did go by Harrison yesterday afternoon and tried to pick up the debris at eighth and Harrison, but one of the homeless people jumped in and started taking pictures and not letting the guys take the garbage so we had to stop."

This behavior is a frequent occurrence and is directly perpetuating the existence of the alleged health hazard you point out below.

Please explain to me and those copied here what assurances the Berkeley Homeless Union can make that, if we show up again to remove this pile, we will not encounter this type of behavior again from the individuals whom your organization purports to represent? We have very, very limited resources for encampment clean-ups like this, and if we know from the get-go that our visit to 8th/Harrison is not likely to be successful, you will understand that we continuously re-prioritize other areas that we know will accept and benefit from our help.

The dumpster at this corner, when it was in place, was never a solution to the health hazards in this encampment. We frequently encountered the dumpster only partially full, but surrounded by debris and

trash, when it was in place. Replacing it is not going to solve the problems below, and will come at additional expense to the City.

Peter Radu
Assistant to the City Manager - Neighborhood Services
City of Berkeley
2180 Milvia St, 5th Floor | Berkeley, CA 94704
Desk: 510-981-7045 | Cell: 510-853-2368
Email: pradu@berkeleyca.gov

---

**From:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
**Sent:** Thursday, August 28, 2025 12:10 PM
**To:** Radu, Peter <pradu@berkeleyca.gov>
**Cc:** Vance-Dozier, Okeya <OVance-Dozier@berkeleyca.gov>
**Subject:** Re: Request: Restoration of Sanitation Services at 8th & Harrison

**WARNING:** This is not a City of Berkeley email. Do not click links or attachments unless you trust the sender and know the content is safe.

[Quoted text hidden]

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Fri, Aug 29, 2025 at 8:51 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Mattes, Laura Iris" <LMattes@berkeleyca.gov>, "Stephens, Sara" <sstephens@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>
Bcc: Anthony Prince <princelawoffices@yahoo.com>

Hi Peter and Counsel,

Thank you for your response. I want to address your claims directly and propose a workable path forward.

**1) The “jumped in the pile” claim needs facts, not generalizations**
You referenced a report that an unnamed person “jumped in” and blocked a pickup on Aug 13. BHU does not condone obstructing Public Works. In fact, we have worked with them throughout the years and cooperated with their efforts.

That said, residents typically intervene only when personal property is being mixed with trash. This issue can be avoided if the City coordinates with BHU. At present, crews arrive unannounced on random days, leaving us no way to assist.

To evaluate and address this, please provide:

- Time stamps, crew names and any photos/video for the Aug 13 visit
- Identification of the individual involved (if known) so we can follow up directly
- Any other documented incidents you’re relying on when you say this is “frequent”

Absent those details, your statement is non-verifiable. I’ll be submitting a records request to obtain the underlying logs and communications.

Please also note that Public Works finally picked up the trash yesterday afternoon and the operation went smoothly. But trash continues to accumulate immediately and this practice is not safe nor sustainable. This is what it looked like this morning:




**2) City actions have worsened conditions**

I've lived in this encampment for seven years and have photo documentation of conditions at the encampment, especially before and after the dumpster was removed. The dumpster didn't solve everything, but it materially reduced rat attractants and neighborhood scatter.

Since removal: illegal dumping has continued, trash migrates into the storm drain and blows all around the neighborhood, and Public Works' pickups leave debris and food scraps behind. The sidewalk is never power washed, so it smells really bad. *(Please see attached images.)*

***BEFORE PW CLEAN UP***




***AFTER PW CLEAN UP***




Even after their clean up, Public Works leave garbage in the storm drain.

**3) Residents were using the trash services for years**

The dumpsters were heavily relied upon for years. With over 50 encampment residents in the area, plus ongoing illegal dumping from outsiders, a single container was never sufficient. Overflow was common, not because residents weren't using the service, but because demand far exceeded capacity.

We raised this repeatedly with the City: through emails, 311 calls, and even during public comment at City Council meetings. I also have extensive photo documentation of the dumpsters filled to capacity and surrounded by overflow. *(See image below)* Removing the dumpster has only worsened conditions in the neighborhood, not improved them.



**4) Immediate requests**

- Confirm dumpster restoration and weekly service start date.
- Confirm placement shift away from the storm drain and that crews will not restage debris there.
- Schedule a coordinated cleanup window every week with a 72 hour notice, so a BHU liaison will be on site to help ensure a smooth, non-confrontational operation
- Confirm vector control in the camp concurrent with restored service.

If the City declines to restore basic sanitation (dumpster + weekly pickup) and to follow a property-protection protocol, BHU will need to escalate to environmental regulators, regarding the storm-drain contamination and vector risks.

Since this message has been copied to multiple City staff, BHU expects a timely response from someone on this thread rather than continued silence on these requests. **Please confirm dates for dumpster reinstatement and the next cleanup window by end of day, Tuesday, September 2.** Thank you for your cooperation.

Best,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

---

**Radu, Peter** <pradu@berkeleyca.gov> Wed, Sep 3, 2025 at 3:32 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Mattes, Laura Iris" <LMattes@berkeleyca.gov>, "Stephens, Sara" <sstephens@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>

Yesica,

Just writing to let you know that this morning, we did not receive any interference and therefore we were able to remove the pile from 8th and Harrison. Before and after photos taken this morning are below.

 

We will continue to do our best to keep this corner clean. Thank you,

Peter Radu

Assistant to the City Manager - Neighborhood Services

City of Berkeley

2180 Milvia St, 5th Floor | Berkeley, CA 94704

Desk: 510-981-7045 | Cell: 510-853-2368

Email: pradu@berkeleyca.gov

[Quoted text hidden]

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Fri, Sep 5, 2025 at 11:57 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Mattes, Laura Iris" <LMattes@berkeleyca.gov>, "Stephens, Sara" <sstephens@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>
Bcc: Anthony Prince <princelawoffices@yahoo.com>

Hi Peter and Counsel,

Thank you for your update. Unfortunately, the conditions at 8th & Harrison remain unsafe and unsustainable because the cleanup was incomplete and no dumpster was restored. Without proper sanitation infrastructure, these conditions persist.

**As of Friday, September 5, the garbage pile has already returned, within 48 hours of the clean-up.** It is overflowing into the street and storm drain, with debris scattered across the sidewalk and neighborhood. Please see images below:





The sidewalk itself was never power washed and remains coated in grease and food residue. These conditions directly feed the rat infestation and contaminate the storm drain system. Removal of the dumpster has undeniably worsened conditions for both residents and the neighborhood.

Moreover, the conditions of the encampment have long deteriorated due to the City's neglect of consistent sanitation services. For several years, camp residents have worked in good faith to raise this issue through meetings, 311 calls, council testimony and direct correspondence with your office both in person and by email. We have extensive documentation showing these efforts, including repeated requests for dignified sanitation service.

Because the City continues to refuse to restore dumpster service and basic sanitation, BHU will now proceed with filing formal complaints to state and federal environmental agencies regarding ongoing contamination of the storm drain and surrounding neighborhood. The current status quo is unsafe for both residents and the environment, leaving us no choice

but to act. We will also bring this issue before the next City Council meeting to ensure transparency and public accountability.

**That said, BHU remains committed to working with the City on practical, collaborative solutions.** Residents should not be punished or abated for health hazards that are the direct result of inadequate City services.

**Immediate Requests**

We again request:

- Confirmation of weekly garbage service at 8th & Harrison.
- Placement of trash collection away from the storm drain, with clear instructions to crews not to restage debris in that corner.
- 72 hours' advance notice of coordinated cleanup windows so BHU can assign a liaison to support smooth, non-confrontational operations.
- Vector control and sidewalk sanitation (including power washing) as part of ongoing service.

**Please confirm by end of day Tuesday, September 9 whether the City will reconsider its approach** and put in place appropriate sanitation measures so we have a clear plan for moving forward to mitigate these issues. I look forward to hearing from you. Thank you

Best,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

# EXHIBIT D

Gmail **Berkeley Homeless Union <berkeley.homeless.union@gmail.com>**

# Rodent Harborage

5 messages

**Gilman, Scott** <SGilman@berkeleyca.gov> Tue, Jan 20, 2026 at 3:01 PM
To: "berkeley.homeless.union@gmail.com" <berkeley.homeless.union@gmail.com>

Hello Ms Prado,

I'm responding to your January 16th email to Ron Torres regarding rodent harborage. Would it be possible to talk on the phone or even meet at the encampment to get a better understanding of what you are requesting? We will be there tomorrow from 9-noon with PPE and public health staff. It would be a great time to view what areas you are referring to and figuring out the safest way to address the rodents.

***Scott Gilman***

Director of Health, Housing, and Community Services

2180 Milvia Street, 2nd Floor

Berkeley, CA 94704

510.981.5404

SGilman@berkeleyca.gov

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Tue, Jan 20, 2026 at 11:20 PM
To: "Gilman, Scott" <SGilman@berkeleyca.gov>

Hi Mr. Gilman,

Thank you for your email and for coordinating a site visit with Public Health staff tomorrow. I will be at the encampment and am happy to meet on-site at that time to show you the specific areas of concern.

For clarity and to ensure we make the most of your team's time, here is a summary of the primary rodent harborage issues we are reporting:

**1) Adjacent private property harborages *(primary source)***: The most severe and persistent rodent activity originates from the fenced, privately-owned encroachment areas at:

1201 Eighth Street (Hathaway Dinwiddie Construction): Overgrown vegetation and active rat burrows on the planter strip behind their fence, a condition that has persisted since the City granted their encroachment permit in December 2023.

1150 Eighth Street (USPS Detached Delivery Unit): Active rat burrows behind their fence that have been multiplying since the last $CO_2$ treatment from Vector Control in December 2023.

These enclosed spaces have been undisturbed for years, creating a protected "runway" for rats, from which they travel into the surrounding neighborhood and encampment area. Residents have consistently observed that the rodent infestation originates in these inaccessible private spaces, which have become a permanent shelter.

Camp residents have cleared the public right-of-way entrances to these fences to allow for treatment, but neither the property owners nor the City has taken action. We have filed a formal request for service with the Vector Control Program and will continue to follow up until the burrows are treated.

The City's issuance of encroachment permits to these businesses *carries an inherent responsibility* to ensure permit holders do not create public health hazards. The current conditions demonstrate a systemic failure to hold permitted businesses accountable, allowing a preventable crisis to develop and persist.

**2) Encampment area conditions *(secondary attraction)*:** Within the encampment, the prolonged presence of staged garbage piles (placed per instructions from the Homeless Response Team), combined with the removal of our previous secure metal dumpster and a reduction in garbage pickup from weekly to monthly service over the past seven months, provides a consistent food source. This sustains the rodent population migrating from the adjacent properties.

The public health risk is compounded by these conditions. While we are coordinating a cleanup for tomorrow to address waste on the public street, this will not mitigate the rodent population without simultaneous action at the private property source.

I look forward to meeting tomorrow to point out the specific fence lines, burrow entrances, and vegetation on these properties that require abatement. If accessing these private areas is necessary, I would appreciate being provided with appropriate PPE.

I will also be helping to identify garbage piles for tomorrow's cleanup. **Could you please suggest a specific time and meeting point for your team?**

Thank you for your attention to this urgent public health matter.

Warm regards,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

---

**Gilman, Scott** <SGilman@berkeleyca.gov> Wed, Jan 21, 2026 at 5:55 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: "Torres, Ronald" <RoTorres@berkeleyca.gov>

Hello Yesica and thank you for meeting with us (Ron Torres and Dr. Doohan) this morning. I apricate you showing us the areas of concern detailed below. As discussed, our primary concern is the health of the residents and pets living of the encampment.

I identified the following action items based on our discussion.

1. You will survey encampment residents to make sure all dogs have been fully vaccinated. If not, you mentioned that PAWS has been helping or you can let us know and we can get you vouchers for Berkeley Animal Control to make sure they are up to date on their vaccines.
2. You mentioned that additional garbage removal would help control rats and requested the city increase pickups. We also discussed the removal of the dumpster and why that happened (community members were using it too) and it was attacking more garbage from surrounding areas.
3. Thank you for your offer to act as a liaison with residents and identify what is garbage and can be removed. You mentioned that even weekly pickups would be welcome.
4. You and the gentleman who was volunteering requested volunteer testing on people living in or exposed to materials in the encampment. We will find out if that is an option and how we could set that up. **If you could let me know an estimate of how many people you believe would want volunteer testing it would be helpful in our planning.**
5. I let you know we are meeting with a group of subject matter experts this week to develop a comprehensive vector control plan that does not pose a health risk to residents living in the encampment.
6. We reviewed information from the Health Alert and the danger of standing water and mud because even after the encampment is free of garbage and rats lepto can live in mud and water for at least 30 days and residents should use PPE if they encounter materials/bedding/clothing that may be infected.
7. You mentioned that some of the residents may be willing to volunteer to move tents to allow access to rat borrows. Please let me know approximately how many so we can include this in our vector control planning. We need to determine if we an get enough access to make a difference and ensure that the process doesn't endanger pets or residents living there.
8. Do Doohan expressed her concerns for the health of individuals because even if we do some sort of vector control the rats living under sidewalks our garbage will still be present.
9. When we were discussed how to control the rats living under the tents, under the sidewalks or in the garbage piles, you mentioned that you believe people would voluntarily move to a new location to allow for clean up if they had somewhere to go.
10. You agreed to reach out directly with any questions related to the health of residents of the encampment.

I hope to get back to you by Friday afternoon with an update.

***Scott Gilman***

Director, HHCS

510.981.5404

sgilman@berkeleyca.gov

---

**From:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
**Sent:** Tuesday, January 20, 2026 11:21 PM
**To:** Gilman, Scott <SGilman@berkeleyca.gov>
**Subject:** Re: Rodent Harborage

**WARNING:** This is not a City of Berkeley email. Do not click links or attachments unless you trust the sender and know the content is safe.

Hi Mr. Gilman,

Thank you for your email and for coordinating a site visit with Public Health staff tomorrow. I will be at the encampment and am happy to meet on-site at that time to show you the specific areas of concern.

For clarity and to ensure we make the most of your team's time, here is a summary of the primary rodent harborage issues we are reporting:

**1) Adjacent private property harborages *(primary source)***: The most severe and persistent rodent activity originates from the fenced, privately-owned encroachment areas at:

1201 Eighth Street (Hathaway Dinwiddie Construction): Overgrown vegetation and active rat burrows on the planter strip behind their fence, a condition that has persisted since the City granted their encroachment permit in December 2023.

1150 Eighth Street (USPS Detached Delivery Unit): Active rat burrows behind their fence that have been multiplying since the last CO2 treatment from Vector Control in December 2023.

These enclosed spaces have been undisturbed for years, creating a protected "runway" for rats, from which they travel into the surrounding neighborhood and encampment area. Residents have consistently observed that the rodent infestation originates in these inaccessible private spaces, which have become a permanent shelter.

Camp residents have cleared the public right-of-way entrances to these fences to allow for treatment, but neither the property owners nor the City has taken action. We have filed a formal request for service with the Vector Control Program and will continue to follow up until the burrows are treated.

The City's issuance of encroachment permits to these businesses *carries an inherent responsibility* to ensure permit holders do not create public health hazards. The current conditions demonstrate a systemic failure to hold permitted businesses accountable, allowing a preventable crisis to develop and persist.

**2) Encampment area conditions *(secondary attraction)*:** Within the encampment, the prolonged presence of staged garbage piles (placed per instructions from the Homeless Response Team), combined with the removal of our previous secure metal dumpster and a reduction in garbage pickup from weekly to monthly service over the past seven months, provides a consistent food source. This sustains the rodent population migrating from the adjacent properties.

The public health risk is compounded by these conditions. While we are coordinating a cleanup for tomorrow to address waste on the public street, this will not mitigate the rodent population without simultaneous action at the private property source.

I look forward to meeting tomorrow to point out the specific fence lines, burrow entrances, and vegetation on these properties that require abatement. If accessing these private areas is necessary, I would appreciate being provided with appropriate PPE.

I will also be helping to identify garbage piles for tomorrow's cleanup. **Could you please suggest a specific time and meeting point for your team?**

Thank you for your attention to this urgent public health matter.

Warm regards,

**Yesica Prado**

Berkeley Homeless Union Representative

[Quoted text hidden]

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Thu, Jan 29, 2026 at 10:24 PM
To: "Gilman, Scott" <SGilman@berkeleyca.gov>
Cc: "Torres, Ronald" <RoTorres@berkeleyca.gov>

Hi Mr. Gilman,

Thank you again for meeting with us last week and for your continued attention to the public health situation at the Harrison encampment. I am writing to follow up on the action items from our conversation, as I have not yet received the update you hoped to provide by last Friday.

Below are responses to your points, along with several important questions and updates from our community:

1. Dog vaccinations: I can survey residents if needed. Pawfund has records of all dogs vaccinated on their visits. Separately, I received a voucher from Dr. Doohan for a neighbor who missed Pawfund's most recent visit on January 12. *Could you confirm if the voucher covers all dogs belonging to an owner, or only one?* This neighbor has two dogs (one elderly, one partly blind) that are kept mostly indoors and have shown no signs of illness.
2. Dumpster and garbage removal: We strongly desire the return of our dumpster to mitigate harborage conditions. As you know, open garbage piles provide a consistent food source for rodents. Peter Radu informed me that due to a budget deficit, the City cannot fund a dumpster, but that our organization could pay for the service. We are willing to fundraise for it. *However, given the urgency of the health alert, is the City willing to restore the dumpster with a deferred payment agreement, pending our fundraising?* This would allow immediate mitigation of the food sources attracting rodents.
3. Increased garbage pickups: Weekly pickups would be welcome and are necessary. The recent voluntary cleanups were the first time in over eight months that the City collected garbage directly from residents' dwellings. We truly seek a reliable, weekly schedule. *Could you help facilitate the reinstatement of this service?*

4. Voluntary testing: The vast majority of residents would be willing to volunteer for testing if necessary. To date, no one in the encampment has reported illness from leptospirosis. *Do you have an update on whether testing will be offered and, if so, what the plan would be?*
5. Comprehensive vector control plan: Do you have an update about this plan? In conversation with Adena Why from Alameda Vector Control on Wednesday, I learned the County's approach involves trapping to reduce the population before CO2 treatment to prevent rats from scattering. Some residents are already assisting with this method. We are supportive of this coordinated approach. *Can you share the City's specific plan and timeline, if different from the County?* I will ensure cooperation from residents near the encroachment areas.
6. PPE and environmental risks: We understand leptospirosis bacteria can be killed by UV light via direct sunlight, and warmer weather may help. Regarding PPE, most residents lack the means to purchase it. Dr. Doohan provided four bags of gloves and some masks, which I distributed. *Are there additional PPE items the City can provide for residents handling potentially contaminated materials?*
7. Relocating for burrow access: Residents are willing to move to allow access to burrows. To my knowledge, all active burrows are behind the fences of the Post Office and construction yard. Residents on the Post Office side are on concrete, preventing burrowing beneath dwellings. Some on the construction yard side have already relocated across the street away from dirt areas. I can coordinate with remaining residents if treatment is imminent. If you or Vector Control have identified other suspected burrow locations within the encampment, could you please let me know so I can coordinate access?
8. Garbage mitigation: Residents are working tirelessly to mitigate garbage piles, but success depends on regular City pickups. We are committed to cooperation. Prior to June 4, 2025, the encampment received pickups approximately three times per week. After the dumpster's removal, service was reduced to roughly once a month, creating confusion as residents had been instructed by HRT staff on September 17, 2025, to stage garbage on the roadway for pickup. *Could you assist with clear communication about the need for this service?*
9. Relocation: Residents would be willing to move if provided a comparable location offering similar safety and amenities. This encampment has been a lifeline for some for over a decade and moving is not feasible without a viable alternative. Many of our past alternatives have already been shut down by the City and do not allow lodging or parking. *Do you know of any alternative locations, even temporary ones for 30 days, while the City takes care of the rodent treatment?*
10. Communication and engagement: I appreciate being kept informed. For future health events, I recommend that Public Health staff introduce themselves at each dwelling to ensure all residents understand their purpose and offers of assistance. As you witnessed, residents are cooperative but need clear communication and partnership.

I look forward to your update on these points and to our continued collaboration in addressing this public health concern. Thank you for being present in our community.

Sincerely,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

---

**Gilman, Scott** <SGilman@berkeleyca.gov> Mon, Feb 2, 2026 at 9:46 AM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>

Cc: "Torres, Ronald" <RoTorres@berkeleyca.gov>

Hello Yesika,

Thanks for reaching out. Please see responses in blue below. One question for you is #4 in my email to you below. Please let me know your best estimate of how many people you believe would want volunteer testing to inform our planning.

***Scott Gilman***

Director, HHCS

510.981.5404

sgilman@berkeleyca.gov

---

**From:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
**Sent:** Thursday, January 29, 2026 10:24 PM
**To:** Gilman, Scott <SGilman@berkeleyca.gov>
**Cc:** Torres, Ronald <RoTorres@berkeleyca.gov>
**Subject:** Re: Rodent Harborage

Hi Mr. Gilman,
Thank you again for meeting with us last week and for your continued attention to the public health situation at the Harrison encampment. I am writing to follow up on the action items from our conversation, as I have not yet received the update you hoped to provide by last Friday.

Below are responses to your points, along with several important questions and updates from our community:

1. Dog vaccinations: I can survey residents if needed. Pawfund has records of all dogs vaccinated on their visits. Separately, I received a voucher from Dr. Doohan for a neighbor who missed Pawfund's most recent visit on January 12. *Could you confirm if the voucher covers all dogs belonging to an owner, or only one?* This neighbor has two dogs (one elderly, one partly blind) that are kept mostly indoors and have shown no signs of illness. *. Because of limited supply of vaccine, only one voucher per dog can be used. I contacted Animal Services and have an additional voucher we will have delivered to you.*

2. Dumpster and garbage removal: We strongly desire the return of our dumpster to mitigate harborage conditions. As you know, open garbage piles provide a consistent food source for rodents. Peter Radu informed me that due to a budget deficit, the City cannot fund a dumpster, but that our organization could pay for the service. We are willing to fundraise for it. *However, given the urgency of the health alert, is the City willing to restore the dumpster with a deferred payment agreement, pending our fundraising?* This would allow immediate mitigation of the food sources attracting rodents. My understanding is that you have been in regular contact with Peter Radu about this issue. Please continue to communicate with Peter.

3. Increased garbage pickups: Weekly pickups would be welcome and are necessary. The recent voluntary cleanups were the first time in over eight months that the City collected garbage directly from residents' dwellings. We truly seek a reliable, weekly schedule. *Could you help facilitate the reinstatement of this service? Similar to the dumpster, please continue to communicate with Peter Radu to coordinate garbage pickups."*
4. Voluntary testing: The vast majority of residents would be willing to volunteer for testing if necessary. To date, no one in the encampment has reported illness from leptospirosis. *Do you have an update on whether testing will be offered and, if so, what the plan would be? We need an approximate number so that we can plan how to fund and organize this. Do you think 20 is a good number for planning??*
5. Comprehensive vector control plan: Do you have an update about this plan? In conversation with Adena Why from Alameda Vector Control on Wednesday, I learned the County's approach involves trapping to reduce the population before CO2 treatment to prevent rats from scattering. Some residents are already assisting with this

method. We are supportive *Great, I was with Adena when she let you know the plans. The City and County are working collaboratively. There is no separate plan. As discussed on Wednesday County is doing trapping now and will keep you informed as that process continues* of this coordinated approach. *Can you share the City's specific plan and timeline, if different from the County?* I will ensure cooperation from residents near the encroachment areas.

6. PPE and environmental risks: We understand leptospirosis bacteria can be killed by UV light via direct sunlight, and warmer weather may help. Regarding PPE, most residents lack the means to purchase it. Dr. Doohan provided four bags of gloves and some masks, which I distributed. *Are there additional PPE items the City can provide for residents handling potentially contaminated materials? Absolutely, I'll ask that another 50 bags be dropped off to you to distribute to residents. Thank you for helping us protect the residents. I noticed several that were hauling their garbage away without gloves and they were not interested in talking with us. Anything you can do the convince them to use gloves is appreciated*
7. Relocating for burrow access: Residents are willing to move to allow access to burrows. To my knowledge, all active burrows are behind the fences of the Post Office and construction yard. Residents on the Post Office side are on concrete, preventing burrowing beneath dwellings. Some on the construction yard side have already relocated across the street away from dirt areas. I can coordinate with remaining residents if treatment is imminent. If you or Vector Control have identified other suspected burrow locations within the encampment, could you please let me know so I can coordinate access? *Yes. Also please remember that Adena told us that the visible entrance to the burrow may be behind the fence, but they will dig under the sidewalks and tents and will climb in and out of extremely small cracks in the sidewalks.*

8. Garbage mitigation: Residents are working tirelessly to mitigate garbage piles, but success depends on regular City pickups. We are committed to cooperation. Prior to June 4, 2025, the encampment received pickups approximately three times per week. After the dumpster's removal, service was reduced to roughly once a month, creating confusion as residents had been instructed by HRT staff on September 17, 2025, to stage garbage on the roadway for pickup. *Could you assist with clear communication about the need for this service? It is not clear to me how this is different from items 2 and 3 above. Please continue to communicate with Peter Radu on this topic.*

8. Relocation: Residents would be willing to move if provided a comparable location offering similar safety and amenities. This encampment has been a lifeline for some for over a decade and moving is not feasible without a viable alternative. Many of our past alternatives have already been shut down by the City and do not allow lodging or parking. *Do you know of any alternative locations, even temporary ones for 30 days, while the City takes care of the rodent treatment?* This topic is outside the scope of our current conversation
9. Communication and engagement: I appreciate being kept informed. For future health events, I recommend that Public Health staff introduce themselves at each dwelling to ensure all residents understand their purpose and offers of assistance. As you witnessed, residents are cooperative but need clear communication and partnership. *Thank you, will do. At this point Dr. Doohan and I will be walking through again next week Wednesday starting at 9 am. Street Med will keep their regular schedule. Options also provides outreach daily in Berkeley and can respond to requests for assistance anytime. Feel free to reach out to them directly and I know they will respond to the encampment if asked. You may recall they help the resident get his ID. In addition, we will continue the informal weekly walk through to make sure residents have time to talk with Public Health directly*

[Quoted text hidden]
[Quoted text hidden]

Gmail **Berkeley Homeless Union <berkeley.homeless.union@gmail.com>**

---

## Harrison Street Voluntary Clean-Up - Next Date

12 messages

---

**Radu, Peter** <pradu@berkeleyca.gov> Thu, Jan 29, 2026 at 12:31 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>, Yesica Prado <yesica.prado13@gmail.com>
Cc: "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua \"Josh\"" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, "princelawoffices@yahoo.com" <princelawoffices@yahoo.com>

Dear Yesica/Berkeley Homeless Union:

Thank you once again for working productively with us yesterday (1/28) morning to continue voluntarily removing trash and unwanted items from the encampments along Harrison and Eighth Streets.

**We would like to let you know that we are planning to come out to the encampment with Public Works crews to continue our progress together, tomorrow (Friday, 1/30) morning at 8:30 AM.** I cannot be there tomorrow morning as I have schedule conflicts, but Okeya, Monique and Epsalon are planning to be there to work with you and the residents.

We have had ongoing direct communication with people in the encampment who themselves have asked us to remove some items for them, but we were not able to do so for lack of time on Wednesday. Specifically, we plan to work with Quinton (whose last name was not provided to me), Rob Pierce, Alice Barbee, and Austin White, all of whom have been working productively with us to identify items that they wish to volunteer for removal. Again, we will not remove anything we are not specifically given the green light for by these residents themselves. Time permitting, we are happy to work with you to identify any others who wish to remove items as well--but we will start with these folks, in order to ensure we keep our word by following up on conversations already had.

I did want to follow up on one thing in particular. As you and I both became aware of on Wednesday, Erin Spencer constructed the following "dog run" on the South side of Harrison between 7th and 8th, reportedly the day before. As you know, we both spoke to Mr Spencer about his willingness to remove it or move it to his side of the street, and he indicated that he would be willing to do that, but as of this writing that has not yet happened. We are obviously concerned about this newly-created structure because it juts directly into the traffic lane on a side of the street just recently cleared (with BHU's assistance). Would you be willing to continue our mutual conversation with Mr Spencer about removing or relocating this structure (picture below)? Thank you and please let me know if you have had or will have any conversations with him.

Thak you for continuing to partner with us to mitigate the public health issues at this encampment. Please let us know if you have any questions or concerns.

Sincerely,

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Thu, Jan 29, 2026 at 8:34 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>,

"Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua Josh" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, princelawoffices@yahoo.com

Hi Peter,

Thank you for the update. I have informed the residents you mentioned that Public Works and HRT will be returning tomorrow morning.

Regarding specific preparations:

- Quinton has staged his pile on the corner of 7th and Harrison, as he needed the space cleared to set up a new tent.
- I will speak with Erin tonight. He was in a deposition all day today, so his time has been limited, but I have asked others to assist him in dismantling and moving the structure as agreed. I will continue to follow up with him.

For future coordination: To improve the effectiveness of these clean-ups, we would appreciate advance notice. If possible, providing a schedule *one week* in advance would allow BHU to organize volunteers to help organize and stage items, which is especially important for residents who are unable to move heavy or waterlogged materials themselves.

Lastly, BHU would like to reiterate the request for the return of a secured dumpster to the area to properly contain food waste and mitigate rodent attraction. BHU is prepared to launch a fundraiser to cover the associated costs as soon as possible. This would be a tangible step in addressing the health alert at the camp.

Will the City agree to place a dumpster under a deferred payment arrangement until those funds are secured?

I will be present tomorrow morning to help facilitate. I appreciate your help in coordinating follow-up clean ups.

Thank you,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

---

**Radu, Peter** <pradu@berkeleyca.gov> Fri, Jan 30, 2026 at 11:37 AM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua \"Josh\"" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, "princelawoffices@yahoo.com" <princelawoffices@yahoo.com>

Hi Yesica,

Thank you for the communication.

I have previously addressed your request for a dumpster. The city's position on that has not changed.

Regarding advanced notification of clean-ups: I will try to give you as much notice as possible moving forward. Often a week's notice is not doable for us, because we sometimes do not have the capacity to schedule things out that far in advance. But we just met as an inter-departmental team and I can confirm that we will be available to do another voluntary clean-up and health outreach day next Wed., 2/4, at 8:30 AM. A flyer for this is being distributed by Neighborhood Services today and is attached for your reference.

While this is not one full week's notice, it's the best we can do at this time, and we will continue to communicate with you about clean-ups moving forward as quickly as we can.

Respectfully,

Peter Radu
Assistant to the City Manager - Neighborhood Services
City of Berkeley
2180 Milvia St, 5th Floor | Berkeley, CA 94704
Desk: 510-981-7045 | Cell: 510-853-2368
Email: pradu@berkeleyca.gov

---

**From:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
**Sent:** Thursday, January 29, 2026 8:34 PM
**To:** Radu, Peter <pradu@berkeleyca.gov>
**Cc:** Yesica Prado <yesica.prado13@gmail.com>; Jensen, Christopher <CJensen@berkeleyca.gov>; Shapp, Marc <MShapp@berkeleyca.gov>; Scott, Nubyaan <NScott@berkeleyca.gov>; White, David <DWhite@berkeleyca.gov>; Vance-Dozier, Okeya <OVance-Dozier@berkeleyca.gov>; Jacobs, Joshua "Josh" <JJacobs@berkeleyca.gov>; Hurtado, John <jhurtado@berkeleyca.gov>; princelawoffices@yahoo.com <princelawoffices@yahoo.com>
**Subject:** Re: Harrison Street Voluntary Clean-Up - Next Date

**WARNING:** This is not a City of Berkeley email. Do not click links or attachments unless you trust the sender and know the content is safe.

[Quoted text hidden]

---

**HEALTH OUTREACH EVENT Info Flyer - 2.4.docx**
27K

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Mon, Feb 2, 2026 at 1:49 AM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua Josh" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, princelawoffices@yahoo.com

Peter,

Thank you for confirming the next clean-up day. While I appreciate the notice, a fundamental issue remains: without adequate support and respectful engagement from City staff, these operations will continue to fail.

Please see below my summary of events of the last clean-up, which I documented through video, photos and witness testimonies.

**Need for support during clean-ups**

First, many residents have physical disabilities and executive functioning challenges that make it very difficult to stage heavy, waterlogged or scattered items without assistance. Without volunteers, which we cannot reliably organize on short notice, the work does not get done quickly.

Therefore, I would appreciate clarity on the following: Is the City willing to provide direct assistance to disabled residents during staging? If not, do we need to submit a formal ADA accommodation request for this support to be provided?

We have requested this assistance in the past, but please let me know if I need to reiterate this request for each person.

**Unprofessional conduct by Homeless Response Team staff**

Second, there are serious concerns about the conduct of HRT staff during the last clean-up:

*1) Escalation instead of de-escalation*: On Friday, Okeya called the police during a triggering event between two residents with PTSD, after the situation had already de-escalated and both parties had gone their separate ways. Notably, a Public Works employee successfully de-escalated the situation before police was called, while Okeya stood by as a spectator.

Yet, Okeya's mischaracterization of the incident resulted in about 9 police units responding, criminal charges against both camp residents with documented mental disabilities, and further trauma for all of us at the camp—instead of calling for mental health crisis support. I later recorded both Okeya and Monique laughing shortly after one of the residents was taken into police custody, which is unacceptable and demonstrates a lack of basic empathy.

*2) Disrespectful conduct:* Before leaving for the day, Monique McClendon was disrespectful and dismissive. When I politely asked her not to litter after repeatedly finding her and Okeya's discarded shoe covers under my RV, she disregarded my request to keep our area clean. She refused to pick up her own garbage or use a nearby trash can. After I asked again, she handed me a napkin to wrap the items for her, but then threw it towards me from her car window and drove away *(See photos attached).* Several witnesses observed this rude behavior and were also dismayed.

Monique also engages in selective distribution of resources and has not offered me any support, despite that I am a resident of this encampment, too.

Please note that Okeya's and Monique's behavior undermines trust and demonstrates a lack of basic respect for camp residents.

**Conditions for continuing collaboration**

If voluntary clean-ups are to continue, a clear and respectful plan must be in place, including:

- The removal of Okeya Vance from outreach duties at this encampment. Her confrontational approach and poor judgment have caused harm and eroded trust in the community. Okeya has repeatedly antagonized many residents and myself, *even after being asked by you* to stop. (During the last clean-up, you and I both had to walk away from her to de-escalate.) This creates a hostile environment that undermines the goal of collaborative efforts.
- A direct apology and change in behavior from Monique McClendon, including an end to littering and dismissive conduct. As a new member of your team and my first interaction with Monique, her first impression was deeply disappointing.
- A commitment from HRT staff to engage respectfully, de-escalate constructively using mental health resources instead of police, and follow through on promises to camp residents.

The City cannot expect cooperation from residents while its frontline staff openly disrespect them, escalate situations unnecessarily, and fail to provide the basic support needed for clean-ups to succeed.

Please advise how the City intends to address these personnel and accessibility issues before Wednesday's clean-up. I look forward to your prompt response.

Thank you,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

---

**2 attachments**



**20260130_094552.jpg**
2970K



**20260130_102536.jpg**
5043K

---

**Radu, Peter** <pradu@berkeleyca.gov> Mon, Feb 2, 2026 at 10:38 AM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua \"Josh\"" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, "princelawoffices@yahoo.com" <princelawoffices@yahoo.com>

Yesica/BHU:

Residents need not move anything themselves for us to discard it. For example, Alice Barbee last week did stage, by herself, a large pile of debris in the street for us to remove, and then also pointed out additional items on the sidewalk she hadn't moved but that she also wanted gone (so she could voluntarily move her items from the east side of 8th to the cleared area, which she did later that day). Similarly, everyone we have been working with has successfully told us what they want removed, and/or managed to move/stage the items themselves. If they can't stage it, they only need to point to it and we can grab it ourselves.

Okeya witnessed an assault with a weapon and an ensuing fight between the two people below. See the attached video. Calling 911 was an appropriate response to this incident.

Regarding the litter, I apologize for this. I have spoken to the team to be more mindful of this and it will not happen again.

As I have stated before, I find it very odd how different your tone is in writing (defensive, accusatory) versus the highly cooperative tone you've had with us in person over the past several weeks of collaborating together.

Respectfully,

Peter

---

**From:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
**Sent:** Monday, February 2, 2026 1:49 AM
[Quoted text hidden]

[Quoted text hidden]

---

**IMG_3635.mov**
18125K

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Mon, Feb 2, 2026 at 3:39 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua Josh" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, princelawoffices@yahoo.com

Hi Peter,

Thank you for your response. To move forward productively, we still require clarity on the operational plan, and I must correct several factual misrepresentations in your email. Please note that my tone in writing is one of precision and accountability, which are necessary qualities when the safety and rights of disabled residents are at stake.

I would appreciate a response to the following:

**1. Clarification on staging and assistance**
Your statement that residents "only need to point to it and we can grab it ourselves" directly contradicts the repeated on-the-ground experience that Public Works and HRT will not touch items on the sidewalk.

For clarity: Will City staff now remove items that residents identify on the sidewalk, without requiring residents to stage them in the roadway? A clear yes or no answer is required to prevent further confusion. If not, please confirm whether we must submit formal ADA accommodation requests for each resident. If I do not hear from you, I will proceed with submitting these requests to ADA Coordinator Thomas Gregory to continue the interactive process.

Regarding assistance: many camp residents have physical and cognitive disabilities that prevent them from quickly staging and sorting out their items, even with verbal identification. Alice Barbee's pile, which you cited, was staged over the course of weeks with the help of multiple volunteers and union officers—not by herself. I have photos and sworn declarations documenting this collective effort, which has been necessary because the City has not provided the ADA-mandated support these residents need.

**2. Correction regarding the incident on Friday**
Your characterization of the events is inaccurate and omits critical context:

- No assault occurred: Legally, the definition of assault is "the actor must have intended to cause a harmful or offensive contact with the victim and the victim must have thereby been put in immediate apprehension of such a contact." Okeya could not have known the intent, and the individual involved was not in a state of apprehension—he ended the confrontation himself and asked to de-escalate. There were no injuries nor bleeding from either party.
- De-escalation had occurred: When Okeya called 911, both parties had already separated and were being calmed by community members and their emotional support animals, using recognized mental health first aid techniques. I was present and trained in these methods and I did not perceive an active threat requiring police intervention *(see my certificate of training attached).* This incident highlights a critical gap, which is that HRT staff lack the basic mental health training necessary for appropriate crisis response.
- HRT's response was harmful: Okeya did not even ask the victim if he was okay or if he wanted to press charges. The victim clearly told her that he did not want the police involved, yet she did it anyway. Furthermore, the video you provided is a selective 1.5-minute clip. I have a complete recording showing the de-escalation during the incident and afterwards. I was standing about 7 feet away from both men during the incident, and I didn't feel my safety threatened.
- I also have a recording of the distressed state of the resident taken into custody and his emotional support animal who cried for him as he was taken away—even responding police officers questioned their approach.

**3. Removal of Okeya Vance-Dozier from outreach at this camp** Okeya's ongoing antagonistic behavior and inability to de-escalate—even when directed by her supervisor—poses a direct obstacle to constructive engagement and resident safety. Her judgment during Friday's incident resulted in unnecessary police escalation, further traumatizing vulnerable residents in this camp.

For trust to be rebuilt and voluntary clean-ups to proceed safely, I must reiterate that Okeya should no longer perform outreach at this encampment. There are other staff members that can perform this duty. Her continued presence undermines the City's stated goals and our community's well-being.

**4. Expectations for professional conduct**
I appreciate your commitment that HRT staff will not litter. However, Monique's deliberate act of throwing trash toward me was disrespectful and unprofessional. I still expect a direct apology from her.

**5. Path forward**
I am not making accusations, but simply documenting facts to reach a functional agreement. The current cycle of confusion and conflict is unsustainable.

Before Wednesday's clean-up, I need a written plan addressing:

- The provision of staging assistance or the ADA request process.
- A clear protocol for HRT to request mental health crisis support instead of police.
- Confirmation of whether items identified on the sidewalk will be removed.

I look forward to your timely response.

Thank you,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

---

**MHFA Certificate - Yesica Prado 111424.pdf**
1541K

---

**Radu, Peter** <pradu@berkeleyca.gov> Mon, Feb 2, 2026 at 9:08 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua \"Josh\"" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, "princelawoffices@yahoo.com" <princelawoffices@yahoo.com>

Yesica, thanks for getting back to me. A couple things:

1. See answers in yellow to your questions in #1 below. Will City staff now remove items that residents identify on the sidewalk, without requiring residents to stage them in the roadway? A clear yes or no answer is required to prevent further confusion. YES, but only those items identified by the owners (and time permitting of course). Sorry, I thought I was clear about this in my last email. If not, please confirm whether we must submit formal ADA accommodation requests for each resident. No. If I do not hear from you, I will proceed with submitting these requests to ADA Coordinator Thomas Gregory to continue the interactive process.
2. Respectfully, I will not be further addressing your statements in #2-5 below. The reports I have from my staff differ from yours. I am sorry you feel this way. I hope we can continue to find a path forward together. That's that.
3. Finally, a note about an exciting development and opportunity for dog owners in the encampment. A leading veterinary expert in leptospirosis in dogs, Dr Jane Sykes, and her research team from UC Davis will be initiating a study of the dogs in this and other homeless encampments around Berkeley. We are planning to help introduce them to encampment residents this Friday, Feb 6th, starting at 9 AM. A flyer with details on the study, and what dog owners in the encampment can expect if they wish to participate (all voluntary of course), is attached. We will distribute this flyer to people when we are at the encampment for the next clean-up on Wednesday morning. Since you are a resident of the encampment we want to make sure you are aware of this. I am sorry we could not provide one full week's notice. Things sometimes move faster than that, and this is an example: this literally all came together early this afternoon.

Sincerely,

Peter Radu
Assistant to the City Manager - Neighborhood Services
City of Berkeley
2180 Milvia St, 5th Floor | Berkeley, CA 94704
Desk: 510-981-7045 | Cell: 510-853-2368
Email: pradu@berkeleyca.gov

---

**From:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
**Sent:** Monday, February 2, 2026 3:39 PM
[Quoted text hidden]

[Quoted text hidden]

---

**UC Davis Leptospirosis Study_Berkeley - PR_MCPEdits_JS.docx**
47K

---

**Radu, Peter** <pradu@berkeleyca.gov> Mon, Feb 2, 2026 at 9:13 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua \"Josh\"" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, "princelawoffices@yahoo.com" <princelawoffices@yahoo.com>

My sincere apologies: I realized I accidentally sent you a draft flyer rather than the final. The final (which is what we will distribute) is now attached. Sorry, there is a lot going on at the moment!

-Peter

---

**From:** Radu, Peter <pradu@berkeleyca.gov>
**Sent:** Monday, February 2, 2026 9:08 PM
**To:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
[Quoted text hidden]
[Quoted text hidden]

---

**UC Davis Leptospirosis Study_Berkeley - FINAL.docx**
41K

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Tue, Feb 3, 2026 at 4:13 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua Josh" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, princelawoffices@yahoo.com

Peter,

Since you are unwilling to address the documented misconduct of your staff, we will no longer pursue resolution through this email chain. Instead, the Berkeley Homeless Union will submit all relevant evidence—including video, photos and sworn declarations—through an administrative claim against the City of Berkeley and the Homeless Response Team.

By dismissing our documented concerns, you are confirming there is:

- No effective internal mechanism for accountability,
- No plan for disciplinary action, and
- No commitment to providing essential mental health and de-escalation training for staff tasked with serving a vulnerable population.

Since you, as their direct supervisor, have declined to act, *an administrative claim is now the only avenue to remedy these failures* in supervision, training and professional conduct. Our members have already suffered harm as a result, and

without intervention, this harm will continue.

**Tomorrow's clean-up**

Your email states City staff will remove items identified on the sidewalk, but today at noon, HRT staff member Epsalon Galloway instructed residents to stage items in the roadway. This direct contradiction exemplifies the communication breakdown that consistently undermines these operations.

Please clarify: what is the official protocol for tomorrow?

Due to the lack of reliable communication and support, we cannot guarantee a substantial trash pickup. Residents with disabilities cannot stage and sort heavy, waterlogged items without help—assistance the City has not provided.

While BHU has organized volunteer clean-up events to help our members, we cannot mobilize volunteers on short notice. We understand you face operational constraints, but you must also recognize the physical, cognitive and logistical constraints faced by disabled residents who are being asked to comply with an inconsistent and unsupported process.

**Regarding the UC Davis study**

While research may be useful, we question why the City's priority has shifted to studying the encampment rather than *actively protecting it.* Residents are not specimens to be examined while the root cause of the public health risk remains unaddressed.

Since the Public Health Alert was issued, no significant action has been taken to trap rodents or treat burrows in the adjacent private parcels—the Post Office and the Hathaway Dinwiddie construction site. These fenced, City-permitted properties (via encroachment permits) have provided undisturbed, permanent habitats where rats breed unchecked and migrate into the surrounding neighborhood. Our community's mitigation efforts are ineffective as long as these adjacent private properties remain an undisturbed refuge.

Before introducing research teams, **we urge the City to schedule immediate rodent abatement actions to treat these burrows and mitigate the rodent population**. This is the priority for the health and safety of all residents.

Please inform us of the City's substantial plan to address this issue. I look forward to hearing from you on these two pending questions, which I underlined for visibility.

Thank you,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

---

**Radu, Peter** <pradu@berkeleyca.gov> Tue, Feb 3, 2026 at 4:23 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>

Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua \"Josh\"" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, "princelawoffices@yahoo.com" <princelawoffices@yahoo.com>

Thank you, Yesica. I look forward to seeing you tomorrow morning and continuing the in-person collaboration we've developed over the past few weeks.

Peter

---

**From:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
**Sent:** Tuesday, February 3, 2026 4:13 PM
[Quoted text hidden]
[Quoted text hidden]

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Tue, Feb 3, 2026 at 5:33 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua Josh" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, princelawoffices@yahoo.com

Peter,

I will be present tomorrow to ensure the needs of camp residents are met. However, I must clarify that what has occurred over the past few weeks cannot accurately be called a "collaboration."

Collaboration requires mutual respect, clear communication and accountability. Instead, our experience has been defined by:

- Contradictory directives from City staff,
- Documented misconduct by HRT and PW employees,
- A dismissal of our concerns regarding staff behavior and training,
- A disregard of our substantive questions for clarity,
- A continued lack of rodent abatement services and safety protocols despite the public health alert,
- A refusal to return a dumpster to the area under a deferred payment plan, and
- An absence of the support needed for disabled camp residents to effectively participate in clean-ups.

This pattern does not constitute a partnership nor genuine collaboration. The documented record stands in stark contrast to that narrative. My presence tomorrow is to fulfill a duty of care to our BHU members, not to validate a City process that has repeatedly failed them.

As previously stated, the path forward for addressing the systemic failures of supervision, training and accountability will now proceed through an administrative claim.

Sincerely,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

---

**Radu, Peter** <pradu@berkeleyca.gov> Tue, Feb 3, 2026 at 10:12 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua \"Josh\"" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, "princelawoffices@yahoo.com" <princelawoffices@yahoo.com>

Sure, you can have the last word. 😊

See you in the morning! Have a restful night.
-Peter

On Feb 3, 2026, at 5:37 PM, Berkeley Homeless Union <berkeley.homeless.union@gmail.com> wrote:

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
<attachment-1.gif>

Thak you for continuing to partner with us to mitigate the public health issues at this encampment. Please let us know if you have any questions or concerns.

Sincerely,

<attachment-2.gif>
<attachment-3.gif>

---

**3 attachments**

**attachment-1.gif**
1K

**attachment-2.gif**
1K

**attachment-3.gif**
1K

Gmail Berkeley Homeless Union <berkeley.homeless.union@gmail.com>

# Continued Trash pick-up on Harrison/Eighth

7 messages

**Radu, Peter** <pradu@berkeleyca.gov> Fri, Jan 23, 2026 at 11:41 AM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>, Yesica Prado <yesica.prado13@gmail.com>
Cc: "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua \"Josh\"" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>

Dear Berkeley Homeless Union/Yesica:

Thank you for working with us on Jan 21 to voluntarily discard accumulated trash and belongings at the Harrison and Eighth St encampments. As you mentioned, there is plenty more trash that people had wanted to discard voluntarily on that day, but unfortunately, we ran out of time that day to get to it. So, you asked about the next day we could get out there to continue picking up trash, and I promised I would follow up. Here is the schedule we are able to commit to at this time:

- Saturday 1/24 at 8:30 AM - Public Works will come with a backhoe to do voluntary clean-up
- Wednesday 1/28 at 8:30 AM - Neighborhood Services and Public Works will come with a backhoe to do voluntary clean-up (we will post flyers about this throughout the encampment later today).

For the Public Works crew that will come tomorrow (Saturday 1/24), I would like to confirm what you told me on Wednesday 1/21, which is that everything in the street (i.e., on the street side of the sidewalk curb line, both sides of the street) on Eighth St between Harrison and Codornices Creek is able to be discarded, and that we should not anticipate any pushback or confrontation with the people there? If you can confirm this for us in writing, that would be appreciated so there are no misunderstandings. If you cannot or do not confirm in writing, we will operate on the assumption that we will remove only what people volunteer to us tomorrow morning. Thank you for your help.

Respectfully,

Peter Radu
Assistant to the City Manager - Neighborhood Services
City of Berkeley
2180 Milvia St, 5th Floor | Berkeley, CA 94704
Desk: 510-981-7045 | Cell: 510-853-2368
Email: pradu@berkeleyca.gov

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Fri, Jan 23, 2026 at 11:24 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua Josh" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>

Hi Peter,

Thank you for following up with the schedule. I will be present at tomorrow's clean-up to help facilitate and identify items for disposal. I have more questions about Wednesday's upcoming clean up, but I need to check-in with my neighbors first. I will follow up with you soon. Thank you

Warm regards,

**Yesica Prado**
Berkeley Homeless Union Officer

[Quoted text hidden]

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Tue, Jan 27, 2026 at 5:51 AM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua Josh" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, Anthony Prince <princelawoffices@yahoo.com>

Hi Peter,

I am writing to provide critical feedback on Saturday's clean-up and to seek urgent clarification for tomorrow's scheduled operation. My goal in providing this detailed feedback is to ensure the clean-ups are successful, safe and respectful for all involved—residents and City staff alike. Below is a summary of what took place, which I documented myself through video and photos.

I also have specific questions that must be addressed to avoid further conflict and ensure a successful outcome. Please see below:

**Summary of Saturday's failed clean-up**

Despite clear prior communication about items to be discarded to you and Okeya, the Public Works crew did not collect the trash camp residents had voluntarily set aside. Key issues included:

- Conflicting instructions: Public Works employees stated they were directed not to take any tents, despite prior approval to remove storm-destroyed tents. When we attempted to resolve this on-site by asking to contact a supervisor, we were given an impossible ultimatum: accept the refusal or risk having the entire cleanup crew withdrawn for the day, guaranteeing no service at all.
- Inconsistent application: The arbitrary and inconsistent application of cleanup rules has rendered camp residents' efforts pointless.The backhoe removed one tent staged on the roadway that morning, but refused picking up identical items elsewhere. This created confusion and frustration—especially for Austin, who was helping me stage items for pickup. The inconsistency of instructions not only wastes residents' energy, but actively discourages future cooperation, as trust in the fairness of the City's process erodes.
- Lack of assistance: Residents were expected to move waterlogged, heavy items to the street without assistance or protective gear, due to cited leptospirosis risks. Even after staging items, many were still not collected. Our labor is being exploited to meet the City's procedural demands, yet the promised outcome of removing waste has been

repeatedly denied. This cycle demoralizes the community and undermines any trust in the City's commitment to a genuine cleanup or to our wellbeing.

- Escalation and early departure: A conflict arose between a resident, Austin, and a Public Works employee, Justin. When Austin attempted to assist to clean up his area by placing a garbage can into a pickup truck, Public Works employee Justin became confrontational, yelling to "leave the truck alone" and "fuck around and you are going to find out," while threatening to call police. I tried to remove the garbage can myself, but Justin kept escalating the situation.
- Despite attempts by other crew members to de-escalate as well, Justin continued to engage aggressively. Justin's language escalated tensions and triggered Austin's known disability. I even had to get in between both men at one point to stop further confrontation. But Justin kept making comments that were frustrating to hear, stating he "still gets paid whether the garbage gets picked up or not" and that he was doing us a favor by picking up our garbage, which he "didn't have to do."
- This led to the Public Works crew's premature departure. Only three small piles were collected along 9th and Harrison Streets, leaving the vast majority of the encampment not serviced.

This incident underscores a pattern of poor communication, inconsistent enforcement of directives, and disrespectful treatment of camp residents. The outcome undermines the City's stated goal of collaborative and health-focused cleanup efforts, which places an unsafe and unrealistic burden on us if we want to see our camp clean.

**Questions for tomorrow's clean-up**

To prevent a repeat of unsuccessful clean-ups, please provide clear answers to the following:

1. Crew and protocol: Will there be an adequate Public Works crew size tomorrow, and will they be authorized and equipped to assist residents in moving heavy items to the street for pickup? Will a clear, unified protocol be communicated to the crew beforehand?
2. Additional time: Will the City allocate additional clean-up days to address the entire encampment? Given the scale of accumulated waste due to the atmospheric river storms in December—and the fact that the last deep clean at the camp was conducted by Urban Compassion Project on November 8, 2025—it is unrealistic to expect the entire encampment can be cleaned in a single 4-hour shift. Please let me know as soon as you are aware of the schedule.
3. Safety and PPE: If residents are expected to handle contaminated materials, will the City provide gloves, boot covers, or other PPE? It is a double standard to cite health risks while continuously leaving camp residents unprotected.
4. Weekly service commitment: During my walk-through last Wednesday, it was acknowledged by Public Health staff that regular garbage pickups are needed to abate rodent issues. Will the City commit to a weekly pickup schedule at the encampment?
5. Dumpster return: We reiterate the request for a dumpster to be returned to the area to mitigate the rats. The Berkeley Homeless Union commits to launching a fundraiser to cover associated costs. Will the City agree to place a dumpster with an understanding of deferred payment once funds are available?

**The current approach is not working.** It endangers camp residents, frustrates city staff and fails to address the public health goals you have cited. I will be on-site tomorrow to help identify items for pickup, but I expect clear answers and a functional plan to be in place.

I look forward to your prompt response.

Thank you,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

---

**Radu, Peter** <pradu@berkeleyca.gov> Tue, Jan 27, 2026 at 12:30 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua \"Josh\"" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, Anthony Prince <princelawoffices@yahoo.com>

Hi Yesica,

I apologize for any frustrations coming out of the Saturday clean-up. After the discussion between you, me and Austin White in the field on Wed. 1/21, I was under the impression that the sole scope of the additional pick-up on Saturday was to remove items in the roadway on eighth between Harrison and the Creek (in other words, finishing up the clean-up efforts on 1/21). This is what I specifically included in my written communication to you and to PW (see highlighted text below), but unfortunately, we never received a response from you. (Austin White had also told me personally on 1/21 that we could remove a tent and other belongings on the south side of Harrison between Eighth and Ninth, but since I did not hear that directly from you as well, I did not include that in my email to you below.) Saturday's clean-up on Harrison was not the only location that PW needed to visit that day for clean-up, so they did not intend to stay for longer than the time needed to perform the exact scope of work outlined in my email dated January 23—to which, again, we never received a response from you. I acknowledge that I could have let you know in advance that PW's time would have been more limited on Saturday. But beyond that, I am unclear what the miscommunication here was and what the City could have done differently? If you let me know, I will do my best to incorporate that into future communications (within reason of course).

Ideally, the HRT outreach team from Neighborhood Services serves the role of liaising between camp residents and the Public Works staff there to pick up the belongings. Had we been there Saturday, we would have absolutely consulted with the PW team to instruct them that it was OK to remove certain other items NOT in the street. Unfortunately, we were not available to join PW. Absent this, I trust you understand why the City has no choice but to be extremely cautious with you, BHU, and the residents here, which is why PW staff did not deviate from the scope of work proposed in the email below (and which you and I discussed on 1/21).

Now, regarding Wednesday's (1/28) clean-up: Monique McClendon and I from HRT are both planning to be present tomorrow to help you mediate between PW staff and the camp residents. Public Works cannot manually sort or discard things in this encampment by hand at this time, so if you and the residents are prepared to work with us in identifying all items that can be removed, we will discard them as quickly as the backhoe can operate. I acknowledge that we likely cannot remove everything that needs to be removed in one day. This is why, as I stated in my email to you last week, the City intends to act on the authority granted to us by Judge Chen to partially close the encampment for non-protected individuals. I understand I am speaking to your lawyer later this week to discuss our proposed walk-through to jointly determine the

contours of that partial closure, so I look forward to having some more clarity on how we can continue to work together after that call. If after tomorrow's encampment clean-up we determine that more voluntary trash service is necessary before we can perform the partial closure of the encampment, I will consult with Public Works and the internal team about date(s) for doing so. Please keep in mind, however, that we have a number of encampments across the city and very limited staff resources and equipment for encampment trash-removal services, so we have to continuously balance the health-related needs in this area against other priorities elsewhere that may emerge.

Very respectfully,

Peter Radu
Assistant to the City Manager - Neighborhood Services
City of Berkeley
2180 Milvia St, 5th Floor | Berkeley, CA 94704
Desk: 510-981-7045 | Cell: 510-853-2368
Email: pradu@berkeleyca.gov

---

**From:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
**Sent:** Tuesday, January 27, 2026 5:51 AM
**To:** Radu, Peter <pradu@berkeleyca.gov>
**Cc:** Yesica Prado <yesica.prado13@gmail.com>; Jensen, Christopher <CJensen@berkeleyca.gov>; Shapp, Marc <MShapp@berkeleyca.gov>; Scott, Nubyaan <NScott@berkeleyca.gov>; White, David <DWhite@berkeleyca.gov>; Vance-Dozier, Okeya <OVance-Dozier@berkeleyca.gov>; Jacobs, Joshua "Josh" <JJacobs@berkeleyca.gov>; Hurtado, John <jhurtado@berkeleyca.gov>; Anthony Prince <princelawoffices@yahoo.com>
**Subject:** Re: Continued Trash pick-up on Harrison/Eighth

**WARNING:** This is not a City of Berkeley email. Do not click links or attachments unless you trust the sender and know the content is safe.

[Quoted text hidden]

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Tue, Jan 27, 2026 at 4:37 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua Josh" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, Anthony Prince <princelawoffices@yahoo.com>

Peter,

Thank you for your response. I need to correct the record and clarify a few critical points to prevent further miscommunication and ensure tomorrow's clean-up is successful.

First, your claim that you "never received a response" from me about Saturday's scope is incorrect. I replied to your email the same day, confirming my presence and intent to help facilitate *(see second email on this thread)*. Moreover, as you acknowledged, we pointed out the items in-person to you and Okeya last Wednesday. We walked together to those piles. The expectation that I needed to reconfirm in writing what was already agreed upon on-site is unreasonable. My assurance of my presence was a good-faith response to ensure a smooth operation and a collaborative clean up.

Second, on Saturday, the crew still refused to take items that were within the agreed-upon scope. I personally removed the tents from the roadway between 8th and 9th Streets and left the already staged piles—yet Public Works still did not collect them. The issue was not the scope, but inconsistent enforcement and refusal to follow through.

**Your email now raises serious new concerns:**

You state that HRT was not present on Saturday, which you acknowledge would have prevented the miscommunication. However, Public Works stated they got different instructions from their direct supervisor and confirmed that neither you nor Okeya are their bosses. We tried to clarify the misunderstanding with their supervisor, but PW workers refused to allow it. This confirms that clear communication between City departments is essential for these operations to function.

You state that Public Works “cannot manually sort or discard things in this encampment by hand at this time.” Does this mean residents are expected to move all items into the roadway without assistance? <u>If so, how is this consistent with the City’s stated concern about leptospirosis exposure?</u>

Most concerning, you explicitly link tomorrow’s clean-up to the City’s stated intention to “partially close the encampment.” This directly confirms residents’ fears that clean-ups are being used as a step toward displacement, even when done in good faith, not as a standalone public health service.

Please note that the vast majority of encampment residents have a disability, as confirmed by the city's own reports to City Council. Therefore, every disabled BHU member has the right to ask for an accommodation request under the ADA, even if they are not protected by an injunction. The interactive process must be carried out for each accommodation request. I am in the process of writing those ADA requests and will be submitting them to Mr. Gregory before the end of the week.

In the meantime, given the ongoing public health alert, we need to take serious steps to address the root conditions, not continue with patchwork efforts that fail to clean the encampment.

**For tomorrow, my questions from my previous email remain urgent and unanswered.** I repeat them clearly here:

1. Will PPE (gloves, boot covers) be provided to camp residents who are expected to handle “contaminated materials”?
2. Will the City commit to a weekly garbage pickup schedule for the encampment?
3. Will the City agree to return a dumpster to the area with a deferred payment plan, as proposed?

<u>Once again, I will be present tomorrow to help identify items for removal.</u> However, the success of this operation depends on clear, respectful communication between HRT and Public Works in the moment—not on retroactive emails about miscommunications. The burden to properly coordinate City staff cannot fall on camp residents.

I expect HRT to directly and clearly communicate the agreed-upon items to the Public Works crew tomorrow. I will not be responsible for communication failures between City departments.

I look forward to your response to my questions outlined above.

Sincerely,

**Yesica Prado**
Berkeley Homeless Union Representative

[Quoted text hidden]

---

**Radu, Peter** <pradu@berkeleyca.gov> Tue, Jan 27, 2026 at 4:44 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua \"Josh\"" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, Anthony Prince <princelawoffices@yahoo.com>

Yesica,

Can we just meet and talk in the field tomorrow, as we did last Wednesday? Going back and forth in email like this is clearly unproductive; we are talking past each other.

I was optimistic about our ability to work together more productively after our lengthy discussion last Wednesday, 1/21. I look forward to hopefully continuing that level of interaction with you tomorrow. I will be ready to talk and address any frustrations or concerns you have in person tomorrow morning. It was very helpful when you agreed to talk without the camera rolling last Wednesday. I would respectfully request you consider doing the same tomorrow. I think we can both be more honest with each other when neither of us is tripping over how every word we utter might be used against us in the future.

Respectfully,

Peter Radu
Assistant to the City Manager - Neighborhood Services
City of Berkeley
2180 Milvia St, 5th Floor | Berkeley, CA 94704
Desk: 510-981-7045 | Cell: 510-853-2368
Email: pradu@berkeleyca.gov

---

**From:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
**Sent:** Tuesday, January 27, 2026 4:37 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Tue, Jan 27, 2026 at 8:25 PM
To: "Radu, Peter" <pradu@berkeleyca.gov>
Cc: Yesica Prado <yesica.prado13@gmail.com>, "Jensen, Christopher" <CJensen@berkeleyca.gov>, "Shapp, Marc" <MShapp@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "White, David" <DWhite@berkeleyca.gov>, "Vance-Dozier, Okeya" <OVance-Dozier@berkeleyca.gov>, "Jacobs, Joshua Josh" <JJacobs@berkeleyca.gov>, "Hurtado, John" <jhurtado@berkeleyca.gov>, Anthony Prince <princelawoffices@yahoo.com>

Peter,

I am willing to meet in person tomorrow to discuss the ongoing cleanup efforts. However, I must be clear: moving our communication off email does not resolve the core issues at hand.

My emails contain specific, documented questions about safety, logistics and public health commitments that require clear answers. These are not matters of "talking past each other," but they are operational and safety concerns that affect the wellbeing of camp residents.

Documentation is not an obstacle to honesty, but rather it is a prerequisite for clarity, accountability and effective solutions. Without a clear record of what is said and agreed upon, we cannot build the mutual understanding needed to solve problems for both the City and residents.

Furthermore, for disability-related reasons, I rely on notes and recordings to process information accurately and participate. This is a reasonable accommodation for ensuring I can engage meaningfully.

If the City is truly concerned about public health and safety, it should be taking clear steps to mitigate risks, such as providing PPE, scheduling regular pickups, and addressing rodent harborage. So far, these requests have been denied or ignored.

I also need to note that after our in-person conversation last Wednesday, the agreed-upon items were still not collected on Saturday. Trust requires follow-through.

Regarding your comment about how words are used: You initiated the pattern of copying attorneys in your emails to me. My past communications have been directed only to the Homeless Response Team. I included my attorney afterward to keep him informed—not to escalate, but to ensure transparency *(I raise this only to correct the record.)*

That said, I am willing to speak with you tomorrow with the following conditions:

1. The purpose of the meeting is to develop clear, actionable answers to the questions I have already submitted in writing.
2. Our conversation will focus on solutions, not on dismissing documented concerns as "unproductive."
3. I will take notes to ensure clarity and follow-up, and I expect written confirmation of any agreements we reach.

You have my word that no words will be used "against" you if you are acting in good faith to protect camp residents and uphold the City's duty of care. I document so that promises made to residents—about their safety, belongings and their health—are kept. If our words align with our actions, then a true record should be a tool for collaboration, not a source of concern.

Until then, my questions remain urgent and unanswered:

1. Will PPE be provided to residents handling "contaminated materials"?
2. Will the City commit to a weekly garbage pickup schedule?
3. Will the City return a dumpster to the area under a deferred payment plan?

I will be at the cleanup tomorrow and we can address these questions directly. I look forward to talking with you.

Thank you,

**Yesica Prado**
Berkeley Homeless Union Representative

# EXHIBIT E

Community Clean ups with advocates








STOP
DEERE





# EXHIBIT F







No visible fire damage to the adjacent property at 1111 8th Street from the August 9, 2026 fire.

# EXHIBIT G


AMERIC
PORTA
• 1-866-332
PORTABLE TOILETS • DE
STORAGE CONTA

# EXHIBIT H

SAN FRANCISCO PUBLIC PRESS

# Berkeley Says It Was Aggressive in Homeless Encampment Sweeps, Promises Reforms

by **Yesica Prado**
August 2, 2023




*Assistant to the Berkeley City Manager Peter Radu, right, takes notes while listening to encampment residents and outreach workers at a community meeting at Eighth and Harrison streets in July.* **Credit: Yesica Prado / San Francisco Public Press**

*After this story was published, we launched a survey via social media to gather community feedback. We are adding the link here to solicit more responses. We invite you to take the survey and tell us what you think:* ***Understanding Homelessness Challenges in Our Communities***.

Berkeley is accelerating plans to more humanely deal with homelessness in the wake of a San Francisco Public Press report on a chaotic encampment raid in October, and city staffers say they will start collaborating with unhoused people and homeless advocates when planning to clean or clear large encampments.

Several city departments are changing procedures in response to complaints from those living in encampments and their advocates, and from residential and commercial neighbors.

Here are some key changes:

- Berkeley will increase trash pickups to several times a week and do more frequent street cleaning to improve overall sanitation and living conditions.
- The city auditor is reviewing the effectiveness of the city's homelessness services.
- The police department is reducing its involvement at encampment abatement operations.
- The fire department is providing unhoused people with basic fire safety guidelines.
- The city manager's Homeless Response Team has taken steps to improve communication with residents at the largest encampments in West Berkeley through community meetings and new "Good Neighbor Guidelines" that explain what conditions would trigger a city intervention.
- The city has also applied to the state for an **Encampment Resolution Funding Grant Award** to lease a motel that it would use to provide temporary shelter.

In my capacity as a professional journalist, I reported for the Public Press on the **aggressive October encampment cleaning** that upended the lives of more than 50 people living near Eighth and Harrison streets and brought the city's response to homelessness under scrutiny.

I was able to document and photograph the 12-hour encounter because it affected me, too. I am part of a community of people living in tents and vehicles who have been displaced from other encampments around the city, including the **Berkeley Marina**, **the Gilman Underpass**, **Seabreeze**, **Ashby Shellmound**, **People's Park**, **the Grayson Street Shelter**, **Here/There Camp**, **Shattuck Avenue** and the **Second Street** camps.

In the wake of photographic evidence from the October encampment cleaning, which exposed the city's poor communication, lack of transparency, and failure to provide adequate shelter and support to unhoused people, city departments are under review.

Berkeley Senior Auditor Caitlin Palmer wrote in an email that, "We plan to work on the audit in the fall and hope to issue it sometime next year."

The Berkeley city manager in July concluded an investigation of Berkeley police officers involved in the October encampment sweep who sent **text messages** that the Berkeley Police Accountability Board said showed "**anti-homeless and racist remarks**." The city manager's office, which hired an independent company to conduct the investigation, issued a report that the investigation found no wrongdoing. But the office has indicated that it will not release further details from the investigation, which it deems confidential.

## Aiming for Clearer Communication

Peter Radu, assistant to the city manager, said the city acknowledged that it had mishandled encampment cleanings and used "overhanded" measures that included the destruction of personal property and giving vague, sometimes conflicting instructions to encampment residents. He acknowledged his own role in those events and said that he and the city wanted to work with unhoused people and homeless advocates to rectify the situation.

"I am genuinely sorry," Radu said to community members gathered at Eighth and Harrison streets. "We're trying to start something new, and work more with you as opposed to against you moving forward."

On July 10, dozens of people gathered under and around a gray shade structure at Eighth and Harrison streets. Radu addressed the crowd of outreach workers and encampment residents to tell them that the City Council would soon approve a new shelter, referring to the planned motel conversion. He did not say whether the city would close the encampment, noting that Berkeley has more unhoused people than available shelter spaces, but said that residents in the area would be prioritized. The city has not announced a date for when it plans to begin operating the motel as a shelter.

"Call it a 'closure' or call it something else," Radu wrote in an email asking for clarification about future plans for the encampment. "We do have (1) an opportunity to move people inside with a new resource, and (2) we do have infrastructure repair and construction needs in the area. People cannot live in construction zones."

Radu's efforts to establish trust have been met with mixed reactions from people living in the camp and their advocates. While some said they appreciated this newfound willingness to cooperate, others remained skeptical.

"You had consequences from your actions and now you are here," said Chloe Madison, a camp resident on Eighth Street. "I've seen this side of you before, and I've also seen the guy who steals people's homes."

Many unhoused people say they continue to feel harassed no matter how much they do to avoid residential neighborhoods, because Berkeley staffers have shuffled them around the city with repeated encampment cleanups and closures.

"Just in the past few months, like Seabreeze. I've had like 10 camps in the last couple of years," said Ron, a resident from the Second Street encampment. "You have herded us here."




*Yesica Prado / San Francisco Public Press*

*Okeya Vance, Homeless Response Team supervisor, prepares a public notice for property retrieval that she will leave for Indo, who was away from his makeshift home when city workers arrived. Peter Radu, assistant to the Berkeley city manager, digs through a pile of clothes and puts them in plastic bags that the city will store for Indo to retrieve.* ***Credit: Yesica Prado / San Francisco Public Press***

To address such grievances, Radu began working with two of the largest encampments in Berkeley, located near the intersections of Second and Page streets and Eighth and Harrison streets. He said the city and residents needed to find middle ground and take a collaborative approach to addressing the sanitation issues on the streets.

"There's a competing need for space," Radu said at an Eighth and Harrison streets community meeting. "So, we're just trying to find a solution that keeps everybody safe and that allows the community to kind of have a shared use of this public space."

In April, Radu held the first of three community meetings and presented a report to people living at the Second Street encampment, and said that if residents addressed safety concerns voluntarily, the city would not enter anyone's vehicles or tents. He said that because of fire risk, residents would not be allowed to live in other kinds of makeshift structures.

Residents who attended the meeting said they were willing to work with the city, but many also shared their experiences of repeated property loss due to previous sweeps. Ron, who gave only his first name, recounted how he lost his belongings when he arrived late during the last cleaning at Second and Page streets. He said he jumped on the back of the garbage truck to salvage his personal belongings. He was able to save a few items.

"I was five minutes late, five minutes late, and I lost everything," Ron said at the community meeting. "I had things that I carried from town to town. I had things in there for years."



← 5 of 10 →

Alice Barbee, who lives in the unhoused community at Eighth and Harrison streets, said the city previously gave instructions, which residents followed, and then discarded their possessions anyway.

“You say to get it all across the street if you want to keep it safe,” Barbee said. “But you come and you take that stuff, too. All of it and then call it trash?”

In May, residents of both communities asked for reassurance that no one would enter their households and throw away their possessions.

“We have not been as transparent and communicative as you guys would have liked and as we could have been,” Radu said to a gathering of Second Street residents. “I just want to acknowledge there were clearly misunderstandings and miscommunications on our account.”

In May, Radu tried collaborative cleaning at both encampments, asking residents to voluntarily address safety concerns highlighted in his reports. He deemed those events a success.

“We schedule a deep cleaning together and, voluntarily, give us what you don’t want,” Radu said to Eighth and Harrison residents, noting that the city staff had hauled away 11 tons of debris the previous week from the community living near Second and Page streets. “It was all voluntary. None of it was forcefully taken from anybody. We didn’t enter any tents.”




*Yesica Prado / San Francisco Public Press*

*Peter Radu, assistant to the Berkeley city manager, speaks with a Second Street resident about demolishing the makeshift structure where she was living because it was deemed a fire hazard. Berkeley Fire Marshal Dori Teau says wood structures have higher heat output and longer burn time, raising the risk that they could cause fire to spread. In contrast, tents burn faster, reducing the risk of prolonged fires.* ***Credit: Yesica Prado / San Francisco Public Press***

But the city does not have a policy for preserving the belongings of someone who is not on site when it conducts a cleaning operation. This means that residents living in tents or makeshift shelters risk losing their possessions when they leave their homes.

The city has also made agreements with surrounding businesses to keep people from camping on their sidewalks. Public notices are issued to residents camping outside of designated zones along Seventh and Eighth streets citing the city's sidewalk ordinance and prohibition of bulky items in commercial corridors. The notices direct people to a shelter that closed in December and is no longer in operation.





## Sharing Public Space

In an effort to get everyone on the same page, Radu asked a few homeless advocates to give him feedback on a draft of unofficial guidelines to maintain general cleanliness in the neighborhood and improve interactions with the surrounding business community.

Radu said he hopes the "Good Neighbor Guidelines" will help establish a better working relationship between encampment residents and the city staff. He is seeking additional community input on the draft.

CITY OF BERKELEY

Good Neighbor Guidelines - Harrison and 8th Street

In order to create a safe, clean environment for everyone in this encampment community, please try to follow these guidelines:

1. **Please throw away your trash and old food.** The City can provide you with rolls of trash bags to help stash your trash. In addition, the City currently provides a dumpster at the corner of 8th and Harrison, and usually sends Public Works crews through the area every Thursday afternoon. To prevent rats, please try to keep good food in closed containers. These are all free ways to keep your area and the community a little cleaner.

2. **Please keep your belongings out of the road.** The closer you and your things are to moving traffic, the greater a chance there can be for accidents and injuries. To prevent this, please keep everything off the road, including parking spaces. If you need storage, please call Okeya Vance-Dozier at 510-529-5376 to discuss what options the City may be able to provide you.

3. **Please do not build any structures out of wood, metal, or other materials that can create a fire hazard or injury risk.** If you need new tents or sheltering materials, the City and other nonprofit organizations may be able to provide those to you. Please contact Okeya Vance-Dozier at 510-529-5376 for more information.

4. **Please try to stay on one side of the street.** Our sidewalks are for everyone, and there are many families who live in the University Village nearby and people who work at businesses nearby. Blocking sidewalks on both sides of the street prevents people from safely walking to catch the bus or get to work, so please try to keep one of the two sidewalks on every street clear for everyone's use.

5. **Please be fire safe.** Warming or cooking fires on the sidewalk are not permitted in Berkeley, and can be very unsafe. But if you need to use fire, please keep combustible materials (like wood, fuel, paper, etc) at lease three feet away from the fire.

Sticking to these rules will help avoid the need for City interventions, such as encampment deep cleanings or closures. An ongoing lack of respect for these rules may result in an advanced Public Notice and possibly a City intervention.

*IF YOU ARE HAVING A MENTAL HEALTH CRISIS: Call (510) 981-5900, or 911 if it is a life-threatening emergency. For the Alameda County Suicide and Crisis Lifeline, please call 988 or (800) 309-2131. To leave a direct message for the Berkeley Mobile Crisis Team, call (510) 981-5254*

*Berkeley City Manager's Office*

*Draft No. 4 of Berkeley's "Good Neighbor Guidelines" as of July 18, 2023.* ***Credit: Berkeley City Manager's Office***

But the new procedures are challenging for a few residents who sleep on the open sidewalk and struggle with mental health issues. They are in survival mode and have trouble following rules about storing their belongings and discarding food scraps to avoid attracting vermin. And so, they are constantly at risk of having their possessions thrown away during weekly street cleanings.

"The Guidelines are rules the City wants people to follow. The guidelines say 'Please,' but behind that 'please' is the threat that if they are not followed, eviction, arrest, or a citation will result," wrote Osha Neumann, a Berkeley civil rights attorney, in an email seeking his comment on the guidelines. "The City needs to realize that a great number of the people out there have significant disabilities, mental and physical, which make following rules difficult."

The Public Press asked for reactions to the guidelines from Berkeley Mayor Jesse Arreguín and all of the City Council members, about half of whom replied by email. Councilmembers Sophie Hahn, Ben Barlett, Rigel Robinson, and Mark Humbert declined to comment on the city's response to homelessness despite multiple requests.

"These are temporary, common sense guidelines specifically for this neighborhood during the transition to the Super 8 motel," Elgstrand wrote on behalf of the mayor. "These guidelines will help ensure the safety and security of encampment residents and neighbors."

Councilwoman Susan Wengraf wrote that she agrees with what Berkeley city staff is doing and that "Berkeley is moving in the right direction."

Councilwoman Kate Harrison wrote that "it is critically important that while the City makes these requests of unhoused and housed people in our community, it simultaneously provides the necessary facilities and services that allow people to follow them."

Councilman Terry Taplin has already promulgated **a version of these unofficial rules** on his website as his district also grapples with homelessness. "The Good Neighbor policy both increases transparency around what triggers a city intervention and provides recommendations to better manage the public right of way better and improve traffic and fire safety," he wrote, adding that the city could take further steps to improve encampment sanitation.

"Conditions can be improved by waste pump-out services," he wrote, also noting that the city's Homelessness Services Panel of Experts has also recommended expediting the search for a new parking lot for the safe parking program. But no money was earmarked for it on this budget cycle, according to Radu.

Harrison and Taplin agree that the city needs to implement other changes, such as providing more permanent supportive housing and transitional housing programs citywide, in addition to resolving sanitation issues.

The state grant would allow the city to lease the motel for two years, and the city hopes funds from Berkeley's Measure P, which passed in 2019, would pay for three additional years.

"We are working with the County and our nonprofit service providers in finding solutions that enable us to provide access to shelter and services beyond the Super 8 motel," Elgstrand wrote. "Even if this one location reaches full occupancy, we will continue to do everything we can to target resources to the residents of this encampment."

## Looking for Representatives to Show Up

Despite recent developments, some encampment residents said they felt frustrated and abandoned by Berkeley city officials. They wondered why City Council members and the mayor attended a recent **Gilman District Business Summit** to talk with business owners but had not attended any of the encampment community meetings.



Rashi Kesarwani
@RashiKesarwani

Thank you to the business community for holding this important meeting on the unacceptable conditions in the Gilman District.

Everyone deserves a safe work environment.

I thank the City Manager for her pledged commitment to focus City resources here.

More to come!

The Berkeley Scanner @BerkeleyScanner · May 12
The West Berkeley business community turned out in force this week to beg city leaders to do something — anything — about neighborhood blight and rising crime related to area homeless encampments.
berkeleyscanner.com/2023/05/13/cri...

5:36 PM · May 12, 2023 · **4,116** Views

***Post by Rashi Kesarwani on X (formerly known as Twitter).***

*A social media post by Councilwoman Rashi Kesarwani about a meeting hosted for city staff and business owners in her district.* ***Credit:*** ***Post by Rashi Kesarwani on X (formerly known as Twitter).***

Support our local in-depth reporting and investigations. DONATE NOW!

"As long as you ostracize people, and their issues are not as important as others, then anger and resentment starts to come in," Merced Dominguez said at an Eighth and Harrison community meeting, adding that she wanted to see the Gilman District's Councilwoman Rashi Kesarwani attend a future meeting. "We just want to have a dialogue with her to work something out. This is what she was voted in to do."

Kesarwani replied to a request for comment with a general statement but did not directly answer questions about recent policy changes and how Berkeley staff is responding to homelessness in her district despite multiple requests.

Madison, another encampment resident, expressed her frustrations over email, writing that she hadn't heard about the business summit and questioned the timing of that meeting, which **portrayed unhoused people disparagingly**, blaming them for criminal behavior and causing others in the neighborhood to feel fearful.

"For you to attempt to approach us in good faith only days later is super skeevy," she wrote to Radu. "Super cool how we're all lumped into being scary crime doers when all I do all day is attempt to further my career in a way that works with my mental and physical health." She added that "excluding us from that meeting allows those narratives to perpetuate."

Radu responded to Madison that he had recommended including encampment members and community advocates at the meeting with business owners, but that the decision was not up to him.

"You'll understand that I don't get to make all those decisions, but since then I HAVE recommended to the business leaders that they reach out to you and try to have conversations," he wrote, adding that "I agree completely with you that the format of the business meeting was not conducive to such trust."



*Yesica Prado / San Francisco Public Press*

*A Berkeley Public Works employee retrieves a bike frame from the backhoe scooper and returns it to L.A., a Second Street resident, who reaches out to accept the frame. Since L.A. was not present when the area was being cleaned, some items outside his tent were discarded. L.A. inspected the scooper and saved a few more items.* ***Credit: Yesica Prado / San Francisco Public Press***

Some encampment residents are accepting, cautiously, what appear to be goodwill gestures.

“For a long time, I think it was a big battle. You guys don’t want to talk to us or work with us,” said Sarah Teague, a Second Street encampment resident, at one of the recent meetings.

“But you guys are making the initiative to come down here and talk to us personally. That’s a huge breakthrough,” she said. “I think it’s a big giant leap of faith for everybody.”

---

*Full disclosure: Radu asked for Yesica Prado’s feedback on the Good Neighbor Guidelines and accepted a few suggestions to clarify wording but did not incorporate her other recommendations.*

# EXHIBIT I












9CPC598
9CJE419

# EXHIBIT J


SSSCASHSSS
4
DEXCOM
OMNIPOD
LIBRE & MORE
916-292-4826


STOP

No Tesla Vehicles along 8th Street near the tent encampments.



Security guard from the company SECURITAS doing its rounds at night at the Tesla Repair Shop



# EXHIBIT K

SAN FRANCISCO PUBLIC PRESS

# Grassroots Nonprofits and Homeless Communities Create Their Own Fire Prevention Solutions

by **Yesica Prado** and **Jenny Kwon**
March 17, 2022




*Derrick Soo uses a water fire extinguisher to put out all the fires in the Rangers' camp. He is able to refill the extinguishers with water from a nearby fire hydrant, and adds dish soap to improve the extinguisher's effectiveness.* ***Credit: Yesica Prado / San Francisco Public Press***

Tucked away on a dead-end street a few blocks from Ring Central Coliseum in East Oakland sits a curbside community whose residents call themselves the 77th Avenue Rangers. The cul-de-sac is home to 14 temporary dwellings, from trailers to tents and makeshift structures, providing shelter to about 20 people.

As encampment fires spiked in Oakland and **San Francisco** during the first year of the pandemic, they fell by half in the Rangers community to just six. One reason for the disparity? The Rangers beefed up fire precautions. The community's last tent fire occurred 18 months ago, and when a vehicle caught fire in December 2021, residents were prepared. They used fire extinguishers to put out the blaze.

A mother of three who was caught under a freeway overpass in San Francisco's Glen Park neighborhood didn't have the good fortune to live in a community with the Rangers' tools and preparation. A February fire killed her and severely injured three others.

Encampment fires are a fact of life due to the exposed conditions unhoused residents live in, and have led to painful consequences for residents of encampments like the pair of sites along a freeway exit in Berkeley known as Seabreeze, who were removed by state officials last summer after a series of fires. But the Rangers' camp demonstrates that there's hope for controlling these incidents without official intervention. The key to their success has been fire preparedness, including measures like installing smoke alarms and keeping fire extinguishers on hand, according to Derrick Soo, leader of the Rangers community.

"Fire safety measures are a necessity, including at encampments, because every human life is valuable," said Paul-Kealoha Blake, a member of Berkeley's Homeless Commission and a volunteer with the nonprofit Consider the Homeless! "Encampment fires are an issue because they endanger both the resident of the structure that's on fire and endangers the encampment."



← 1 of 7 →

About a year ago, former Berkeley councilmember Cheryl Davila pushed to create an official program to address encampment fires. **Davila proposed** using existing homeless services funding to distribute fire extinguishers and fire prevention tools through social service providers. The City Council tabled the proposal in March 2021.

Fire preparedness is essential "to protect the safety of our people and preemptively stop the spread of preventable fires," said Davila in a report to the council last year.

As an example of work the city could build on, she pointed to outreach done by residents and homeless advocacy nonprofits that have distributed chemical fire extinguishers to people living in tents and vehicles.

Those tools might have helped residents of a large Wood Street encampment in Oakland, where multiple vehicles caught fire on March 1, including an RV. Within a week, another encampment less than a mile away also went up in flames. Fires increased 14% in Oakland during the first year of the pandemic to 611 from the previous year's 535, tent encampment fires are projected to decline slightly in the second year.

## Survival-Related Fires Decreased in Berkeley During the COVID-19 Pandemic




*Survival-related fires are defined as fires started for warmth, cooking or other daily activities. These numbers are likely underestimates due to the brief descriptions in the narrative section of fire reports used to determine whether they were "survival-related." Fires in 2019 and 2020 were each counted for the 12 months starting March 1 of that year.*

**Fires for the following year were tallied from March 1 to Dec. 22, 2021, the latest data available, which include projections for the following months.*

During the first year of the pandemic, fire incidents associated with homeless encampments in Berkeley rose at a similar rate, climbing 18% to 133 from 113 the previous year. About a third of those fires were at the Seabreeze Camp on the Interstate 80 University Avenue exit, where passersby reported smoke, cooking, trash fires and tent fires.

Residents at the Seabreeze camp used extinguishers to control some of their fires, but each time one was used, it had to be replaced or refilled, which made it difficult for volunteers to abate all fires without support from the city.

In this camp and many other locations, residents approach fires differently than the Rangers.

# On the edge of the freeway

On a cold, windy evening at Seabreeze Camp, Mama West looked for spare poles to fix her sleeping quarters and prevent her tent from blowing away.

For the past six years, Mama West lived on this strip of land along the University Avenue freeway exit in Berkeley. Residents and advocates named the community after a nearby market. Seabreeze is also an apt descriptor: The winds can reach 30 miles per hour here near the Berkeley Marina, and fire is a necessity to maintain warmth.

As the sun set, her partner, Drew, got ready to start a blaze in their fire pit, a metal tub wide and high enough to shield a sizable bonfire. He found fuel from a neighbor, Shawna, who keeps stacks of chopped-up pallets in front of her tent.

In early July 2021, the Seabreeze Camp was scheduled to be dismantled by Caltrans due to the growing issues with trash and fires. Berkeley city staff also cited problems like crime and domestic disputes.

On Aug. 9, Gov. Gavin Newsom joined the transportation agency staff in clearing part of the encampment before holding a briefing on his California Comeback Plan, which dedicates $12 billion to housing, shelter and services for people experiencing homelessness, plus $50 million for local governments to resolve encampments.

**After the cleanup** at the "downstairs" section of Seabreeze where people camped under the freeway, "11 residents accepted services," said Will Arnold, a spokesman for Caltrans. Several others were displaced onto city streets without securing housing services.

Date

3/2/2019 — 12/22/2021

Berkeley and Oakland Encampment Fires Before and During the COVID-19 Pandemic




Incident data is from the Berkeley and Oakland Fire Departments. Fires included in this map were encampment fires where alternative dwellings caught fire and/or open fires were being used for daily activities or found unattended nearby encampments. Incidents excluded are fire reports where no fire was located on site.

A week later, when the Seabreeze "upstairs" cleanup took place, another 17 residents who lived on the islands along the University exit and Frontage Road had nowhere to go. They relocated to city sidewalks and a nearby freeway exit. About two dozen, including Mama West, moved into hotel rooms through Project Roomkey, which places unhoused residents in hotels. Two people accepted a four-person tent at the 24-hour Horizon Transitional Village shelter, according to a **Berkeleyside report** and a reporter's visit to the indoor tent site.

Those who declined shelter beds pointed to bans on guests, pets, cooking and substance use. In addition, they said, showers are available only twice a week and lights stay on all the time. "Several people have turned down Horizon because their outside tents are bigger than the indoor tent that sits on the concrete floor inside," wrote activist and civil rights attorney Andrea Henson in an email. "For some with severe disabilities and chronic pain this makes a difference."

A civil rights lawsuit filed against Caltrans in August on behalf of Seabreeze encampment charged that some "did not receive any offer of housing at all" and others "had disabilities that prevented them from accessing alternative shelter." The plaintiffs won a preliminary injunction allowing them to remain at the former Shellmound camp, located at the Ashby freeway exit, for six months. Caltrans has appealed. On March 23, the injunction is set to expire, and another hearing is scheduled to determine a four-month extension. Plaintiffs also ask to return to the Seabreeze camp, saying it's a safer and more accessible location to connect remaining residents to housing services.

## Mitigating fire risk

After gathering fuel, Drew loaded the fire pit with wood scraps and a Burger King bag filled with cardboard clamshell containers and paper wrappers. His torch lighter ignited the flames, and he placed a metal rack with an empty skillet on top. But he forgot the water he intended to boil, and stepped into the darkness of the tent, searching for a water jug.

"Do not leave your skillet unattended without water!" yelled Mama West when she spotted the pan. She threw it in the sand and covered the fire pit with the skeleton of a metal chair, protecting other items from coming close to the open flames.

In 2021, Mama West's tent has caught fire three times as winds spread the flames from fires set by neighbors for cooking and warmth. Once, a small barbecue grill was knocked from the cooking table.

About a month before this dinner, Mama West lost one of her puppies in a tent fire that began while she stepped outside to make a cup of tea in her fire pit. Suddenly, smoke poured from her tent, and she dashed inside to rescue her six puppies and adult dog. She doesn't know what set the tent ablaze.

The greatest loss for her was not her personal identification documents and other belongings, but her dog Patches and the puppies she considered "grandbabies." Berkeley's Animal Control put her dogs up for adoption and charged Mama West with animal endangerment in the death of her puppy. She fought to get the charge dropped, but her animals were not returned.

Seabreeze Camp residents successfully fought for years against Caltrans efforts to clear the parcel where they lived, but their eventual displacement felt inevitable. The agency's policy calls for evicting residents

immediately when encampments pose an **imminent threat to safety** or relocating them over a longer timeline when the risk is high but not critical.

"Immediate threats include modifications to structures that increase the risk of collapse, encampments that physically block traffic or pathways and put people in the encampments or the traveling public at risk of imminent danger," Hector Chichilla, a Caltrans spokesman, wrote in an email, adding that fire risk may also fall under this category.

The pandemic put a crimp in the encampment removal policy. Cleanups fell to less than a quarter of their pre-pandemic numbers in 2020 before rebounding in 2021.

## Caltrans Encampment Sweeps from 2019 to 2021*

| | Number of Caltrans encampment sweeps | Projections |
|---|---|---|
| 2019 | 723 | |
| 2020 | 169 | |
| 2021 | 106 | 182 |

**Including latest data from January 2019 up to July 2021*

Chart: Jenny Kwon • Source: California Department of Transportation • Embed • Created with Datawrapper

In Berkeley, the most common fire calls associated with unhoused individuals and encampments are survival-related fires — those used for cooking and warming — the notes in Berkeley Fire Department reports show. Warming fires almost doubled to 35 during the first year of the pandemic, while cooking fires fell by about half to 33. Advocates and homeless communities concerned about fires say the city could do more to help them, especially given its efforts elsewhere.

The Berkeley Fire Department has often made donations of surplus equipment and vehicles to residents in need in countries as far afield as Argentina and South Africa. They have also donated locally, helping the Berkeley School District, Berkeley Boosters Association and the Northern California city of McCloud.

Berkeley does run an emergency weather shelter, but by December 2021, it was at capacity, hosting only 19 residents due to COVID-19 restrictions. In late January, the city also relocated 27 unhoused people to hotel rooms at the Berkeley Inn through a special winter housing program, but less than a month later, almost all

were returned to the streets, where temperatures dropped below 40 degrees. Many lacked tents, as their property was seized during sweeps Jan. 26 and Feb. 1.

"We don't have enough shelter space," said Blake of the homeless commission. "It's all full. And the Horizon shelter has no heat."

## Dinner al fresco

As the moon lit up the night sky above their tent, Drew returned with a clear jug and put the skillet back on the fire rack, boiling water for soup with instant noodles. Mama West heated a foil plate of prepared rice, broccoli and teriyaki chicken from a homeless-services nonprofit.

While the food warmed up, Mama West stashed her groceries from weekly donations in the mended tent to keep them safe from rats. Plastic bags and bins filled half the tent, leaving the edge of the mattress open for the two to sit. After she and Drew reorganized the food bins, Mama West put her prized keyboard back inside. She loves making music.

With the food secured, dinner was ready. They sat on the mattress and laid out dishes to share on top of their metal ice chest. Mama West dug into the chicken teriyaki plate with her fingers and Drew slurped his chicken noodles, watching the fire crackle.

## Fire prevention: community solutions

In deep East Oakland, leader Derick Soo set up a fire safety system for the 77th Avenue Rangers and advocated for temporary access to a **nearby fire hydrant**. Kyle Mitchell, a lawyer and Soo's friend, helped out.

Mitchell has purchased fire suppression tools for the Rangers like **extinguishers**, alarms, Thermoses and power banks. The power banks allow people to charge devices and provide light, so residents can avoid the danger of open flames or wildcat hookups to electricity poles. He also distributed 20-gallon jugs of water to unhoused residents throughout Oakland, and advocated for water access at encampments to become **an official city program.**

For fire suppression, smoke detectors are effective, and with 10-year batteries, will last a long time. Because fire extinguishers are expensive to buy and refill, Mitchell taught unhoused residents how to cheaply refill them with pressurized water and soap. They can be refilled at gas stations or with a bicycle pump, but they are heavy – and this soap-and-water mixture won't work on electrical or gas fires, although those incidents rarely occur at encampments due to their lack of amenities.

**Support our local in-depth reporting and investigations.** **DONATE NOW!**

Soo uses a power solar grid that holds 4,000 watts with eight batteries, and a diesel generator for extra power to charge residents' devices and two community refrigerators at night. Diesel is much less flammable than gasoline.

For heat, camp residents use gadgets fueled by propane because the power required to generate heat is more than any power bank or individual solar grid can provide. Propane is portable, abundant and long-lasting compared to other alternatives.

Fire prevention tools are distributed to Oakland residents living in homes and apartments, but on the streets, unhoused residents are responsible for devising their own solutions. Nonprofits and volunteers like Mitchell work to bridge that gap and distribute these much-needed essentials.

These tools can make a difference, especially when it's cold. During the pandemic, fire incidents surged in winter, when temperatures dropped. Oakland averaged about 70 fires per month from November 2020 to March 2021, compared with 58 a year earlier. In 2021, fires continued to climb, spiking to 99 in March — the highest monthly incident rate in the last three years.

The numbers are likely an underestimate, as Oakland Fire Department reports showed only encampment fires, not trash fires, vehicle fires, or other types of fires connected to unhoused residents.

## Encampment Fires in Oakland

Tent Encampment fire incidents as determined by the Oakland Fire Department, which includes a tent(s) burning down and/or open fires found near or at encampments.




*In March 2020, six Bay Area cities, including Oakland and Berkeley, issued a shelter-in-place order. On June 15, 2021, California cities re-opened for business.*

*The light blue section beginning March 2020 to February 28, 2021 highlights the fires that occurred during the first year of the COVID-19 pandemic.*

Chart: Jenny Kwon and Yesica Prado • Source: Oakland Fire Department • Embed • Created with Datawrapper

Camp residents have identified several affordable tools and other alternatives for safe heating, like a portable propane heater that turns off when tipped over, or **a diesel air heater**. Soo heats his home with a turkey air fryer running on a small propane tank that can last him a month, but it costs him **a whopping 60%** more than a year ago.

Soo used to pay $15 for a 20-pound refill. Now he pays $24. The coronavirus pandemic increased demand for outdoor activities and recreational camping, and portable propane tanks were also often out of stock. Other options when propane is not available and money is tight are bottles filled with hot water or heated stones, according to Mitchell.

Soo has experimented with fire retardant paint on fabric and plywood surfaces. But even with these modifications, tents are not very resistant to any of the elements.

“Typically, here on this street, tents last about two months because of the wind,” said Soo. “Wind just tears them up. Tents don’t hold very well even when you put tarps on them.”

Because of tents’ minimal weather protection and lack of security, Soo is designing Conestoga huts for the Rangers. These tiny homes, which look like the back of a covered wagon, will be built on a platform and have electricity, hot water, windows, showers and a mini kitchen. Each home has a water tank and infrared water heater. The rounded roof/wall uses plastic for waterproofing and tar paper for fire resistance under a heavy-duty tarp.

While these homes can be a solution to providing safe shelter, they are still temporary. Since 2016, Soo has been advocating for the sanctioning of his camp, and he also helps camp residents get connected to housing services. By March, the occupancy of the camp had dwindled down to half, and the city canceled their mobile shower service. But this has not defeated him, and Soo built a solar shower.

“Camps are a necessity because some folks have only known violent streets,” said Soo. “People don’t know a village community.”

Keep up to date — get the latest news in your inbox weekly!

Email Address

SIGN UP

## San Francisco Public Press Comment Policy

We curate comments as part of a commitment to productive, respectful discussion. Approval may take 48 hours.

Got it

**1 Comment**

1 Login ▾

G

Join the discussion...

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Share

Best Newest Oldest

JS

**Jay Sooter**

4 years ago

I'm part of a new fire group in the small unincorporated town of Garberville. We have several homeless encampments and numerous fires in the camps. There is currently a discussion about saturating the camps with fire extinguishers. Some members of our group feel this is an idea with merits but doubt that the units—which are expensive—may not be as effective as fire blankets which, unlike extinguishers,need practically no training to use, require no maintenance and do not make a chemical mess when used. Also, fire blankets are unlikely to be sold.

0 0 Reply Share ›

Subscribe Privacy Do Not Sell My Data

© 2026 San Francisco Public Press

Powered by Newspack