UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br>Plaintiffs,<br>v.<br>CITY OF BERKELEY, et al.,<br>Defendants. | Case No.25-cv-01414-EMC<br><br>**JUDGMENT** |

On August 20, 2026, the Court granted defendant's motion for entry of judgment under Rule 54(b). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 27, 2026

EDWARD M. CHEN
United States District Judge