Farimah Faiz Brown, City Attorney (State Bar No. 201227)
Katrina Eiland, Assistant City Attorney (State Bar No. 275701)
Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
Nubyaan Scott, Deputy City Attorney (State Bar No. 331584)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960
Email: LMattes@berkeleyca.gov
KEiland@berkeleyca.gov

Attorneys for Defendant
CITY OF BERKELEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE, RASHI KESERWANI, DOES 1-10,<br><br>Defendant. | Case No. 3:25-CV-01414-EMC<br><br>**DECLARATION OF OKEYA VANCE-DOZIER IN SUPPORT OF DEFENDANT CITY OF BERKELEY'S STATUS REPORT** |

I, Okeya Vance-Dozier, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am a City of Berkeley ("City") Community Services Specialist III working under the supervision of Peter Radu, the Assistant to the City Manager. I am directly involved with the City's Homeless Response Team ("HRT"). The HRT is a multi-departmental group of City staff working together to address the needs of the unhoused population in Berkeley. My duties include

direct outreach to unhoused individuals, participating in weekly case management meetings with service providers, and coordinating the activities of other HRT members.

3. I have been in my current role for over four years and have been involved with supporting the City's services at the Harrison Corridor encampment. In this capacity I have visited or driven past the Harrison Corridor encampment on hundreds of occasions. When I am not personally in the Harrison Corridor, staff who report to me send me daily updates on their outreach in the area. This declaration is based on personal knowledge as well as discussions and records from other HRT staff.

4. On August 25, 2026 my team and I visited the Harrison Corridor to post new notices about the upcoming abatement and the items, services, and accommodations the City is offering to encampment residents. A true and correct copy of this notice is attached as Exhibit A. We posted 50 copies of the notice on tents, vehicles, and structures like fences in the area. The notice provides that all property must be cleared from the streets and sidewalks by September 8. It also notes that the City will store property that is not plausibly contaminated (i.e. presented to staff in sealed City-provided bins, or is otherwise non-porous, clean and dry) for 90 days. It also explained that the City will replace survival gear that may be discarded during the abatement, by providing tents, sleeping bags, clothing, or vouchers redeemable for these items. The notice also explained how accommodation requests can be made, and that the City will provide the following accommodations for individuals with disabilities, at their request:

- Limited packing assistance, for any items that the City determines are safe to be handled by staff
- Storage of bins and any other items City determines are safe to be handled by staff
- Relocation assistance, for any items that the City determines are safe to be handled by staff
- Accommodation to the "9-square-foot" rule, provided your new campsite does not obstruct pedestrian passage, property access, emergency access, or present a concrete public health or safety hazard. Please request this by September 1, so the City has time to review your request.
- A tent size larger than a 2-person tent

5. While I was in the area, I saw the person who I recognized as BHU's attorney, Mr. Prince, with a stack of yellow BHU t-shirts. I heard people saying they were holding a press conference, and I saw people placing orange cones across 8th Street by Alliance Graphics, as well as at the intersection of 8th and Harrison. The cones were completely blocking traffic, including vehicles trying to leave from University Village and postal trucks leaving the USPS facility. Below is a true and correct screenshot from a video I took of a person I recognized as BHU representative Yesica Prado, placing cones across the street near Alliance Graphics. I did not witness BHU conducting any kind of outreach to encampment members to inform them about the upcoming abatement or connect them to City services or accommodations.




6. Members of my team and I identified ourselves as City of Berkeley employees to Mr. Prince. I asked him, "aren't you Anthony Prince?" and he said "Yes." He asked me to identify myself, and I gave him my name. He asked for a copy of the notice we were posting and I told him we needed to distribute all of them to members in the encampment. I later saw him holding a notice; we did not give him a notice so he must have removed it from somewhere it was posted.

7. Aaron Gasper, a Police Department patrol officer, was present in the area. I confirmed with him that a permit is required to place cones and that there was no permit to place cones in this

area. Mr. Gasper gave me gloves and said I could remove the cones to prevent the traffic blockage. I did so, waved vehicles down the street, and told people in the area that they cannot block the flow of traffic. People continued to place the cones back in the street after I had removed them.

8. When I told Mr. Prince that he can't block traffic, he asked me "do you have the right to violate a court order? I don't think so." He continued to follow me as I walked down the street to address the blocked roadway at 8th and Harrison. Below is a true and correct screenshot from a video taken of Mr. Prince following me down the street and telling me I was violating a court order. No one from the City Attorney's Office was present while we were in the area. I was amazed by how unprofessional he was, especially as an attorney.




9. Once I reached the 8th and Harrison intersection, Mr. Prince stood in the middle of the street where cars needed to pass. When I told him to move because he was blocking traffic, he told me "I'm standing in front of the car so I can talk to you. If you move, I'll move. Move a little bit more so I can talk to you." Below is a true and correct screenshot of a video taken of Mr. Prince saying these things to me.




10. My team and I have been preparing for the abatement by purchasing tents, sleeping bags, and clothing; updating our database with any new requests from residents in the encampment; coordinating with other City departments so that the day of abatement will go smoothly; and participating in the in-person meeting with BHU to survey their proposed relocation sites.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 27, 2026, in Berkeley, California.

Signed by:
Okeya Vance-Dozier
93C112F758224D6...

OKEYA VANCE-DOZIER

# EXHIBIT

# A

City Manager's Office

# PUBLIC NOTICE

Date Posted: August 25, 2026

To: Persons encamped and/or parked in the geographic area of Berkeley bounded by San Pablo Avenue to the East, the Railroad tracks to the West, Codornices Creek to the North, and Gilman St to the South ("Harrison Corridor")

From: City of Berkeley

Subject: **Notice of Encampment Closure**

Please be advised that this location is within a no-lodging area and Temporary Non-Commercial Item (TNC) Prohibited Area. You are not permitted to lodge here or store personal property here, pursuant to California Penal Code Section 647(e) and City of Berkeley Administrative Regulation 10.2. The Berkeley Fire Marshal has declared this area a fire hazard and public nuisance, as described in the July 27, 2026 Notice of Fire Hazard and Order to Vacate, Correct, and Demolish. Additionally, the City of Berkeley's Public Health Officer has advised that rodent abatement is necessary to prevent further spread of Leptospirosis which is present in this area. As such, **all tents, structures, or other items on the streets and sidewalks must be removed by September 8, 2026. Vehicles are not required to relocate, but property left on the streets or sidewalks around vehicles must be brought inside vehicles or otherwise removed.**

**Please clear all property from the TNC Prohibited Area described above and in Attachment 3 by SEPTEMBER 8, 2026.** All personal property in the above location will be subject to removal on or after this date**. The City will store property that is not plausibly contaminated and is storable pursuant to the conditions described below.** Everyone living in this area must either vacate the area or remain inside their vehicles during the City's abatement work. Failure to comply with this notice may result in citation or arrest.

The City's primary goal is to end encampments by moving all people indoors. Those interested in shelter or permanent housing should refer to Attachment 2.

**PROPERTY STORAGE AND RETRIEVAL**

Please keep with you all necessary personal belongings and shelter items; the City will not prevent you from retaining your tent or any other property. The City will discard items you no longer wish to keep at your request. **Personal property left in this area may be collected and stored pursuant to the City's policy, if it meets certain requirements, described below. Property remaining at this location after September 8, 2026, which is not storable will be discarded.**

In this instance, the Public Health Officer has advised that it is hazardous for City staff to sort through items from this encampment, due to the presence of Leptospirosis. As such, City staff will not sort through items; you must present non-hazardous items in bins, bags or other containers provided by the City to City staff for storage. The City will also store individual, non-porous items that are clean and dry, if they are presented to City staff separately from other wet, muddy, or hazardous items. **The City will not store property that is plausibly contaminated with Leptospirosis or otherwise hazardous to store.**

If you have not already received bins from the City, you can request two 20-gallon bins per person to pack your belongings. Please speak to HRT staff who regularly visit the encampment, or Josh Jacobs (email: jjacobs@berkeleyca.gov, phone: 510-225-8035).

Property that is storable pursuant to City policy will be held for 90 days**. Individuals who wish to reclaim their property may call "311" to contact the City's Customer Service Center during regular business hours (Monday – Friday, 9:00 AM to 3:00 PM), or call (510) 981-2489 or (510) 981-CITY.** Alternatively, information regarding retrieval of unattended and stored property is available in the lobby of the Berkeley Civic Center, 2180 Milvia Street, Berkeley, during regular business hours.

**REPLACEMENT OF DISCARDED SURVIVAL GEAR**

In compliance with the summary judgment order in *BHU v. City of Berkeley*, the City will replace tents, sleeping bags, and clothing ("survival gear") that it must discard as part of the abatement. To request specific tent and clothing sizes, please speak to HRT staff who regularly visit the encampment, or Josh Jacobs (email: jjacobs@berkeleyca.gov, phone: 510-225-8035). If the City does not have sufficient tents, sleeping bags, or clothing in your size on the day of the abatement, you will receive a voucher that you can present to the City for these items on a later date.

**While the City hopes that residents will relocate their property prior to the abatement, Homeless Response Team staff will be on site to facilitate replacement of any survival gear that is destroyed.** Please reach out to them if you are impacted. HRT staff will be on site throughout the day of the abatement and can be identified by their City of Berkeley branded clothing. Because the team will move with the work as it progresses, they will not be stationed at a single fixed location.

**DISABILITIES AND REASONABLE ACCOMMODATIONS**

You have the right under the Americans with Disabilities Act to request a reasonable accommodation (i.e., a modification of standard City policy, procedure, and/or practice) if your disability prevents you from complying with this notice. To request a reasonable accommodation, please contact the City's ADA Coordinator (email: ada@berkeleyca.gov, phone: 510-981-6418, TTY/TDD: 510-981-6347, and street address: 1947 Center St., 4th Floor, Berkeley 94704). The City will work with you to identify a mutually agreeable accommodation based on your needs and the goals of this notice but may determine that the requested accommodation cannot be provided if it would fundamentally alter the nature of a City service or is an unreasonable accommodation. **Please make any accommodation requests as soon as possible so there is enough time to discuss possible solutions. In order to ensure enough time for the City to discuss solutions with you, you are encouraged to submit your request no later than SEPTEMBER 1, 2026.**

**For individuals with disabilities that require the following accommodations, the City will provide, at your request:**

- Limited packing assistance, for any items that the City determines are safe to be handled by staff
- Storage of bins and any other items City determines are safe to be handled by staff
- Relocation assistance, for any items that the City determines are safe to be handled by staff
- Accommodation to the “9-square-foot” rule, provided your new campsite does not obstruct pedestrian passage, property access, emergency access, or present a concrete public health or safety hazard. Please request this by September 1, so the City has time to review your request.
- A tent size larger than a 2-person tent

---

**LODGING WITHOUT PERMISSION PROHIBITED**

You are hereby notified that Penal Code 647(e) provides that a person “[w]ho lodges in a building, structure, vehicle, or place, whether public or private, without the permission of the owner or person entitled to the possession or in control of it” is guilty of a misdemeanor.

**Lodging is prohibited on all streets, sidewalks, and other public rights-of-way in the geographic area north of Gilman St, West of San Pablo Ave, East of the railroad tracks, and south of Codornices Creek. Lodging is also prohibited in the creek bed of Codornices Creek.**

**SIDEWALK NUISANCE CONDITIONS**

You are hereby notified that pursuant to **Berkeley Municipal Code 14.48.020**, "It is unlawful for any person to place or cause to be placed anywhere upon any sidewalk or roadway, any object which obstructs, restricts, or prevents the use of any portion of such sidewalk or roadway."

You are further notified that pursuant to **Berkeley Municipal Code 14.48.120 and Administrative Regulation 10.2**:

- "TNC Objects are prohibited on Sidewalks in Residential Districts, except Objects in Transit pursuant to BMC §14.48.030 or as otherwise specifically authorized by the BMC."
- "TNC Objects may not be placed in TNC Prohibited Areas." A TNC Prohibited Area is defined as "a public location where notices have been posted in reasonably visible locations delineating a geographic area where TNC Objects are prohibited."

You are further notified that pursuant to **Berkeley Municipal Code 14.48.160,** "Anything placed or permitted to remain upon any sidewalk or roadway in violation of this Chapter, is declared to constitute a nuisance and the City is authorized and empowered to abate such nuisance by removing the same to the custodian of lost property in the Police Department or the Corporation Yard of the City, or other location designated by the City."

**ATTACHMENT 1**

# FACT SHEET

- This area has been declared a no-lodging area and a TNC Prohibited Area.
  - Lodging is prohibited on all streets, sidewalks, and other public rights-of-way in the geographic area north of Gilman St, West of San Pablo Ave, East of the railroad tracks, and south of Codornices Creek. Lodging is also prohibited in the creek bed of Codornices Creek.
  - Personal property cannot be stored on the streets, sidewalks, or other public rights-of-way in TNC Prohibited Areas.
- Leptospirosis is present in this area and relocation is necessary for your own safety and to allow for rodent abatement.
- **Vehicles are not required to relocate at this time.**
- You have until SEPTEMBER 8, 2026 to find another location for yourself and your belongings. By this date, you must leave the encampment and take anything with you that you want to keep. The City may come to clean up and permanently close this encampment at any time after SEPTEMBER 8, 2026 without further notice.
- The City will not store any property left in this area after SEPTEMBER 8, 2026 that is wet, moldy, otherwise hazardous to store, or plausibly contaminated with Leptospirosis. You can collect items stored by the City for 90 days.
- The City will replace survival gear that is discarded by the City; reach out to HRT staff if you are impacted. HRT staff will be on site during the abatement and can be identified by their City of Berkeley branded clothing.
- You can request tubs, specific replacement tent and clothing sizes by contacting HRT staff on site, or by emailing or calling Josh Jacobs (email: jjacobs@berkeleyca.gov, phone: 510-225-8035).
- The City's primary goal is to end encampments by moving all people indoors. Those interested in shelter or permanent housing should refer to Attachment 2.

**ATTACHMENT 2**

The City of Berkeley's primary goal is to end unsheltered homelessness by connecting those living in this encampment to interim and permanent housing.

*Interim Housing*

The City has a limited number of shelter beds available. Those interested in shelter can:

- Talk to a member of the Homeless Response Team (HRT) at any point during their regular outreach to this encampment.
- Call **211** or 1-800-799-7233 or 1-800-787-3224 (TTY) for services, shelter and housing information. 211 Alameda County is available 24 hours a day, seven days a week.
- Visit in person:
  - North County Housing Resource Center (homeless adults only):
    - **Bay Area Community Services**
      **Drop-in hours:** Monday, Friday, Saturday: 9:00 am – 5:00 pm
      Tuesday, Wednesday, Thursday: 9:00 am – 6:00 pm
      **Address:** 2809 Telegraph Avenue Suite 202, Berkeley, CA 94705
      **(510) 495-0131**
  - North County Housing Resource Center (homeless families only):
    - **Women's Daytime Drop-in Center**
      **Food and hygiene services:** Monday – Friday 9:00 am – 2:00 pm
      **All other services:** Monday – Friday 8:00 am – 4:00 pm
      **Address:** 2218 Acton Street, Berkeley, CA 94702
      **(510) 548-2884**

*Permanent Housing*

By Federal regulation, the City of Berkeley does not control access/referrals to permanent supportive housing for people experiencing homelessness, even for those housing programs located within the City. Alameda County, through its Coordinated Entry process, oversees these referrals. However, the Homeless Response Team can assess people for eligibility and help connect anyone interested. During the Coordinated Entry assessment, the HRT will ask you about your:

- History of homelessness
- Barriers to housing (prior evictions, length of time since last lease)
- Disability and vulnerability

Providing full and honest answers will help ensure you are matched to the most appropriate services for your needs.

Anyone interested in a Coordinated Entry Assessment should:

- Talk to a member of the Homeless Response Team (HRT) at any point during their regular outreach to this encampment.
- Email homelessresponseteam@berkeleyca.gov to request a housing assessment. Please provide a phone number and/or a location and date/time the team can use to locate you.

**ATTACHMENT 3**



**Health, Housing, and Community Services Department**

**Noemi Doohan, MD, PhD, MPH**
Public Health Officer – Director

**Scott Gilman**
HHCS Director

# CITY OF BERKELEY PUBLIC HEALTH UPDATE

## Addressing Leptospirosis at Harrison Street Encampment

June 10, 2026

**ALERT –** conveys the highest level of importance; warrants immediate action or attention.

**ADVISORY –** provides important information for a specific incident or situation; may not require immediate action.

**UPDATE –** provides updated information regarding an incident or situation; unlikely to require immediate action.

## I. KEY MESSAGES

- **Risk to the General Public Remains Extremely Low:** as an update to the January 12, 2026, Health Alert[1], risk of contracting leptospirosis from rats remains very low for the vast majority of Berkeley residents and business owners.
- **Risk to people living in encampments, RVs, or other locations with a high burden of rats infected with Leptospirosis:** people who have had exposure to rats and show symptoms of illnesses should seek medical care and treatment quickly.
- **The best way to protect dogs** Vaccination for dogs against Leptospirosis is considered a core annual vaccine by the Animal Hospital Association – a respected industry standard
- **Harrison Street Status & Mitigation Data:** No human cases have been associated with encampments on and around Harrison Street, and no new canine infections have been reported to public health since the first two in late 2025.
- **Recent Human Cases Identified**: Two human Leptospirosis cases were identified in May 2026 in the City of Berkeley. Both individuals had been living in a severely rat-infested RV about one mile from the Harrison Street encampment. Tragically, one of the patients died and one recovered after a lengthy

[1] https://berkeleyca.gov/sites/default/files/2026-01/January 12%2C 2026 Lepto Health Alert Final.pdf

hospitalization. Both patients had delayed access to medical care which is thought to have contributed to the severity of their disease. These are the first human cases of Leptospirosis in Berkeley in more than a decade. These human cases highlight the potentially serious health risk to humans living in environments with rat infestations. Exposure to rats infected with Leptospirosis poses a potentially serious health risk to humans and dogs.

- **Based on environmental and clinical data, the City is retiring the Harrison street encampment geographic risk zones** ("Red" and "Yellow" zones) established in this January 12th Public Health Alert. Given this new evidence that high-Leptospirosis-positive rat populations are not limited to the Harrison Corridor, the city is now shifting to a broader citywide prevention strategy focused on high-risk environments including RVs and encampments with rat infestations. The Berkeley Public Health response is pivoting away from localized geographic containment to citywide sanitation, vector suppression, and targeted hygiene outreach for individuals experiencing unsheltered homelessness, vehicle residency or who are otherwise living in heavily rodent infested environments.
- **Vector Control, in conjunction with Commercial Pest Control services, should exterminate rats in areas with a high rate of Leptospirosis in rats**. The general public should not attempt to exterminate rats: If the public suspects rat infestation in an area with risk of Leptospirosis, they should contact their pest control vendor or Alameda County Vector Control Services at (510) 567-6800.
- **What has the City of Berkeley done to mitigate the risk of Leptospirosis in humans and dogs at the Harrison Street encampment?**
  - Environmental testing conducted by UC Davis researchers in February 2026 detected no Leptospirosis in Codornices Creek. A total of 11 water samples and 11 mud samples were collected from the creek.
  - 14 Dogs at the Harrison street encampment were tested by UC Davis researchers and all were negative for Leptospirosis. Owners were also offered free vaccination to protect their dogs against future exposure to Leptospirosis.
  - Debris Removal: The City has removed 40 tons of garbage since February 2026 from the Harrison Street encampment in an attempt to minimize environmental conditions that attract rats.
  - Direct Community Outreach: Public health staff conducted 5 educational outreach events directly with occupants of the Harrison Street encampment to provide housing resources, clean clothing, personal protective equipment (PPE), and clear guidance on minimizing exposure risks. Ongoing efforts, including distribution of educational material directly to homeless individuals, are underway (see attached informational flyer).
  - **Ongoing Surveillance:** The City of Berkeley, in partnership with Alameda County Vector Control, have been continuously trapping and testing rats for Leptospirosis at the Harrison street encampment and in the area where the RV was parked with the two human cases (1 mile from Harrison Street encampment). This new testing has continued to show a high prevalence of Leptospirosis in the rats tested, which is above expected baseline levels in California urban rat populations.

## Public Health Contact Information

For community questions on leptospirosis please contact the City of Berkeley Lepto Information Line: (510) 981-5460 or Email: leptoinformation@berkeleyca.gov.

To request Vector Control Services please contact Alameda County Vector Control Services. (510) 567-6800.

HEALTH, HOUSING & COMMUNITY SERVICES
Public Health

CITY OF BERKELEY

June 10, 2026

# RV and Encampment Occupants: Rat Advisory

## *Keep food and water in closed containers; avoid exposure to wild rats; seek treatment quickly*

Wild rats carry a variety of diseases. People and dogs can get infected through contact with wild rats and their urine, feces, saliva, bites or scratches. Rats can also carry ticks, mites, or fleas that can spread diseases. Do not poison rats as they often wander into open areas before dying. These Carcasses can be deadly to pets or wildlife.

Rat-borne diseases are monitored around encampments in the City of Berkeley by Alameda County Vector Control and include the following:

- Leptospirosis
- Flea borne typhus
- Salmonellosis

## TAKE STEPS TO LOWER RISK

The best way to prevent transmission of disease by rats in your area is to:

- Keep food and water in closed containers
- Minimize trash and items that could create rat nests
- Avoid exposure to rats or their body fluids

## IF YOU DO NOT FEEL WELL, SEEK TREATMENT QUICKLY

If you have been around or in contact with rats AND you feel sick, get medical help quickly and inform your medical provider that you have been exposed to wild rats.

If you do not have a Primary Care Provider or are a LifeLong Medical Care Patient:

- Call: Berkeley Trust Health Center (510) 486-3463
- Operating Hours:
  - Monday-Friday 8:30am -4:30pm, except Tuesday when hours are 10:00am-4:30pm
  - 830 University Ave, Berkeley, CA (Near the corner of University Ave and Sixth Street)

For questions contact the City of Berkeley Lepto information line: (510) 981-5460

# Leptospirosis: Recommendations for the general public

**Leptospirosis is a sickness caused by bacteria that lives in water that can spread to people and dogs. You can get it from water, dirt, or food that was infected by the urine of infected rats or dogs**



**Wear protective clothing**



**Cover scratches or cuts with waterproof bandages**



**Don't wade or swim in potentially contaminated water**



**Wash or shower after potential exposure**



**Clean your wounds**



**Don't touch sick or dead animals**



**Consume clear, clean, drinking-water**



**Wash fruits and vegetables picked from gardens or farms in this area**

**Leptospirosis is treatable. The disease is transmitted to humans and animals when the contaminated water touches mucous membranes – such as eyes, nose, mouth, or cuts to the skin. Most people have no symptoms. However, if you think you were exposed in this area and have flu-like symptoms – fever, chills, headache, red eyes, and muscle aches – contact your primary care provider, such as the one listed on your Medi-Cal card for an urgent appointment.**

**If you do not have a medical provider, contact Lifelong Trust Health Center for screening and treatment**
**📍 830 University Ave., Berkeley, CA 94710**

**Berkeley Public Health Leptospirosis voicemail to leave tips, questions: 510.981.5460, leptoinformation@berkeleyca.gov**

Updated June 5, 2026