Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY HOMELESS UNION

Plaintiff,

vs.

CITY OF BERKELEY, ET AL.

Defendant

Case No.: 3:25-cv-01414-EMC (Closed Case)

DECLARATION OF ROBBIE POWELSON RE: MEET AND CONFER RE STREET MEETING WITH CITY OFFICIALS

1. I, Robbie Powelson, declare that I have personal knowledge of the facts in this declaration and that, if called to testify, I could and would do so competently.
2. I am an officer of the Berkeley Homeless Union and participated in the walk-through with City of Berkeley officials and Yesica Prado.
3. During an on-site meeting with Berkeley officials at Henry Street, Andrea Sutherland stated that it would be a code violation for anyone to camp in the area around Henry Street because it is zoned residential.
4. Neither I nor Yesica had understood that Administrative Rule 10.2 did not apply to residential zones.

5. I have received multiple trainings from the UC Berkeley Technology and Justice Lab on computer programming, through a program associated with the University that trains legal practitioners to use computer programming to elucidate important issues for courts and to use open-source data to inform public policy.

6. Based on my training and experience, I accessed the City of Berkeley's online data, including its zoning maps. The City of Berkeley operates an open application programming interface ("API") for much of the City's data, including zoning. The API allows me to write computer programs using Python that access the City's data and apply algorithms to create useful artifacts. In this case, I wrote Python code that generated an interactive map showing where camping under Administrative Rule 10.2 is possible, assuming the City's representation that residential districts are off limits.

7. I created this map from the City of Berkeley's own GIS data in the City's Land Use Planning ArcGIS service on August 27, 2026. Specifically, the Zoning Districts layer (layer 41), the street-centerline layer (layer 42), and the city-boundary layer (layer 43). I preserved the City's district codes and names, converted the downloaded geometry, and displayed it without changing the zoning classifications. The colors and labels are my presentation of the City's data.

8. A true and correct copy of the map showing where in the City people can camp, based on the City's representations and data, can be found here: https://robbiepowelson-code.github.io/berkeley-rule-10-2/

9. Attached as Exhibit A is a true and correct screenshot of the webpage map, which I captured on August 27, 2026.

10. Based on estimates from the City's data, 75% of the City's zoned acreage is off limits. The entirety of the available space for people to camp consists of the industrial area west of San Pablo Avenue, and the major commercial thoroughfares of University Avenue, Telegraph Avenue, Shattuck Avenue, and Adeline Street.

11. My understanding is that within these areas, many locations have no-lodging signs or narrow or busy sidewalks, which means the space actually available to unhoused people is far less than 25%.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robbie Powelson

August 27, 2026

# EXHIBIT A


CITY OF BERKELEY · ADMINISTRATIVE REGULATION 10.2
Where Rule 10.2 Applies
AR 10.2 governs where personal belongings — "temporary non-commercial objects" — may sit on a public sidewalk. As written, it prohibits them on sidewalks in residential districts and permits them, within stated limits, in commercial and manufacturing districts. This map shows the city's zoning districts by category, with a plain-language reading of what the rule's text appears to say about each. It asserts no legal conclusions.
75% of zoned land is residential — presumptively off-limits under AR 10.2 (3,680 ac)
670 ac commercial + manufacturing, where AR 10.2 appears to allow belongings within its limits
LEGEND — CLICK TO TOGGLE
Residential districts
Presumptively prohibited to campers by the City of Berkeley
3,680 ac
Mixed-use residential
Undefined in AR 10.2 — status unclear
138 ac
Commercial districts
Likely available for BHU members under AR 10.2, within its limits
357 ac
Manufacturing districts
Likely available for BHU members under AR 10.2, within its limits
313 ac
SOLANO AVE
GRIZZLY PEAK BLVD
GILMAN ST
SAN PABLO AVE
SHATTUCK AVE
UNIVERSITY AVE
SAN PABLO AVE
SHATTUCK AVE
TELEGRAPH AVE
ASHBY AVE
COLLEGE AVE
2000 ft