UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION,<br>Plaintiff,<br>v.<br>CITY OF BERKELEY, et al.,<br>Defendants. | Case No. 25-cv-01414-EMC<br><br>**ORDER RE PLANNED ABATEMENT** |

The Court held a Status Conference on August 28, 2026 and issued the following rulings on the parties' disputes:

1. The abatement of the Harrison Encampment will proceed on or around September 8, 2026.

2. Residents of the Harrison Encampment seeking accommodations to sidewalk space limitations (the "3x3 Rule") shall submit reasonable accommodation requests by September 1, 2026 at 5:00 p.m. Accommodation requests must be in writing, describe the footprint the individual needs and is requesting, and the reason why the individual's disability warrants their requested accommodation. To facilitate the interactive process, requesters are encouraged to list at least 1-3 preferred relocation areas. The City is reminded that the infeasibility of any such identified preferred location does not terminate the obligation to provide other reasonable accommodations. Both sides are directed to engage in good faith toward settling on a reasonable accommodation.

3. The parties must submit a joint brief by end-of-day on September 3, 2026 explaining the best and final offer for each individual requester and reasons, if any, that the proposed accommodation is or is not reasonable. The briefing shall include an executive summary in the

United States District Court
Northern District of California

form of a table stating the requester's name, their accommodation request, and the parties' respective positions in separate columns.

4. Individuals who timely file accommodation requests related to the 3x3 Rule shall be exempt from encampment abatement until their claims are adjudicated by the Court. *See* Dkts. 288, 326. The Court intends to resolve individual disputes concerning the reasonableness of accommodation requests and offers at or slightly after the hearing on September 8, 2026 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: August 28, 2026

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California