Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERKELEY HOMELESS UNION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, RASHI KESERWANI, DOES 1-10<br><br>Defendant. | Case No.: 3:25-cv-01414-EMC<br>(Closed Case)<br><br>**BERKELEY HOMELESS UNION UPDATE ON RELOCATION AND INTERACTIVE PROCESS FOR BHU MEMBERS** |

**UPDATED REPORT ON RELOCATION AND THE INTERACTIVE PROCESS FOR BHU MEMBERS WHO HAVE REQUESTED EXEMPTIONS FROM 3"x 3" RULE AND OTHER ACCOMMODATIONS.**

**September 8, 2026**

Introduction:

Last week, counsel for the parties met and conferred by phone regarding the abatement of the 8th and Harrison encampment. The City informed the Union that it would not extend the compliance date beyond September 8, that is, today.

In addition, in a written email communication sent prior to and subsequent to the meet and confer in which it asserted that there are "inconsistencies" and "discrepancies" between the individualized requests for accommodations filed by BHU on behalf of its members and what BHU members are telling the City.

What is really happening -- and what has gone on for months, as BHU has repeatedly made the Court aware by declarations from BHU officers and camp residents, themselves -- is that Thomas Gregory, Okeye Vance and other City officials are aggressively intimidating our members outside the presence of Union to create these false and artificial "discrepancies" and "inconsistencies." (See Sept. 3 Joint Status Report and supporting declaration of Yesica Prado)

The City failed to persuade this Court to simply remove everyone from the Camp without first completing the interactive process for each BHU member who has requested accommodations.

So, instead, the City has invented new restrictions nowhere to be found in its administrative rules that they are using to deny access to rights of way, sidewalks and to entire sections of the City. The City continues to establish "No Lodging Zones" and aggressively remove our members from them. There is no other criteria being used to establish these zones

other than that they were spaces being used by homeless persons or potentially could be spaces where a homeless person could otherwise legally be present.

Rather than go to the City Council to enact a City-wide camping ban through a democratic process, it is simply engaging in discriminatory zoning against a disfavored population, interfering with the associational rights of the Union to represent its members, and whipping up public opinion against the homeless. Most recently, Berkeley Mayor Adena Ishii has been publicly posting images of garbage and debris at 8th and Harrison without mentioning that the City long ago removed the dumpster that stood at 8th and Harrison and has all but ceased picking up garbage that the City itself told residents they should place in the streets. (See Joint Status Report and supporting declarations.)

The Court made it clear that if necessary, it would conduct individual adjudications. The City does not want that to happen, and so it is simply acting by *fait accompli* using the methods summarized above and discussed in detail by the Union in the Sept. 3 Joint Tas described above. Already, the posting of the Notice of Abatement has had the effect of frightening BHU members with requests for accommodations on file into leaving the Camp.

Below is the chart previously submitted as part of the Sept. 3 Joint Status Report identifying each BHU member who has requested an exemption to the 3'x3' rule as an accommodation, along with BHU's position on each request.

**With the exception of Lewanda Parnell, the interactive process and the determination of a space where a disabled BHU member can safely and legally relocate <u>has not been completed</u> for anyone else on the list that follows:**

| **Name** | **Accommodation Request** | **BHU's position** | **City's position** |
|---|---|---|---|
| Alice Barbee | 11' x 30' footprint at 1281 University Avenue (lot) | Reasonable. Space for shelter, survival gear, medical supplies, and three emotional support animals. | |
| Hector Navarro | 10' x 25' footprint at 1901 Henry Street | Reasonable. Space for shelter, survival gear, medical supplies, and his caretaker. | |
| Robbie Peddycoart | 11' x 30' footprint at 1100 Fourth Street (Harrison House lot) | Reasonable. Space for shelter, survival gear, mobility aids, medical supplies, and two emotional support animals. | |
| Shawman | 11' x 20' footprint at 1499-1451 Second Street (behind K-rails) | Reasonable. Space for shelter, survival gear and medical supplies. | |
| Robert Pearce | 10' x 20' footprint at 1100 Fourth Street (Harrison House lot) | Reasonable. Space for shelter, survival gear and medical supplies. | |
| Thomas Barnett | 11' x 25' footprint at 8th and Harrison St | Reasonable. Space for shelter, survival gear, mobility aids, and medical supplies. | |
| Jermaine Lee White | 11' x 30' footprint at 1499-1451 Second Street (sidewalk behind K-rails) | Reasonable. Space for shelter, survival gear, medical supplies, and his emotional support animal. | |
| Erin Spencer | 11' x 30' footprint at 8th and Harrison St | Reasonable. Space for survival gear, mobility aids, emotional support animals, art and medical supplies. | |
| Lewanda Parnell | 10' 1" x 45' footprint at 9th and Camelia; approved | Reasonable. Space for shelter, survival gear, mobility aids, and medical supplies. | |
| Erik Alexander Coon | 10' x 20' footprint. Location undecided | Reasonable. Space for shelter, survival gear, mobility aids, and medical supplies. | |
| Alexander Wilson | 11' x 20' footprint at 1100 Fourth Street (Harrison House lot) | Reasonable. Space for shelter, survival gear, mobility aids, medical supplies, and his emotional support animal. | |

| | | | |
|---|---|---|---|
| Gregory Grove | 10’ x 20’ footprint at 1499-1451 Second Street (sidewalk behind K-rails) | Reasonable. Space for shelter, survival gear, art and medical supplies. | |
| Bradford Raymer | 11’ x 20’ footprint at 4th and Camelia St | Reasonable. Space for shelter, survival gear, bicycle, medical supplies, and his emotional support animal. | |
| Lisa Saechao,y-chain | 10’ x 20’ footprint at 2nd and Page St | Reasonable. Space for shelter, survival gear and medical supplies. | |
| Monique Williams | 3’ x 8’ footprint at 8th and Harrison St | Reasonable. Space for survival gear and recycling materials. | |
| Kevin Martinez | 10’ x 20’ footprint. Location undecided | Reasonable. Space for shelter, survival gear and medical supplies. | |
| Patrick Ford | 11’ x 30’ footprint. Location undecided | Reasonable. Space for shelter, survival gear, mobility aids, medical supplies, and his two emotional support animals. | |
| Quinton Clockreese | 11’ x 20’ footprint at 2nd and Page St | Reasonable. Space for shelter, survival gear, mobility aids, medical supplies, and his emotional support animal. | |
| Jason Charette | 3’ x 8’ footprint at 8th and Harrison St | Reasonable. Space for survival gear | |
| Jackeline Mendoza | 11’ x 20’ footprint at 4th and Camelia | Reasonable. Space for shelter, survival gear, bicycle, medical supplies, and her emotional support animal. | |
| Kittivutt Patanapanich | 3’ x 8’ footprint at 9th and Harrison St | Reasonable. Space for survival gear and his emotional support animal. | |
| Erik Kaiser | 10’ x 20’ footprint. Location undecided | Reasonable. Space for shelter, survival gear, mobility aids, art and medical supplies. | |
| Merced Dominguez | 3’ x 8’ footprint at 8th and Harrison St. | Reasonable. Space for survival gear and supplies for her emotional support animals. | |
| Yesica Prado | 3’ x 8’ footprint at 8th and Harrison St | Reasonable. Space for survival gear, plants and a cat tree for her emotional support animal. | |

| | | | |
|---|---|---|---|
| Charles Dye | 10’ x 20’ footprint. Location undecided | Reasonable. Space for shelter, survival gear and medical supplies. | |
| Andrew Vanderzyl | 11’ x 25’ footprint. Location undecided | Reasonable. Space for shelter, survival gear, mobility aids, medical supplies, and his two emotional support animals. | |
| Ramondo Mackey | 11’ x 25’ footprint. Location undecided | Reasonable. Space for shelter, survival gear, medical supplies, and caretaker. | |
| Jonny Ruel Holder | 3’ x 8’ footprint at 8th and Harrison St | Reasonable. Space for survival gear and his emotional support animal. | |
| Ray Johnson | 3’ x 6’ footprint at 8th and Harrison St | Reasonable. Space for his bicycle, which cannot fit in the car while sleeping. | |

In sum, the Union believes that the City is determined to defeat the process ordered by this Court and deny our members their rights, including the right to be represented by their Union. At the same time, the city, constructively evicting our members by allowing conditions to grow worse via official neglect while affirmatively stirring up public pressure to simply close the camp and establish a de-facto city-wide camping ban.

Accordingly, the Union strongly urges the Court to either appoint a special master or take upon itself the scheduling of expedited, efficient individualized hearings.

Dated: September 8, 2026

Respectfully submitted,
Anthony D. Prince,
Attorney for BHU