Hon. Ajay Krishnan
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY HOMELESS UNION, et al.,
Plaintiffs,
v.
CITY OF BERKELEY, et al.,
Defendants.

Case No. 25-cv-01414-EMC

**DECLARATION OF MAGISTRATE JUDGE REGARDING APPOINTMENT AS SPECIAL MASTER**

I, AJAY KRISHNAN, declare under penalty of perjury:

1. I am a magistrate judge of the U.S. District Court for Northern District of California.
2. I attest and affirm that I know of no grounds of disqualification under 28 U.S.C. § 455 that would prevent me from serving as a Special Master in the above-captioned matter. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: September 10, 2026

Hon. Ajay Krishnan
United States Magistrate Judge

United States District Court
Northern District of California