Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION<br><br>PLAINTIFFS,<br><br>VS.<br><br>CITY OF BERKELEY ET AL.<br><br>DEFENDANTS. | Case No.: 3:25-cv-01414-EMC<br><br>SUPPLEMENTAL DECLARATION OF ANTHONY D. PRINCE IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; CERTIFICATION OF NOTICE |

I, ANTHONY D. PRINCE, declare as follows:

1. I am counsel of record for Sunny Yow who I have known and represented going back to the case of *Sausalito Homeless Union v. City of Sausalito* which produced a settlement that provided Ms. Yow and 29 others with substantial financial support which Ms. Yow used to purchase a bus in which she pursued her art and served as her habitation.

2. Today, after repeated unsuccessful efforts to locate my client, Union member Sunny Yow, she came to the Berkeley Animal shelter as she had been instructed the day before by City staff. Because City attorney Sara Stephens had notified me this morning that the City would go forward with the hearing whether or not I or Ms. Yow were present, I canceled my appointments and went to the Animal Shelter. I met with hearing officer Lester Valdevas and two representatives of the Animal Shelter and explained that I had had no opportunity previously to meet with my client and prepare for the hearing. The hearing officer refused to re-schedule the

hearing although I informed him that there was a motion pending before this Court to have the hearing held either Sept. 16 or 17 of next week.

3. After a few minutes, my client appeared and, in a discussion with me and Union president Yesica Prado who was also present, Ms. Yow told us that yesterday, September 9, 2026, when she came to the Shelter believing that the hearing was going to take place, as yet unidentified City staff made false and disparaging comments about me, including that I was not going to represent her, and then tried to make her sign a waiver of her right to legal counsel and become "self-represented," the words that she recalls were printed for her to sign, for what would have been today's re-scheduled hearing. She did not sign the waiver.

4. I then confronted hearing officer Valdevas with what we had just learned from Ms. Yow about the City's attempt to trick her into waiving her right to be represented by her legal counsel. I confronted him with what we had just learned from Ms. Yow about the City's attempt to trick her into waiving her right to be represented by her legal counsel. I demanded to know who had been involved and to be provided with whatever it was that they tried to have Ms. Yow sign. Neither he nor the other City employees present denied that this outrageous violation of due process had taken place but insisted that they didn't know which City staff member had tried to have Ms. Yow sign the waiver.

5. The City of Berkeley has been well aware that I would be representing Ms. Yow in this matter, that we had been unable to reach Ms. Yow for days, that I had had no opportunity to meet with her and prepare for the hearing and that I would not be available either on either September 9 or today.

6. As I draft this declaration, Union President Yesica Prado, who had also been unable to locate Ms. Yow until today, is with Ms. Yow preparing a declaration from Ms. Yow about the City's attempt to sign away her rights. Both myself and Ms. Prado witnessed Ms. Yow becoming extremely agitated and the triggering of her severe psychiatric disabilities when hearing officer Lester Valdevas refused to reschedule the hearing. Ms. Prado recorded the entire interaction and we will be filing her declaration along with that of Ms. Yow today.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2026, at Berkeley, California.

/s/ Anthony D. Prince