UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY HOMELESS UNION, et al.,
Plaintiffs,
v.
CITY OF BERKELEY, et al.,
Defendants.

Case No. 25-cv-01414-EMC

**ORDER DENYING TEMPORARY RESTRAINING ORDER**

Docket No. 341

Plaintiff Berkeley Homeless Union ("BHU") filed an *ex parte* request for a temporary restraining order ("TRO"). Dkts. 341, 347, 349. The City filed a response in opposition. Dkts. 346, 348.

BHU seeks to enjoin Defendant City of Berkeley (the "City") from euthanizing Sunny Yow's dog, Griz, and delay the administrative hearing disputing that Griz is vicious or dangerous. Dkt. 341 at 2, 6.

The City represents that Ms. Yow has not requested an accommodation related to her dog connected to the closure of the Harrison Encampment. Opp. at 8. It asserts that the seizure of her dog resulted from an independent animal control call, and not any abatement-related activity. *Id.* Plaintiff represents it submitted "a comprehensive ADA reasonable-accommodation request on Ms. Yow's behalf to the City's ADA Coordinator, Thomas Gregory." TRO at 2.

Plaintiff, however, fails to identify where in the record Ms. Yow submitted a request for ADA accommodation related to abatement of the Harrison Encampment contemplated by this Court's orders. On August 28, 2026, the Court required any reasonable accommodations requests related to the September 8, 2026 abatement of the Harrison Encampment be submitted by September 1, 2026. The Court previously set other deadlines to assert claims for

United States District Court
Northern District of California

United States District Court
Northern District of California

accommodations. On September 9, 2026, this Court adjudicated specific accommodations requests, and granted and denied injunctive relief as to twenty-nine individuals who had submitted requests for accommodations. Dkt. 338. Plaintiff does not assert that Ms. Yow was one of those individuals. Nor has she previously asserted an accommodation involving Griz.

The Court finds that the specific dispute raised by Plaintiff regarding an animal control action is unrelated to this case which concerns the City's ability to abate the Harrison Encampment. Plaintiff has not previously and timely asserted as a request for reasonable accommodation in relation to Griz in connection with the abatement of the Harrison Encampment.

Accordingly, the Court **DENIES** Plaintiff's request for a TRO without prejudice as to any claims Ms. Yow may have under state law.

**IT IS SO ORDERED**.

Dated: September 10, 2026

EDWARD M. CHEN
United States District Judge