UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNNY JEAN YOW,

Plaintiff,

v.

CITY OF BERKELEY, et al.,

Defendants.

Case No. 26-cv-10262-RFL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to 25-cv-01414-EMC, *Berkeley Homeless Union v. City of Berkeley*.

**IT IS SO ORDERED.**

Dated: September 11, 2026

RITA F. LIN
United States District Judge