ANTHONY D. PRINCE (SBN 202892)
LAW OFFICES OF ANTHONY D. PRINCE
2425 Prince Street, Suite 100
Berkeley, CA 94705
Telephone: (510) 301-1472
Email: princelawoffices@yahoo.com

Attorney for Plaintiff JANE DOE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERKELEY HOMELESS UNION<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>Defendants. | Case No. 3:25-cv-01414<br>(Closed case.)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Judge: Hon. Edward M. Chen |

**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE AND HEARING FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

Plaintiff Berkeley Homeless Union ("Plaintiff") and Defendant City of Berkeley (the "City," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS Plaintiff Berkeley Homeless Union initiated this case on 2/11/2025 by filing a complaint against Defendant City of Berkeley, and:

WHEREAS on 8/20/2026 the court filed an Order Re Motion for Final Judgment, granting permanent injunctive relief and finding success on the merits of Plaintiff's claims regarding the Americans With Disabilities Act and;

WHEREAS on 8/27/2026 the Clerk of the Court filed and entered the judgment, and;

WHEREAS under FRCP 54(d)(1) which dictates that costs are billable by the prevailing party providing that a statute, rule, or order does not declare otherwise, and pursuant to Federal Rule of Civil Procedure 54(d)(2) and Civil L.R. 54-1(a), a motion for attorneys' fees must ordinarily be filed within 14 days of entry of judgment, and;

WHEREAS on 9/1/2026 Berkeley Homeless Union filed a Motion to Enlarge Time to File a motion for attorney' for ninety (90) days to December 1, 2026 which was unopposed by the City and was Granted by the Court and entered by the Court as an order on September 13, 2026, and;

WHEREAS this same order required the Parties to meet and confer and file a stipulation as to the remaining briefing schedule and proposed hearing date by September 14, 2026, at 10:00 am;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby STIPULATE AND AGREE, subject to the approval of the Court, that:

1. Plaintiff BHU shall file its motion for Attorney's Fees and Costs no later than October 22, 2026;

2. Defendant City of Berkeley's response must be filed no later than November 5, 2026.;

3. Plaintiff may file a Reply to Defendant's response no later than November 12, 2026;

4. The hearing on Plaintiff's motion shall be set for December 3, 2026 or on a date convenient for the Court.

IT IS SO STIPULATED.

Dated: September __, 2026 Dated: September __, 2026

LAW OFFICES OF ANTHONY D. PRINCE

LAW OFFICES OF ANTHONY D. PRINCE
By: /s/ Anthony D. Prince
ANTHONY D. PRINCE
Attorney for Plaintiff
BERKELY HOMELESS UNION

OFFICE OF THE BERKELEY CITY ATTORNEY
By: /s/ Laura Iris Mattes
LAURA IRIS MATTES
Attorneys for Defendant
CITY OF BERKELEY

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: September 14, 2026

/s/ Anthony D. Prince
ANTHONY D. PRINCE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff BHU shall file its motion for Attorney's Fees and Costs no later than October 22, 2026;

2. Defendant City of Berkeley's response must be filed no later than November 5, 2026.;

3. Plaintiff may file a Reply to Defendant's response no later than November 12, 2026;

4. The hearing on Plaintiff's motion shall be set for December 3, 2026 or on a date convenient for the Court.

IT IS SO ORDERED.

Dated: ______________, 2026

________________________________
HON. EDWARD M. CHEN
United States District Judge