United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY HOMELESS UNION, et al.,

Plaintiffs,

v.

CITY OF BERKELEY, et al.,

Defendants.

Case No. 25-cv-01414-EMC

**ORDER FOR ADDITIONAL SITE INFORMATION**

On September 9, 2026, the Court ordered the parties to file "a joint report as to Bradford Raymer and Jackeline Mendoza's requests for relocation to Fourth and Camelia Street" by close of business on September 11, 2026. Dkt. 342 at 8; *see also id*. at 3. The Court ordered the joint report to include "Plaintiff's final reasonable accommodation request, and the City's best offer of an accommodation." *Id.* at 8; *see also id.* at 3. The parties timely filed their joint report. Dkt. 352.

To assist the Court in determining the reasonableness of the proposed accommodations as to Mr. Raymer and Ms. Mendoza and to better understand the City's arguments regarding required safety and pedestrian setbacks, the Court orders the parties to file a joint report by close of business on September 18, 2026 that includes the following.

1. A diagram of the two proposed locations at Fourth and Camelia Street, including for both locations:
    a. The dimensions of the entire sidewalk;
    b. The location and dimensions of proposed emergency and pedestrian access on the sidewalk;
    c. The location and dimension of vehicle parking spots adjacent to the proposed

United States District Court
Northern District of California

sidewalk location, and the dimensions of ingress and egress setbacks for vehicles, if any;

d. The location and dimensions of any relevant construction, fire, utility, emergency, and pedestrian access areas in the vicinity of the proposed locations;

e. The distance from the proposed accommodation locations to the nearby preschool (Duck's Nest Preschool);

f. The location and dimensions of drop-off and pick-up zones used by Duck's Nest Preschool; and

g. The location and dimensions of the dead-end vehicle turning radius in relation to the proposed locations.

The Court prefers the information be depicted in diagram form. For visual clarity, however, the diagram may be supplemented in narrative form if necessary.

**IT IS SO ORDERED**.

Dated: September 14, 2026

EDWARD M. CHEN
United States District Judge