# EXHIBIT A

CITY OF BERKELEY
City Manager's Office

# PUBLIC NOTICE

Date Posted: September 11, 2026

To: Persons encamped and/or parked in the geographic area of Berkeley bounded by San Pablo Avenue to the East, the Railroad tracks to the West, Codornices Creek to the North, and Gilman St to the South ("Harrison Corridor"), with the exception of individuals exempted from the abatement by the Court in *BHU v. City of Berkeley*.

From: City of Berkeley

Subject: **Notice of Encampment Closure**

Please be advised that this location is within a no-lodging area and Temporary Non-Commercial Item (TNC) Prohibited Area. You are not permitted to lodge here or store personal property here, pursuant to California Penal Code Section 647(e) and City of Berkeley Administrative Regulation 10.2. The Berkeley Fire Marshal has declared this area a fire hazard and public nuisance, as described in the July 27, 2026 Notice of Fire Hazard and Order to Vacate, Correct, and Demolish. Additionally, the City of Berkeley's Public Health Officer has advised that rodent abatement is necessary to prevent further spread of Leptospirosis which is present in this area. As such, **all tents, structures, or other items on the streets and sidewalks must be removed by September 15, 2026. Vehicles are not required to relocate, but property left on the streets or sidewalks around vehicles must be brought inside vehicles or otherwise removed.**

**Please clear all property from the TNC Prohibited Area described above and in Attachment 3 by SEPTEMBER 15, 2026.** All personal property in the above location will be subject to removal on or after this date**. The City will store property that is not plausibly contaminated and is storable pursuant to the conditions described below.** Everyone living in this area must either vacate the area or remain inside their vehicles during the City's abatement work. Failure to comply with this notice may result in citation or arrest.

The City's primary goal is to end encampments by moving all people indoors. Those interested in shelter or permanent housing should refer to Attachment 2.

Individuals who are not subject to abatement pursuant to the September 9, 2026 court order in *BHU v. City of Berkeley* should use "best efforts to place identification on any property" they own, as ordered by the Court. Without such identification, the City will be forced to use its own best judgment as to what property is owned by these protected individuals.

**PROPERTY STORAGE AND RETRIEVAL**

Please keep with you all necessary personal belongings and shelter items; the City will not prevent you from retaining your tent or any other property. The City will discard items you no longer wish to keep at your request. **Personal property left in this area may be collected and stored pursuant to the City's policy, if it meets certain requirements, described below. Property remaining at this location after September 15, 2026, which is not storable will be discarded.**

In this instance, the Public Health Officer has advised that it is hazardous for City staff to sort through items from this encampment, due to the presence of Leptospirosis. As such, City staff will not sort through items; you must present non-hazardous items in bins, bags or other containers provided by the City to City staff for storage. The City will also store individual, non-porous items that are clean and dry, if they are presented to City staff separately from other wet, muddy, or hazardous items. **The City will not store property that is plausibly contaminated with Leptospirosis or otherwise hazardous to store.**

If you have not already received bins from the City, you can request two 20-gallon bins per person to pack your belongings. Please speak to HRT staff who regularly visit the encampment, or contact Okeya Vance-Dozier (email: OVance-Dozier@berkeleyca.gov, phone: 510-981-7239).

Property that is storable pursuant to City policy will be held for 90 days. **Individuals who wish to reclaim their property may call "311" to contact the City's Customer Service Center during regular business hours (Monday – Friday, 9:00 AM to 3:00 PM), or call (510) 981-2489 or (510) 981-CITY.** Alternatively, information regarding retrieval of unattended and stored property is available in the lobby of the Berkeley Civic Center, 2180 Milvia Street, Berkeley, during regular business hours.

**REPLACEMENT OF DISCARDED SURVIVAL GEAR**

In compliance with the summary judgment order in *BHU v. City of Berkeley*, the City will replace tents, sleeping bags, and clothing ("survival gear") that it must discard as part of the abatement. To request specific tent and clothing sizes, please speak to HRT staff who regularly visit the encampment, or contact Okeya Vance-Dozier (email: OVance-Dozier@berkeleyca.gov, phone: 510-981-7239). If the City does not have sufficient tents, sleeping bags, or clothing in your size on the day of the abatement, you will receive a voucher that you can present to the City for these items on a later date.

**While the City hopes that residents will relocate their property prior to the abatement, Homeless Response Team staff will be on site to facilitate replacement of any survival gear that is destroyed.** Please reach out to them if you are impacted. HRT staff will be on site throughout the day of the abatement and can be identified by their City of Berkeley branded clothing. Because the team will move with the work as it progresses, they will not be stationed at a single fixed location.

## DISABILITIES AND REASONABLE ACCOMMODATIONS

You have the right under the Americans with Disabilities Act to request a reasonable accommodation (i.e., a modification of standard City policy, procedure, and/or practice) if your disability prevents you from complying with this notice. To request a reasonable accommodation, please contact the City's ADA Coordinator (email: ada@berkeleyca.gov, phone: 510-981-6418, TTY/TDD: 510-981-6347, and street address: 1947 Center St., 4th Floor, Berkeley 94704). The City will work with you to identify a mutually agreeable accommodation based on your needs and the goals of this notice but may determine that the requested accommodation cannot be provided if it would fundamentally alter the nature of a City service or is an unreasonable accommodation. **Please make any accommodation requests as soon as possible so there is enough time to discuss possible solutions. In order to ensure enough time for the City to discuss solutions with you, you are encouraged to submit your request no later than SEPTEMBER 14, 2026.**

**For individuals with disabilities that require the following accommodations, the City will provide, at your request:**

- Limited packing assistance, for any items that the City determines are safe to be handled by staff
- Storage of bins and any other items City determines are safe to be handled by staff
- Relocation assistance, for any items that the City determines are safe to be handled by staff
- Accommodation to the "9-square-foot" rule, provided your new campsite does not obstruct pedestrian passage, property access, emergency access, or present a concrete public health or safety hazard. Please request this by September 14, so the City has time to review your request.
- A tent size larger than a 2-person tent

---

## LODGING WITHOUT PERMISSION PROHIBITED

You are hereby notified that Penal Code 647(e) provides that a person "[w]ho lodges in a building, structure, vehicle, or place, whether public or private, without the permission of the owner or person entitled to the possession or in control of it" is guilty of a misdemeanor.

**Lodging is prohibited on all streets, sidewalks, and other public rights-of-way in the geographic area north of Gilman St, West of San Pablo Ave, East of the railroad tracks, and south of Codornices Creek. Lodging is also prohibited in the creek bed of Codornices Creek.**

**SIDEWALK NUISANCE CONDITIONS**

You are hereby notified that pursuant to **Berkeley Municipal Code 14.48.020**, "It is unlawful for any person to place or cause to be placed anywhere upon any sidewalk or roadway, any object which obstructs, restricts, or prevents the use of any portion of such sidewalk or roadway."

You are further notified that pursuant to **Berkeley Municipal Code 14.48.120 and Administrative Regulation 10.2**:

- "TNC Objects are prohibited on Sidewalks in Residential Districts, except Objects in Transit pursuant to BMC §14.48.030 or as otherwise specifically authorized by the BMC."
- "TNC Objects may not be placed in TNC Prohibited Areas." A TNC Prohibited Area is defined as "a public location where notices have been posted in reasonably visible locations delineating a geographic area where TNC Objects are prohibited."

You are further notified that pursuant to **Berkeley Municipal Code 14.48.160,** "Anything placed or permitted to remain upon any sidewalk or roadway in violation of this Chapter, is declared to constitute a nuisance and the City is authorized and empowered to abate such nuisance by removing the same to the custodian of lost property in the Police Department or the Corporation Yard of the City, or other location designated by the City."

**ATTACHMENT 1**

# FACT SHEET

- This area has been declared a no-lodging area and a TNC Prohibited Area.
  - Lodging is prohibited on all streets, sidewalks, and other public rights-of-way in the geographic area north of Gilman St, West of San Pablo Ave, East of the railroad tracks, and south of Codornices Creek. Lodging is also prohibited in the creek bed of Codornices Creek.
  - Personal property cannot be stored on the streets, sidewalks, or other public rights-of-way in TNC Prohibited Areas.
- Leptospirosis is present in this area and relocation is necessary for your own safety and to allow for rodent abatement.
- **Vehicles are not required to relocate at this time.**
- You have until SEPTEMBER 15, 2026 to find another location for yourself and your belongings. By this date, you must leave the encampment and take anything with you that you want to keep. The City may come to clean up and permanently close this encampment at any time on or after SEPTEMBER 15, 2026 without further notice.
- The City will not store any property left in this area after SEPTEMBER 15, 2026 that is wet, moldy, otherwise hazardous to store, or plausibly contaminated with Leptospirosis. You can collect items stored by the City for 90 days.
- The City will replace survival gear that is discarded by the City; reach out to HRT staff if you are impacted. HRT staff will be on site during the abatement and can be identified by their City of Berkeley branded clothing.
- You can request tubs, specific replacement tent and clothing sizes by contacting HRT staff on site, or by emailing or calling Okeya Vance-Dozier (email: OVance-Dozier@berkeleyca.gov, phone: 510-981-7239).
- The City's primary goal is to end encampments by moving all people indoors. Those interested in shelter or permanent housing should refer to Attachment 2.

**ATTACHMENT 2**

The City of Berkeley's primary goal is to end unsheltered homelessness by connecting those living in this encampment to interim and permanent housing.

*Interim Housing*

The City has a limited number of shelter beds available. Those interested in shelter can:

- Talk to a member of the Homeless Response Team (HRT) at any point during their regular outreach to this encampment.
- Call **211** or 1-800-799-7233 or 1-800-787-3224 (TTY) for services, shelter and housing information. 211 Alameda County is available 24 hours a day, seven days a week.
- Visit in person:
  - North County Housing Resource Center (homeless adults only):
    - **Bay Area Community Services**
      **Drop-in hours:** Monday, Friday, Saturday, 9:00 am – 5:00 pm
      **Address:** 2809 Telegraph Avenue Suite 202, Berkeley, CA 94705
      **(510) 495-0131**
  - North County Housing Resource Center (homeless families only):
    - **Women's Daytime Drop-in Center**
      **Food and hygiene services:** Monday – Friday 9:00 am – 2:00 pm
      **All other services:** Monday – Friday 8:00 am – 4:00 pm
      **Address:** 2218 Acton Street, Berkeley, CA 94702
      **(510) 548-2884**

*Permanent Housing*

By Federal regulation, the City of Berkeley does not control access/referrals to permanent supportive housing for people experiencing homelessness, even for those housing programs located within the City. Alameda County, through its Coordinated Entry process, oversees these referrals. However, the Homeless Response Team can assess people for eligibility and help connect anyone interested. During the Coordinated Entry assessment, the HRT will ask you about your:

- History of homelessness
- Barriers to housing (prior evictions, length of time since last lease)
- Disability and vulnerability

Providing full and honest answers will help ensure you are matched to the most appropriate services for your needs.

Anyone interested in a Coordinated Entry Assessment should:

- Talk to a member of the Homeless Response Team (HRT) at any point during their regular outreach to this encampment.
- Email homelessresponseteam@berkeleyca.gov to request a housing assessment. Please provide a phone number and/or a location and date/time the team can use to locate you.

ATTACHMENT 3



# EXHIBIT B

Gmail **Berkeley Homeless Union <berkeley.homeless.union@gmail.com>**

---

# REQUESTS: ADA Accommodations for BHU members at 8th and Harrison

1 message

---

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Mon, Sep 14, 2026 at 11:46 AM
To: "Gregory, Thomas" <tgregory@berkeleyca.gov>, "Radu, Peter" <pradu@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "Stephens, Sara" <sstephens@berkeleyca.gov>, "Mattes, Laura Iris" <LMattes@berkeleyca.gov>, "Brown, Farimah F." <FBrown@berkeleyca.gov>, "Martinez, Gabriel" <gmartinez@berkeleyca.gov>, ovance-dozier@berkeleyca.gov
Cc: Anthony Prince <princelawoffices@yahoo.com>, "Robbie .Powelson" <robbiepowelson@gmail.com>

Mr. Gregory, Homeless Response Team and Counsel,

I am writing to notify the City of 19 BHU members with pending ADA accommodation requests in connection with the September 11, 2026 Notice of Encampment Closure. A list of these individuals is attached for your reference.

The list identifies each member's name, disability-related needs, packing and transportation needs, tent size, requested footprint and preferred relocation locations. These requests are in addition to the seven requests already before the Court.

I can follow up individually for each request if the City requires additional information to complete the interactive process. Please let me know if there is a specific format or additional information you need for any particular request.

Given the September 15 deadline in the notice, we ask that the City refrain from abating the encampments of these individuals until the interactive process is complete and accommodations have been provided. Please provide written confirmation that the City will not abate the encampments of these individuals while their accommodation requests are pending.

The Court has repeatedly held that the City "may not summarily conclude that a requested accommodation is unreasonable without undergoing this investigative process." ECF 288 at 21.

In addition, on September 10, the Court appointed Magistrate Judge Ajay Krishnan as Special Master to adjudicate the accommodation requests of BHU members whose requests are not resolved through the interactive process. See ECF 345. The Special Master's authority includes adjudicating "the parties' disputes over requests for accommodations," including "reviewing relevant documents, conducting site inspections, interviewing persons, and, in his discretion, holding hearings." ECF 345 at 2.

I will be sharing this list with Magistrate Judge Krishnan, so that he is aware of the pending disability accommodation requests and can exercise his authority to adjudicate them as necessary.

Lastly, please confirm whether the abatement operations will begin tomorrow, September 15, at 6:00 a.m., so that we can be on site promptly to assist our members. We also ask the City to provide assurance in writing that BHU officers and their designees will be permitted into the abatement zone to document the operation and assist our members.

I look forward to hearing from you promptly.

Thank you,

**Yesica Prado**
President, Berkeley Homeless Union

BERKELEY HOMELESS UNION

Landless Not Voiceless

---

**List of Harrison St ADA requests-09-14-26.pdf**
112K

# 8th and Harrison Street Encampment – ADA Accommodation Requests

Pending requests = in red | Requests before Judge Chen = in green

| Name | Disability need | Packing? | Tent Size | Footprint | Location |
|---|---|---|---|---|---|
| 1) Alice Barbee | Space for shelter, survival gear, medical supplies, and three emotional support animals. | Packing and transportation | 10 person tent | 10’ x 30’ | **ALT:** 700 Allston Way; 1120 Second St; OR 608 Virginia St<br><br>**FIRST:** 1281 University Avenue (lot) |
| 2) Alexander Wilson | Space for shelter, survival gear, mobility aids, medical supplies, and his emotional support animal. | Packing and transportation | 8 person tent | 10’ x 20’ | **ALT:** 700 Allston Way; 1120 Second St; OR 608 Virginia St<br><br>**FIRST:** 1100 Fourth Street (Harrison House lot) |
| 3) Hector Navarro | Space for shelter, survival gear, medical supplies, and shelter for his caregiver, Julio. | Transportation | 8 person tent | 10’ x 30’ | **ALT:** 1099-1001 Second St; 1120 Second St; 2nd and Camelia; 650 Virginia St; 2285 Fourth St; OR Coordinates:37.873544, -122.300120<br><br>**FIRST:** 1901 Henry Street |
| 4) Robbie Peddycoart | Space for shelter, survival gear, mobility aids, medical supplies, and two emotional support animals. | Packing and transportation | 10 person tent | 10’ x 30’ | **ALT:** 700 Allston Way; 1120 Second St; 608 Virginia St; OR 2285 Fourth St<br><br>**FIRST:** 1100 Fourth Street (Harrison House lot) |
| 5) Robert Pearce | Space for shelter, survival gear and medical supplies. | Transportation | 8 person tent | 10’ x 25’ | **ALT:** 2134 Martin Luther King Jr. Way; 701 Harrison St (sidewalk); 700 Page St; 998 Murray St; OR 2285 Fourth St<br><br>**FIRST:**1100 Fourth |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Street (Harrison House lot) |
| 6) Erik Alexander Coon | Space for shelter, survival gear, mobility aids, and medical supplies. | Packing and transportation | 8 person tent | 10' x 20' | **ALT:** 2nd and Cedar;<br>704-738 Cedar St;<br>2nd and Jones;<br>OR<br>2nd and Page |
| 7) Erik Kaiser | Space for shelter, survival gear, mobility aids, art and medical supplies. | Transportation | 8 person tent | 10' x 20' | **ALT:** 2nd and Camelia<br>2nd and Cedar;<br>2nd and Jones;<br>2nd and Page;<br>OR<br>747 Bancroft Way |
| 8) Charles Dye | Space for shelter, survival gear and medical supplies. | Transportation | 8 person tent | 10' x 20' | 2nd and Camelia<br>2nd and Cedar;<br>2nd and Jones;<br>OR<br>2nd and Page |
| 9) Andrew Vanderzyl | Space for shelter, survival gear, mobility aids, medical supplies, and his two emotional support animals. | Transportation | 10 person tent | 10' x 25' | 2285 Fourth St;<br>2nd and Camelia;<br>1399-1305 Second St;<br>2nd and Jones;<br>OR<br>Coordinates:<br>37.880810, -122.289813 |
| 10) Jose E. Landos Martinez | Space for shelter, survival gear, mobility aids, medical supplies and his caregiver. | Transportation | 10 person tent | 10' x 25' | 704-738 Cedar St;<br>2nd and Camelia<br>2nd and Cedar;<br>2nd and Jones;<br>OR<br>2nd and Page |
| 11) Orvel Roadlander | Space for shelter, survival gear, mobility aids, medical supplies, and his emotional support animal. | Transportation | 8 person tent | 10' x 20' | 704-738 Cedar St;<br>2nd and Camelia<br>2nd and Cedar;<br>2nd and Jones;<br>OR<br>2nd and Page |
| 12) Ramondo Mackey | Space for shelter, survival gear, medical supplies, and caretaker. | Transportation | 10 person tent | 10' x 25' | 2nd and Camelia;<br>2nd and Cedar;<br>2nd and Jones;<br>OR<br>2nd and Page |
| 13) Shareef Muwakkil | Space for shelter, survival gear, mobility aids and medical supplies. | Transportation | 8 person tent | 10' x 20' | 1499-1451 Second Street (sidewalk behind K-rails);<br>2nd and Cedar;<br>OR<br>704-738 Cedar St |

| | | | | | |
|---|---|---|---|---|---|
| 14) Erin Spencer | Space for survival gear, mobility aids, emotional support animals, art and medical supplies. | Packing and transportation to his trailer | Trailer | 10' x 20' | 8th and Harrison St |
| 15) Thomas Barnett | Space for shelter, survival gear, mobility aids, and medical supplies. | Packing and transportation | Car/ 8 person tent | 10' x 20' | **ALT:** 2nd and Page;<br>2nd and Camelia;<br>OR<br>700 Allston Way;<br><br>**FIRST:** 8th and Harrison St |
| 16) Jason Charette | Space for survival gear | N/A | RV | 2' x 6' | 8th and Harrison St |
| 17) Kittivutt Patanapanich | Space for survival gear and his emotional support animal. | N/A | Truck | 2' x 8' | 9th and Harrison St |
| 18) Merced Dominguez | Space for survival gear and supplies for her emotional support animals. | N/A | RV | 2' x 8' | 8th and Harrison St |
| 19) Yesica Prado | Space for survival gear and a cat tree for her emotional support animal. | N/A | RV | 2' x 6' | 8th and Harrison St |
| 1) Bradford Raymer | Space for shelter, survival gear, bicycle, medical supplies, and his emotional support animal. | Transportation | 10 person tent | 11' x 20' | 4th and Camelia St |
| 2) Jackeline Mendoza | Space for shelter, survival gear, bicycle, medical supplies, and her emotional support animal. | Transportation | 10 person tent | 11' x 20' | 4th and Camelia |
| 3) Gregory Grove | Space for shelter, survival gear, art and medical supplies. | N/A | 8 person tent | 10' x 20' | 1499-1451 Second Street (sidewalk behind K-rails) |
| 4) Quinton Clockreese | Space for shelter, survival gear, mobility aids, medical supplies, and his emotional support animal. | Transportation | 8 person tent | 11' x 20' | 2nd and Page St |
| 5) Lisa Saechao,y-chain | Space for shelter, survival gear and medical supplies. | N/A | 6 person tent | 10' x 20' | 2nd and Page St |
| 6) Shawman | Space for shelter, | Transportation | 6 person | 11' x 20' | 1499-1451 Second |

| | | | | | |
|---|---|---|---|---|---|
| | survival gear and medical supplies. | | tent | | Street (behind K-rails) |
| 7) Jermaine Lee White | Space for shelter, survival gear, medical supplies, and his emotional support animal. | Transportation | 10 person tent | 11’ x 30’ | 1499-1451 Second Street (sidewalk behind K-rails) |

# EXHIBIT C

Gmail Berkeley Homeless Union <berkeley.homeless.union@gmail.com>

## URGENT: Case No. 25-cv-01414-EMC - Pending ADA Requests and Encampment Closure

3 messages

**Berkeley Homeless Union** <berkeley.homeless.union@gmail.com> Mon, Sep 14, 2026 at 2:29 PM
To: askcrd@cand.uscourts.gov
Cc: Anthony Prince <princelawoffices@yahoo.com>, "Brown, Farimah F." <FBrown@berkeleyca.gov>, "Stephens, Sara" <sstephens@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "Mattes, Laura Iris" <LMattes@berkeleyca.gov>, "Martinez, Gabriel" <GMartinez@berkeleyca.gov>, "Robbie .Powelson" <robbiepowelson@gmail.com>

Dear Magistrate Judge Krishnan:

I am writing on behalf of the Berkeley Homeless Union ("BHU") to urgently notify the Court that 19 BHU members have pending requests for disability accommodations that remain unresolved less than one business day before the City's scheduled September 15 encampment closure.

The City's September 11, 2026 Notice of Encampment Closure requires all individuals within the Harrison Corridor to remove their tents, structures, and personal property by September 15, 2026. (Please see the notice attached for your reference.) The notice states that accommodation requests are "encouraged" to be submitted no later than September 14, 2026. As a practical matter, this gives BHU members only approximately eight hours of a business day to prepare, submit, and have their accommodation requests reviewed before the scheduled abatement.

Attached is a list of the 19 BHU members with pending accommodation requests. The list identifies each member's name, disability-related needs, tent size, requested footprint and preferred relocation sites. These requests were submitted in response to the September 11 Notice, and are in addition to the seven accommodation requests already before the Court.

As of this writing, approximately less than three hours remain in the business day. This timeline does not provide a meaningful opportunity for the individualized assessment and accommodation process contemplated by the Court's orders, much less for the Court to adjudicate any disputes that may arise.

We provided the City with these requests at 11:46 a.m. today and have not received confirmation that the City will refrain from abatement while the requests are pending. We are contacting the Court now because waiting until the close of business at 5:00 p.m. could leave no meaningful opportunity for judicial review before the City's September 15 deadline.

The Court has repeatedly held that the City "may not summarily conclude that a requested accommodation is unreasonable without undergoing this investigative process." ECF 288 at 21. The September 11 Notice threatens to foreclose that process by requiring members to vacate before their accommodation requests can be resolved.

Given the September 15 deadline, we respectfully request that the Court:

- Take notice of these 19 pending accommodation requests and the compressed timeline for their consideration;

- Direct the City to comply with the permanent injunction before taking enforcement action against BHU members with pending disability-accommodation requests, including by conducting the required individualized assessment and accommodation process before taking action that would result in the loss or destruction of a member's shelter (ECF 326 at 4);
- Where a dispute remains, BHU respectfully requests that the Court permit the accommodation request to be resolved (ECF 345 at 2) before the member's shelter is destroyed or removed; and
- Establish an expedited schedule for resolving these requests that is consistent with the ADA's interactive-process requirements and the Court's prior orders.

Because the City's deadline is tomorrow, we respectfully request that the Court address this issue before the scheduled September 15 abatement, if possible.

We are available immediately to provide any additional information the Court may require or to participate in a status conference.

Thank you for your prompt attention to this matter.

Respectfully submitted,

**Yesica Prado**
President, Berkeley Homeless Union

**5 attachments**

**326_Order-Final-Judgement.pdf**
208K

**345_order-magistrate.pdf**
152K

**September 11 Notice.pdf**
4020K

**List of Harrison St ADA requests-09-14-26.pdf**
112K

**288_BHU Summary Judgement Order.pdf**
598K

---

**Mattes, Laura Iris** <LMattes@berkeleyca.gov> Mon, Sep 14, 2026 at 4:12 PM
To: Berkeley Homeless Union <berkeley.homeless.union@gmail.com>, "askcrd@cand.uscourts.gov" <askcrd@cand.uscourts.gov>
Cc: Anthony Prince <princelawoffices@yahoo.com>, "Brown, Farimah F." <FBrown@berkeleyca.gov>, "Stephens, Sara" <sstephens@berkeleyca.gov>, "Scott, Nubyaan" <NScott@berkeleyca.gov>, "Martinez, Gabriel"

<GMartinez@berkeleyca.gov>, "Robbie .Powelson" <robbiepowelson@gmail.com>, "Eiland, Katrina" <KEiland@berkeleyca.gov>

Dear Magistrate Judge Krishnan,

The City has fully complied with the district court's orders. The court's recent order, ECF No. 342 attached, grants temporary relief only to seven individuals. As to the remaining campers, the order explicitly allows the City to proceed with abatement provided they are given 72-hours notice. The City has provided notice consistent with this direction. Ms. Prado, who we note is not an attorney, has not indicated that the City has failed to exempt the seven protected individuals or otherwise violated the court's order.

If this court is inclined to grant any additional relief, we request the ability to adequately respond.

Regards,
Iris Mattes
Counsel for the City of Berkeley

---

**From:** Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
**Sent:** Monday, September 14, 2026 2:29 PM
**To:** askcrd@cand.uscourts.gov <askcrd@cand.uscourts.gov>
**Cc:** Anthony Prince <princelawoffices@yahoo.com>; Brown, Farimah F. <FBrown@berkeleyca.gov>; Stephens, Sara <sstephens@berkeleyca.gov>; Scott, Nubyaan <NScott@berkeleyca.gov>; Mattes, Laura Iris <LMattes@berkeleyca.gov>; Martinez, Gabriel <GMartinez@berkeleyca.gov>; Robbie .Powelson <robbiepowelson@gmail.com>
**Subject:** URGENT: Case No. 25-cv-01414-EMC - Pending ADA Requests and Encampment Closure

**WARNING:** This is not a City of Berkeley email. Do not click links or attachments unless you trust the sender and know the content is safe.

[Quoted text hidden]

---

**Order re individual accommodations and abatement Dkt. No. 342.pdf**
209K

---

**Anthony Prince** <princelawoffices@yahoo.com> Mon, Sep 14, 2026 at 4:16 PM
To: "askcrd@cand.uscourts.gov" <askcrd@cand.uscourts.gov>, Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: "Brown, Farimah F." <fbrown@berkeleyca.gov>, "Stephens, Sara" <sstephens@berkeleyca.gov>, "Scott, Nubyaan" <nscott@berkeleyca.gov>, "Mattes, Laura Iris" <lmattes@berkeleyca.gov>, "Martinez, Gabriel" <gmartinez@berkeleyca.gov>, "Robbie .Powelson" <robbiepowelson@gmail.com>

Dear Deputy Kim Means:

This is Anthony Prince, attorney for the Berkeley Homeless Union:

I write to confirm the information and urgent request made by Yesica Prado, President of the BHU, for immediate intervention to prevent the displacement of Union members at 8th and Harrison who have filed requests for reasonable accommodations but who do not fall under the protection of the most recent order from Judge Chen. I understand that disputes regarding that group of BHU members are to be brought to you for adjudication.

Tomorrow the City, which has ignored the applications for accommodations, will remove them from the encampment before the interactive process can even begin. This is a violation of the citywide permanent injunction ordered by Judge Chen which requires that BHU members who have requested accommodations cannot be removed until the interactive process is completed. Here, the City won't even let the process begin.

While we are working on an ex parte motion for TRO and hope to file it tonight, I urge you to use your sua sponte authority to enjoin the removal of such members and order an emergency hearing.

Very truly yours,

# EXHIBIT D

Gmail **Berkeley Homeless Union <berkeley.homeless.union@gmail.com>**

# URGENT: Case No. 25-cv-01414-EMC - Pending ADA Requests and Encampment Closure

**Anthony Prince** <princelawoffices@yahoo.com> Mon, Sep 14, 2026 at 4:16 PM
To: "askcrd@cand.uscourts.gov" <askcrd@cand.uscourts.gov>, Berkeley Homeless Union <berkeley.homeless.union@gmail.com>
Cc: "Brown, Farimah F." <fbrown@berkeleyca.gov>, "Stephens, Sara" <sstephens@berkeleyca.gov>, "Scott, Nubyaan" <nscott@berkeleyca.gov>, "Mattes, Laura Iris" <lmattes@berkeleyca.gov>, "Martinez, Gabriel" <gmartinez@berkeleyca.gov>, "Robbie .Powelson" <robbiepowelson@gmail.com>

Dear Deputy Kim Means:

This is Anthony Prince, attorney for the Berkeley Homeless Union:

I write to confirm the information and urgent request made by Yesica Prado, President of the BHU, for immediate intervention to prevent the displacement of Union members at 8th and Harrison who have filed requests for reasonable accommodations but who do not fall under the protection of the most recent order from Judge Chen. I understand that disputes regarding that group of BHU members are to be brought to you for adjudication.

Tomorrow the City, which has ignored the applications for accommodations, will remove them from the encampment before the interactive process can even begin. This is a violation of the citywide permanent injunction ordered by Judge Chen which requires that BHU members who have requested accommodations cannot be removed until the interactive process is completed. Here, the City won't even let the process begin.

While we are working on an ex parte motion for TRO and hope to file it tonight, I urge you to use your sua sponte authority to enjoin the removal of such members and order an emergency hearing.

Very truly yours,
Anthony Prince
Phone 510-301-1472

[Quoted text hidden]