United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY HOMELESS UNION, et al.,
Plaintiffs,
v.
CITY OF BERKELEY, et al.,
Defendants.

Case No. 25-cv-01414-EMC

**DENYING RECONSIDERATION OF SEPTEMBER 14, 2026 TRO DENIAL**

The Court **DENIES** Plaintiffs' request for reconsideration. The Court finds that based on the Plaintiffs' errata filed on September 14, 2026, the three "new individuals who were not before the Court on September 8, 2026" that Plaintiffs claim filed accommodations requests by September 14, 2026 did not meet **the Court's September 1, 2026 deadline** to file reasonable accommodations requests. *See* Dkt. 358-1 at 12-15; Dkt. 331 (Order re Planned Abatement). All other individuals listed by Plaintiffs in their errata exhibit had their accommodations requests adjudicated on September 8, 2026. *See* Dkt. 358-1 at 12-15; Dkt. 342. That the City delayed abatement until September 15, 2026 and encouraged accommodations requests by September 14, 2026 does not extend the Court's September 1, 2026 deadline for timely accommodations requests for Court adjudication. The Court's September 10, 2026 ruling without prejudice as to the 21 enumerated individuals denotes that those individuals denied injunctive relief from abatement are entitled to seek accommodations following abatement, not that they are entitled to injunctive relief from abatement.

The parties are reminded that the Court's referral of 21 members to the special master only applies to the individuals specifically identified in the order. *See* Dkt. 342.

United States District Court
Northern District of California

Thus, the Court **DENIES** Plaintiffs' request for reconsideration.

**IT IS SO ORDERED**.

Dated: September 15, 2026



EDWARD M. CHEN
United States District Judge