Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

UNITED STATES COURT

DISTRICT OF NORTHERN CALIFORNIA

United States District Court
Northern District of California

BERKELEY HOMELESS UNION

Plaintiff,

vs.

CITY OF CITY OF BERKELEY

Case No.: 3:25-cv-01414 (Closed case.)

MOTION TO RECONSIDER BHU MOTION FOR IMMEDIATE CESSATION OF ABATEMENT OF 8TH AND HARRISON

At the close of this morning's emergency hearing, the Court indicated that if evidence arose of the City violating its orders, Plaintiff BHU could move for reconsideration of the earlier-filed Ex Parte motion to halt the abatement of the 8th and Harrison Encampment.

Filed minutes before the filing of this motion, the Union filed the declarations of Amy Jonas and Robbie Powelson stating 1) The City bulldozed the tent and personal property of BHU member Amy Jonas and then refused to provide her with a replacement tent; and 2) That at least two BPD officers permitted only Yesica Prado and Robbie Powelson into the abatement area and refused to admit any other person named on the list of authorized BHU representatives that was provided to the City and to the Court immediately after this morning's hearing.

By allowing only two authorized representatives of BHU to access the abatement area, the City is effectively preventing the Union from observing the abatement and protecting its members.

Plaintiff BHU therefore respectfully and urgently requests that the Court order the abatement of the encampment halted or specifically restricted only to areas where BHU representatives are until the City shows cause why it should not be held in

//

`contempt of court. The Union will shortly file updated declarations showing that tents and property are now being routinely destroyed and no replacement tents have been provided.

Counsel for BHU apologizes for the brevity of this motion which is unavoidable if further violations of the Court's orders and harm to our members is to be prevented today.

Respectfully submitted,

Dated: September 15, 2026 /s/ Anthony Prince