Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

UNITED STATES COURT

DISTRICT OF NORTHERN CALIFORNIA

BERKELEY HOMELESS UNION

Plaintiff,

vs.

CITY OF CITY OF BERKELEY

Case No.: 3:25-cv-01414 (Closed case.)

DECLARATION OF AMY JONAS

1. I, AMY JONAS, do declare I have personal knowledge of the following and if called to
2. testify at trial would do so competently.
3. I am a member of the Berkeley Homeless Union. I lived in Eighth and Harrison last six months. The City took me by surprise. I thought they had finished for the day.
4. They crushed and bulldozed my tent and everything in it 30 minutes ago. Along with my tent, they crushed and destroyed my radio, my bicycle and my deceased mother's ashes. I did not give them permission to do this. I was not provided any opportunity to save or store these items.
5. At 12:00 pm spoke with Robbie Powelson and Berkeley Police Lieutenant McGee and asked for a replacement tent. They did not give me one.

I swear the foregoing is true under penalty of perjury under the laws of the United States and the State of California.

Dated: September 15, 2026 /s/ Amy Jonas

Executed at Berkeley CA.



United States District Court
Northern District of California