Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

UNITED STATES COURT

DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION<br>Plaintiff,<br>vs.<br>CITY OF CITY OF BERKELEY | Case No.: 3:25-cv-01414 (Closed case.)<br><br>DECLARATION OF ROBBIE POWELSON |

1. I, ROBBIE POWELSON, do declare I have personal knowledge of the following and if
2. called to testify at trial would do so competently.
3. I watched this morning's emergency hearing. The following occurred after the Court entered its order.
4. I located BHU member Amy Jonas who stated her dwelling and possessions had been destroyed.
5. I asked the BPD Lieutenant McGee for a tent. He directed me to Okeya Vance and Peter Radu. I asked them to provide Ms. Jonas with a replacement tent.
6. They completely ignored me. Peter Radu said that we would not talk to me at all and would not engage with me at all.
7. BPD Officer Hartson and Lt. Mc Gee will not allow anyone else besides me and Yesica Prado into the camp. They will not allow anyone else who is on the list of BHU authorized representatives that was sent to the City immediately after the hearing to enter the abatement area.



United States District Court
Northern District of California

I swear the foregoing is true under penalty of perjury under the laws of the United States and the State of California.

Dated: September 15, 2026 /s/ Robbie Powelson

Executed at Berkeley CA.