United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY HOMELESS UNION, et al.,
Plaintiffs,
v.
CITY OF BERKELEY, et al.,
Defendants.

Case No. 25-cv-01414-EMC

**ORDER DENYING RECONSIDERATION OF SEPTEMBER 15, 2026 ORDER DENYING TRO APPLICATION**

Docket No. 364

The Court **DENIES** Plaintiffs' motion for reconsideration of this Court's Order Denying Plaintiffs' September 15, 2026 TRO Application. *See* Dkt. 364.

The Court reminds the City that pursuant to its August 20, 2026 Order re Motion for Final Judgment, "[w]here enforcement would otherwise result in loss of shelter, the City must allow the member to retain or relocate the tent to a location that does not unreasonably obstruct pedestrian passage, or must provide a replacement tent consistent with that standard. This latter requirement applies regardless of disability status." Dkt. 326 at 4.

As for Plaintiffs' claims that the City is not allowing BHU representatives other than Yesica Prado and Robbie Powelson to enter the abatement area to assist BHU members, the Court orders the City to provide a physical copy of this Court's order (Dkt. 363) to all City representatives, police officers, and other relevant individuals who are physically present and involved in the Harrison Encampment abatement. The City is reminded that violations of the Court's prior orders may be subject to contempt proceedings.

**IT IS SO ORDERED**.

Dated: September 15, 2026



EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California