UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br>Plaintiffs,<br>v.<br>CITY OF BERKELEY, et al.,<br>Defendants. | Case No. 25-cv-01414-EMC<br><br>**ORDER FOR ADDITIONAL INFORMATION REGARDING BHU REPRESENTATIVES** |

The Court has received the City's challenges as to BHU's identification of representatives pursuant to this Court's Order Denying Plaintiffs' September 15, 2026 TRO Application. Dkt. 363. The Court's Order stands for now, subject to the following:

1. The Court orders BHU to file no later than 6:00 p.m. on September 15, 2026 a list of all of the individuals in addition to Mr. Prince, Ms. Prado, and Mr. Powelson that BHU has sought to designate as representatives during the abatement (i.e. Nicholas Porsborg, Sammy Shresttcha, Minh Connors, Darren Webster, Malia Goulart, and Gordon Gilmore). For each individual listed, BHU shall provide their (1) full legal name, (2) a description of the individual's relationship to BHU, and (3) the individual's familiarity with the Court's prior orders regarding the Harrison Encampment abatement.
2. The Court orders the City to file any challenges to the listed BHU representatives no later than 9:00 a.m. on September 16, 2026 providing the specific basis for each such challenge.

Unless and until otherwise ordered, these listed individuals may participate under the Court's order, and BHU shall not add any further names to the list of representatives.

United States District Court
Northern District of California

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: September 15, 2026



EDWARD M. CHEN
United States District Judge