Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-301-1472

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BERKELEY HOMELESS UNION,

Plaintiffs,

vs.

CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, RASHI KESERWANI, DOES 1-10

Defendant.

Case No.: 3:25-cv-01414-EMC
(Closed Case)

**SUPPLEMENT TO PLAINTIFF'S RESPONSE TO ORDER FOR INFORMATION REGARDING AUTHORIZED REPRESENTATIVES OF BHU AT 8TH AND HARRISON ABATEMENT**

## I. INTRODUCTION

In its initial response to the Court's Order for additional information, provided information applicable to all those BHU-designated representatives identified in the Court order itself and did not re-list the individuals. BHU hereby supplements its earlier response with a list of those authorized to represent BHU during the abatement at 8th and Harrison:

**BHU members:** Shelby McQuown, Erick Morales, Stefan Kaiter, Darren Webster, Malia Goulart, Yesica Prado

**BHU Legal Counsel:** Anthony Prince

**BHU supporters:** Nicholas Porsborg, Erin Sheridan, Erick Morales, Maria Toldi, Gordon Gilmore, Sammy Shresttcha, Minh Connors, Andrea Pritchett, Russell Bates, Robbie Powelson

It should be kept in mind that those listed do not all have the same amount of time or number of days available to them to represent BHU at the encampment. Some can only spend an hour, some

a few hours, some all day. We have designated a number adequate to ensure sufficient coverage throughout the duration of the abatement.

Should the Court require additional information regarding its designated representatives, for the reasons set forth in its previously filed response, BHU is willing to provide information and answer any questions by way of *in camera* review or otherwise protected from disclosure to the City of Berkely or the public at large as the Union has several times indicated to the Court and the City Attorney when the City has demanded disclosure of our membership list to challenge our organizational and associational standing.

Dated: September 15, 2026

Respectfully submitted,
/s/ Anthony D. Prince
Anthony D. Prince
Counsel for Berkeley Homeless Union