**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

# CIVIL MINUTES

**Date:** September 15, 2026 **Time:** 11:02-11:45
43 Minutes **Judge:** EDWARD M. CHEN

**Case No.**: 25-cv-01414-EMC **Case Name:** Berkeley Homeless Union v. City of Berkeley

**Attorney for Plaintiffs:** Anthony Prince
**Attorney for Defendant:** Laura Mattes
**Also Present:** Sara Stephens

**Deputy Clerk:** Vicky Ayala **Court Reporter:** Zoom Recording

## PROCEEDINGS HELD VIA ZOOM WEBINAR

Motion for TRO - held

## SUMMARY

Parties stated appearances.

Both parties presented updates as to the ongoing September 15, 2026, Harrison Encampment abatement, described disputes about whether the City is complying with the Court's prior orders, and discussed their positions as to allowing BHU representatives to enter the City's abatement perimeter to assist their members during the abatement and to observe whether the terms of the Court's orders were being properly implemented. The Court ruled on the parties' disputes, allowing the abatement to proceed, reiterating the requirements imposed by the Court, and allowing BHU access inside the perimeter. Order to follow.