United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY HOMELESS UNION, et al.,
Plaintiffs,
v.
CITY OF BERKELEY, et al.,
Defendants.

Case No. 25-cv-01414-EMC

**REGARDING ABATEMENT REPRESENTATIVES**

The Court orders the following regarding Berkeley Homeless Union (BHU) representatives permitted to observe the Harrison Encampment abatement and assist BHU members during the abatement:

1. The Court reminds the parties that the only request the Court made for email communications with the Court was as to the list of proposed representatives from BHU attorney Mr. Prince on September 15, 2026, and the City's initial challenges to those individuals. Subsequently, the Court ordered the parties to file in the docket (1) specific information requested from BHU, and (2) the City's responses to the information filed by BHU. Dkt. 367 (Order for Additional Information Regarding BHU Representatives).
2. The Court will **<u>not</u>** accept email communications as to the abatement or ongoing disputes between the parties, and will only read and consider filings on the docket. All factual representations must be presented to the Court in the form of evidence (*e.g.* sworn declarations);
3. The Court **DENIES** the City's request to limit the number of BHU representatives to Mr. Prince, Ms. Prado, and Mr. Powelson. *See* Dkt. 371. The Court also **DENIES**

United States District Court
Northern District of California

BHU's request for additional BHU members to be added to the list of representatives permitted in the abatement area. *See* Dkts. 369, 367 ("BHU shall not add any further names to the list of representatives.").

4. The Court will allow the following nine individuals to serve as BHU representatives pursuant to its September 15, 2026 order (Dkt. 363) as to BHU representatives permitted in the abatement area:

   - Andrew Prince
   - Yesica Prado
   - Robbie Powelson
   - Nicholas Porsborg
   - Sammy Shresttcha
   - Minh Connors
   - Darren Webster
   - Malia Goulart
   - Gordon Gilmore

5. BHU is ordered to immediately provide each of the above individuals with, at minimum, a copy of this Court's Order re Motion for Final Judgment, Dkt. 326.

**IT IS SO ORDERED**.

Dated: September 16, 2026

EDWARD M. CHEN
United States District Judge