**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** **THE NORTHERN DISTRICT OF CALIFORNIA**

# Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:25-cv-01414-EMC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 02/11/2025

Date of judgment or order you are appealing: 08/27/2026

Docket entry number of judgment or order you are appealing: 327

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(●) Yes ( ) No ( ) IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

City of Berkeley, Paul Buddenhagen, Thomas Gregory, Rashi Kesarwani, Peter Radu, Okeya Vance-Dozier

Is this a cross-appeal? ( ) Yes (●) No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? (●) Yes ( ) No

If yes, what is the prior appeal case number? 25-7341 26-842 26-2755 26-2820

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/Stephen A. Hylas **Date** Sep 17, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

City of Berkeley, Paul Buddenhagen, Thomas Gregory, Rashi Kesarwani, Peter Radu, Okeya Vance-Dozier

Name(s) of counsel (if any):

Farimah Faiz Brown, Laura Iris Mattes, Stephen Hylas

Address: 2180 Milvia Street, 4th Floor, Berkeley CA 94704

Telephone number(s): 510-981-6998

Email(s): fbrown@berkeleyca.gov, lmattes@berkeleyca.gov, shylas@berkeleyca

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Berkeley Homeless Union

Name(s) of counsel (if any):

Anthony David Prince

Address: 2425 Prince Street, #100, Berkeley, CA 94705

Telephone number(s): 510-845-5475

Email(s): princelawoffices@yahoo.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*