Farimah Faiz Brown, City Attorney (State Bar No. 201227)
Katrina Eiland, Assistant City Attorney (State Bar No. 275701)
Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
Nubyaan Scott, Deputy City Attorney (State Bar No. 331584)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960
Email: LMattes@berkeleyca.gov
KEiland@berkeleyca.gov

Attorneys for Defendant
CITY OF BERKELEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE, RASHI KESERWANI, DOES 1-10,<br><br>Defendant. | Case No. 3:25-CV-01414-EMC<br><br>**SUPPLEMENTAL DECLARATION OF DAVID WHITE IN SUPPORT OF DEFENDANT CITY OF BERKELEY'S STATUS UPDATE** |

I, David White, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below..

2. I am the Deputy City Manager for the City of Berkeley (the "City"), a position that I have held since March 2025. In this role, I oversee many City departments including Health, Housing and Community Services, Public Works, Parks, Recreation, and Waterfront, Human Resources, and Information Technology. In addition, within the City Manager's Office, I am responsible for the City's Budget, Neighborhood Services, Special Projects, and Civic Arts

divisions. Neighborhood Services includes the City's Homeless Response Team ("HRT"), a cross-departmental task force that provides outreach, engagement, and coordination of shelter and housing resources for individuals experiencing homelessness in Berkeley.

3. On September 14, 2026, the Court ordered the parties to file a joint report by close of business on September 18, 2026, concerning the two proposed accommodation locations at Fourth and Camelia Street. Among other things, the Court ordered the parties to include in the joint report the distance from the proposed accommodation locations to Duck's Nest Preschool and the location and dimensions of drop-off and pick-up zones used by Duck's Nest Preschool. The Court stated that the information should be depicted in diagram form but could be supplemented with narrative information if necessary.

4. Because the City is not affiliated with Duck's Nest Preschool and does not have personal knowledge of the preschool's drop-off and pick-up practices, I contacted the preschool to obtain information responsive to the Court's order.

5. On September 17, 2026, I spoke with Sinian Xiao, the Site Director of Duck's Nest Preschool. I explained that the City was preparing the joint report ordered by the Court and needed information concerning the location and dimensions of the drop-off and pick-up zones used by the preschool. During the conversation, I asked Ms. Xiao to describe how drop-off and pick-up operate at the preschool, including the locations used for those purposes and the relevant times. I also asked follow-up questions to clarify the information she provided, including questions concerning the number of students and the timing of drop-off and pick-up.

6. At approximately 10:55 a.m. on September 17, 2026, following our conversation, Ms. Xiao sent an email to me containing a declaration concerning Duck's Nest Preschool's drop-off and pick-up practices. I did not request that Ms. Xiao prepare or provide a declaration. She provided the declaration on her own following our conversation.

7. A true and correct copy of the declaration received from Ms. Xiao is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 18, 2026, in Berkeley, California.

Signed by:
David White
75878A0088CE471...

DAVID WHITE

# EXHIBIT A

**From:** Duck's Nest Berkeley <berkeleyoffice@ducksnest.org>
**Sent:** Thursday, September 17, 2026 10:55 AM
**To:** White, David <DWhite@berkeleyca.gov>; Buddenhagen, Paul <PBuddenhagen@berkeleyca.gov>
**Cc:** Kesarwani, Rashi <RKesarwani@berkeleyca.gov>
**Subject:** Declaration re: BHU vs. COB-4th and Camelia

**WARNING:** This is not a City of Berkeley email. Do not click links or attachments unless you trust the sender and know the content is safe.

Hello Attorney White and City Manager Buddenhagen,

I am submitting a formal declaration to be included in the response to the 4th and Camelia proposed relocation with Judge Chen.

Please let me know if you have any questions.

Thank you for your consideration,
Sinian Xiao

--
Duck's Nest Berkeley
1411 4th Street
Berkeley, CA 94710
Phone: 510-527-2331
Fax: 510-526-0769
www.ducksnestpreschool.com
Tax ID #87-4235911

I, Sinian Xiao, declare as follows:

1. I am competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently thereto.
2. I am employed as Site Director at Duck's Nest Preschool ("Duck's Nest"), located at 1411 4th Street, in Berkeley, California. I have held this position since August 1, 2016. In this role, my responsibilities include overseeing the day-to-day operations of the preschool, including being present during student drop-off and pick-up and overseeing the staff supporting those times.
3. Duck's Nest currently enrolls 91 children, representing 80 families. Duck's Nest's drop-off and pick-up hours are generally between approximately 8:00 a.m. and 9:30 a.m. in the morning, and between approximately 3:00 p.m and 5:30 p.m. in the afternoon.
4. Based on my role at Duck's Nest and my regular presence at the school during drop-off and pick-up hours over the past ten years, I am personally familiar with how Duck's Nest families use the streets and sidewalks surrounding the school, including the portion of Camelia Street west of 4th Street. I have regularly observed Duck's Nest families using the streets and sidewalks surrounding the school during drop-off and pick-up, including parking or stopping on Camelia Street west of 4th Street when the 10-minute parking zone in front of the school is occupied, and then walking with their children to or from the school.
5. The City has designated a 10-minute parking zone directly in front of Duck's Nest, marked by a green curb, that accommodates approximately four vehicles at a time for up to 10-minute increments. Based on my personal observation, this designated zone does not nearly accommodate the actual volume of families dropping off and picking up children during peak periods. Families therefore regularly park, stop, and walk from locations beyond this green-curb zone, including 4th Street north of Camelia Street, Camelia Street west and east of its intersection with 4th Street, and Page Street near its intersection with 4th Street.
6. On September 16, at approximately 5:00 p.m., I observed the area of Camelia Street west of 4th Street. During this observation, I saw:
    a. Eight vehicles associated with Duck's Nest families loading or unloading children along this stretch;
    b. Two vehicles double-parked;
    c. 10 parents/caregivers with children who parked on Camelia Street west of 4th Street and walked to Duck's Nest;
7. During the 20-minute observation period, the portion of 4th Street between Camelia Street and Page Street was fully occupied by parked vehicles at almost all times. During that period, three vehicles departed, making their parking spaces available to other drivers. By seeing who entered or exited the vehicles, I determined that at least seven of the parked vehicles were associated with Duck's Nest families. I also observed one delivery vehicle blocking the school driveway gate for approximately five minutes before leaving.

8. Attached as Exhibit A are pictures I took during this September 16 observation period demonstrating the described conditions.
9. I have reviewed the diagram attached to this declaration as Exhibit B, which was prepared by [Jacob Teitelbaum, Ducks Nest Parent] based on measurements and observations of the area surrounding Duck's Nest and the intersection of 4th and Camelia Streets. Based on my own personal knowledge and observations as described above, the areas depicted in Exhibit B as being used by Duck's Nest families accurately and fairly represent the sidewalk and street areas that Duck's Nest families actually use on a regular basis during drop-off and pick-up hours.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, at Montreal, Canada

Sinian Xiao 9-17-2026

Sinian Xiao Date

Site Director of Duck's Nest Preschool-Berkeley

**Exhibit A**



Directly in front of Duck's Nest on 4th St between Camelia and Page. The green curb 10 minute parking area is full, as are surrounding parking spots and spaces across the street.



Taken from the Southeast corner of 4th and Camelia facing South down 4th St. Parking is full on both sides of the block of 4th St from Page St to Camelia St.






Southwest and Northwest corners of 4th St and Camelia St, facing 2nd Street down the dead end spur of Camelia St. A family of 5 double parked to load on the dead end spur of Camelia

presumably due to traffic on 4th, the 10 minute parking zone in front of the Duck's Nest full, and parking full down the dead end spur of Camelia.




(1532) South West corner of 4th and Camelia St, facing 2nd St (dead end spur and train tracks). A parent with two small children walking to their car parked on Camelia St.



On Camelia between train tracks and 4th street (photo taken from the Northwest corner of 4th and Camelia). A family of four with one child in a wheelchair parked on the dead end spur of Camela.



Same family crossing 4th street from the Northwest corner of 4th at Camelia

**Exhibit B**




Fig 3 CAMELIA ST Diagram