United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY HOMELESS UNION, et al.,
Plaintiffs,

v.

CITY OF BERKELEY, et al.,
Defendants.

Case No. 25-cv-01414-EMC

**ORDER DENYING MOTION TO SHORTEN TIME FOR MOTION TO STAY**

Docket No. 379

Defendants move for an order shortening time on their motion for stay pending appeal of the Court's final judgment and permanent injunction (Dkts. 326 and 327) and its subsequent orders, including its Order re Individual Accommodations Adjudication and Abatement (Dkt. 342). Dkt. 376 at 2. Pursuant to local rules, Defendants' motion is scheduled to be heard on October 29, 2026. Defendants seek to shorten time and have the motion heard on October 6, 2026.

The motion is denied. Defendants fail to establish a sufficient urgency to justify the request. The abatement of the encampment that is the subject of the orders has proceeded. While there are certain exclusions and conditions which apply under this Court orders, the difference of 23 days does not threaten such significant irreparable injury to the City as to warrant the change in schedule.

Defendants' motion to shorten time is **DENIED**. Plaintiffs' response to Defendants' stay motion is due October 1, the City's reply is due October 8, and the hearing will be held on October 29 at 1:30 p.m.

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: September 20, 2026

EDWARD M. CHEN
United States District Judge