UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br>Plaintiffs,<br>v.<br>CITY OF BERKELEY, et al.,<br>Defendants. | Case No. 25-cv-01414-EMC<br><br>**ORDER FOR REFILING OF EXHIBIT A (DKT. 380-1)** |

The parties timely filed their joint status report (Dkt. 380) in response to this Court's September 14, 2026 Order for Additional Site Information. Dkt. 355.

The diagram submitted with Mr. Gregory's declaration as Exhibit A (Dkt. 380-1) appears to have been cut off during the filing process. The legend key portion of the Court's requested diagram (in the top left corner of Dkt. 380-1 at 5 of 8) describing what each color represents on the diagram is cut off. This information is not otherwise submitted in narrative form in Mr. White's declaration.

By September 23, 2026, the City is ordered to re-submit Mr. Gregory's Declaration and Exhibit A (Dkt. 380-1) such that the legend key is visible. While this information may be already included in the legend key the Court is unable to see in the currently filed exhibit, the City is reminded that the diagram should include, among other things, (1) "dimensions of proposed emergency and pedestrian access on the sidewalk," (i.e. the sidewalk width for pedestrian access), (2) and "the dimensions of ingress and egress setbacks for vehicles" (i.e. the setback for vehicles to open and close doors). Dkt. 355.

United States District Court
Northern District of California

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: September 21, 2026

EDWARD M. CHEN
United States District Judge