Farimah Faiz Brown, City Attorney (State Bar No. 201227)
Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
Stephen A. Hylas, Deputy City Attorney (State Bar No. 319833)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960
Email: LMattes@berkeleyca.gov
SHylas@berkeleyca.gov

Attorneys for Defendants
CITY OF BERKELEY, THOMAS GREGORY,
PAUL BUDDENHAGEN, PETER RADU,
OKEYA VANCE-DOZIER, RASHI KESARWANI

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERKELEY HOMELESS UNION et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, RASHI KESERWANI, DOES 1-10<br><br>Defendants. | Case No. 3:25-CV-01414-EMC-LB<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>**DEFENDANTS' NOTICE OF APPEAL OF SEPTEMBER 9, 2026 ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendants CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, and RASHI KESARWANI (collectively, "Defendants") hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's order granting injunctive relief dated September 9, 2026 (ECF No. 342).

Dated: September 21, 2026

Respectfully submitted,

BERKELEY CITY ATTORNEY'S OFFICE

Stephen Hylas
Deputy City Attorney
Attorneys for City of Berkeley

**REPRESENTATION STATEMENT**
Ninth Circuit Rule 3-2(b)

**Counsel for Appellants/Defendants City of Berkeley, Thomas Gregory, Paul Buddenhagen, Peter Radu, Okeya Vance-Dozier, Rashi Kesarwani**

Farimah Faiz Brown, City Attorney (State Bar No. 201227)
FBrown@berkeleyca.gov
Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
LMattes@berkeleyca.gov
Stephen A. Hylas, Deputy City Attorney (State Bar No. 319833)
SHylas@berkeleyca.gov

BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960

**Counsel for Plaintiff/Appellee Berkeley Homeless Union**

Anthony D. Prince (SBN # 202892)
princelawoffices@yahoo.com

General Counsel, California Homeless Union/Statewide Organizing Council
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: 510-845-5475

**NOTICE OF RELATED CASES**
Ninth Circuit Rule 28-2.6

Pursuant to Ninth Circuit Rule 28-2.6(a), the undersigned counsel hereby attests that this case is related to the consolidated case *Berkeley Homeless Union v. City of Berkeley and Prado et al. v. City of Berkeley*, Nos. 25-7341, 26-842, 26-2755, and 26-2823, and *Berkeley Homeless Union v. City of Berkeley*, No. 26-2820, because it arises out of the same underlying case in the district court. This case is also related to a subsequent case for which the City filed a notice of appeal in the district court, which the Court of Appeals has not yet docketed. *See Berkeley Homeless Union v. City of Berkeley*, No. 3:25-cv-01414-EMC-LB (N.D. Cal.), ECF No. 375.

Dated: September 21, 2026

BERKELEY CITY ATTORNEY'S OFFICE

By: */s/ Stephen Hylas*
Stephen Hylas
Deputy City Attorney
Attorneys for City of Berkeley

Case: *Berkeley Homeless Union, et al. v. City of Berkeley*
Court: United States District Court for the Northern District of California
Case No.: CV-25-1414

**PROOF OF SERVICE**

I, the undersigned, certify that I am employed in the City of Berkeley, County of Alameda, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 2180 Milvia Street, 4th Floor, Berkeley, California 94704. On this date, I served the following document(s):

**DEFENDANTS' NOTICE OF APPEAL OF SEPTEMBER 9, 2026 ORDER**

on the parties stated above, through their attorneys of record, by electronic transmission to the following addressee(s):

Anthony D. Prince
General Counsel, California Homeless Union
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
princelawoffices@yahoo.com

*Attorneys for Plaintiffs/Petitioners*

**ONLY BY ELECTRONIC TRANSMISSION.** I caused each such document to be transmitted to the e-mail addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 21, 2026, at Berkeley, California.

*/s/ Herschel Winheld*

Herschel Winheld