Farimah Faiz Brown, City Attorney (State Bar No. 201227)
Katrina Eiland, Assistant City Attorney (State Bar No. 275701)
Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
Nubyaan Scott, Deputy City Attorney (State Bar No. 331584)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960
Email: LMattes@berkeleyca.gov
KEiland@berkeleyca.gov

Attorneys for Defendant
CITY OF BERKELEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE, RASHI KESERWANI, DOES 1-10,<br><br>Defendant. | Case No. 3:25-CV-01414-EMC<br><br>**SUPPLEMENTAL DECLARATION OF THOMAS GREGORY IN SUPPORT OF DEFENDANT CITY OF BERKELEY'S STATUS UPDATE** |

I, Thomas Gregory, declare as follows:

1. I have personal knowledge of the facts described herein. If called as a witness, I could and would testify competently and truthfully to the facts set forth in this declaration.

2. I am the City's ADA Program Coordinator and work within the City's Public Works Department. I have a Juris Doctor degree from the University of California, Davis—School of Law. I am also a Certified ADA Coordinator through the Americans with Disabilities Act ("ADA") Coordinator Training Certification Program ("ACTCP") at the Great Plains ADA Center. This certification verifies that I have completed training in ADA regulations and

guidelines.

3. In response to the Court's September 14, 2026 order, I worked with colleagues in the Public Works Department to prepare the diagram of the two proposed accommodation locations at Fourth and Camelia Street.

4. The diagram is based on an overhead image from Google Maps and has been marked and annotated to depict the information requested by the Court, including the dimensions of the sidewalks; proposed emergency and pedestrian access areas; adjacent vehicle parking and applicable ingress and egress setbacks; relevant construction, fire, utility, emergency, and pedestrian access areas; the distance from the proposed accommodation locations to Duck's Nest Preschool; the drop-off and pick-up zones used by the preschool; and the dead-end vehicle turning radius in relation to the proposed locations.

5. I worked with Public Works colleagues to identify and depict the relevant measurements, locations, and other information reflected in the diagram. The annotations and measurements shown on the diagram reflect information available to the City and information obtained during the City's assessment of the proposed accommodation locations. To the extent the diagram identifies Duck's Nest Preschool's drop-off and pick-up zones, that information was provided by the preschool, as described in the accompanying declaration of Deputy City Manager David White.

6. A true and correct copy of the diagram prepared in response to the Court's September 14, 2026 order is attached hereto as Exhibit A.

7. I also consulted with the Deputy Fire Marshal regarding the dead-end vehicle turning radius identified in paragraph 1(g) of the Court's order. The Deputy Fire Marshal advised that a turning radius is not required for fire apparatus at this location because fire apparatus would back out of the dead-end roadway. She further advised that large delivery trucks travel to and from Trumer Brewery and, because the roadway is closed to through traffic, may use the open roadway area to turn around. She stated that the Fire Department's concern is that no items obstruct the roadway.

8. A true and correct copy of the email in which the Deputy Fire Marshal provided

this information is attached hereto as Exhibit B.

9. Based on measurements I helped to take during this Court's previously ordered walkthroughs with BHU, the City previously informed Berkeley Homeless Union representatives that the allowable footprints for the two sites assessed at this location were: 32 feet in length and 75 inches (6.25 feet) in width for the first location closest to the railroad fence and next to a red curb, to allow for both emergency access and pedestrian access; and 161 feet in length and 4.5 feet in width in the area of the curb that is not red, to allow for both pedestrian access and vehicle ingress and egress.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 18, 2026, in Berkeley, California.

Signed by:
Thomas Gregory
02C11A761E5E439...
THOMAS GREGORY

# EXHIBIT

# A


Camelia Street between UPRR and 4th Street
CITY OF BERKELEY
Legend
Hydrants
Utility Poles
Signpoles
TaxParcel
Duck's Nest Preschool
6' Pedestrian Access Area
18" Parking Access Area
Spot #1
Spot #2
Camelia Barricade
Curb Color
Green
Red
Unpainted
THE LENGTH OF THIS SPOT IS SUITABLE FOR CAMPING
THE LENGTH OF THIS SPOT IS SUITABLE FOR CAMPING
19.73' WIDE EMERGENCY ACCESS POINT
APPROXIMATE DIMENSIONS:
SPOT #1:
6' X 62.55' =375.3 sq. ft.
SPOT #2:
6' x 163.36' - 101.27' x 1.5' = 828.255' sq. ft.
SUITABLE LOCATION FOOTPRINTS INCLUDE SIGNPOSTS AND UTILITY POLES THAT MUST REMAIN ACCESSIBLE TO CITY AND UTILITY COMPANY WORKERS
38.45'
5.37'
42.92'
101.27'
19.17'
12'
36'
10'
15.07'
209'
164'
19.24'
97.58'
88.37'
Camelia St
4th St
Third St
Union Pacific Railroad
California Ink Company
Trumer Brewery
711
643
1333
1337
722
770
1406
1409
1410
1416
1417
1404
1414
1421
0
50
100
200 US Feet
N

# EXHIBIT B

**From:** Shaffer-Killey, Shannon
**To:** Gregory, Thomas; Tan, Zhong
**Cc:** Amiri, Wahid; Scott, Nubyaan; Stephens, Sara; Helmbrecht, Mark
**Subject:** RE: URGENT: Advance staging & unpermitted encampment expansion at 4th & Camelia / 9th & Camelia (Case No. 3:25-cv-01414-EMC)
**Date:** Wednesday, September 16, 2026 1:52:32 PM

---

Item G for turning for fire is not needed as we would back out since its a dead end. however, large trucks come in and out of Trumer and since the road was closed as a through way, I think they use the open space to turn their large delivery trucks around. Fires concern is that no items be on the roadway, sidewalk is fine just clear of the road.

Let me know if you need more information.

Thank you,

Shannon Shaffer-Killey

*Deputy Fire Marshal*

City of Berkeley Fire Department

Direct Line: 510-981-5587

Cell Phone: 510-774-1380

1250 9th Street

Berkeley, CA 94710

---

**From:** Gregory, Thomas <TGregory@berkeleyca.gov>
**Sent:** Wednesday, September 16, 2026 10:06 AM
**To:** Shaffer-Killey, Shannon <SShaffer-Killey@berkeleyca.gov>; Tan, Zhong <ZTan@berkeleyca.gov>
**Cc:** Amiri, Wahid <WAmiri@berkeleyca.gov>; Scott, Nubyaan <NScott@berkeleyca.gov>; Stephens, Sara <sstephens@berkeleyca.gov>; Helmbrecht, Mark <MHelmbrecht@berkeleyca.gov> **Subject:** URGENT: Advance staging & unpermitted encampment expansion at 4th & Camelia / 9th & Camelia (Case No. 3:25-cv-01414-EMC)

Shannon: I've touched base with Zhong Tan and another traffic engineer...this turning radii issue is not a concern for PW (unless/until it becomes a concern for Fire).

Thus I believe I only need Fire's input re the judge's item g.

Please provide input at your soonest opp...time-sensitive.

Best,

**Thomas Gregory / ADA Program Coordinator**
City of Berkeley, Public Works Department
1947 Center Street, 5th Floor
Berkeley, CA 94704

(510) 981-6418