Farimah Brown, City Attorney (State Bar No. 201227)
Katrina Eiland, Assistant City Attorney (State Bar No. 275701)
Sara Stephens, Deputy City Attorney (State Bar No. 300589)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960
Email: keiland@berkeleyca.gov
LMattes@berkeleyca.gov
NScott@berkeleyca.gov

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, RASHI KESERWANI, DOES 1-10<br><br>Defendants. | Case No. 3:25-CV-01414-EMC<br><br>DECLARATION OF SHANNON SHAFFER-KILLEY IN SUPPORT OF CITY OF BERKELEY'S STATUS REPORT<br><br>Judge: Hon. Edward M. Chen |

**DECLARATION OF SHANNON SHAFFER-KILLEY**

I, Shannon Shaffer-Killey, declare as follows:

1. I am the Deputy Fire Marshal employed by the Berkeley Fire Department ("Department"), for the City of Berkeley ("City"), and have served within the Department since April 2022. I have been the Deputy Fire Marshal since January 2026.

2. I am over the age of 18 and am competent to testify in a court of law.

3. I have personal knowledge of all the matters stated herein and, if called as a witness, I could and would competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

4. The Department's functions include but are not limited to prevention of fire; maintenance of fire protection equipment; and the enforcement of all laws and regulations pertaining to fire prevention, fire protection and the control of the spread of fire.

5. As Deputy Fire Marshal, I am assigned with, among other things, the responsibility of inspecting a variety of structures including businesses, schools, factories, and residential homes for compliance with local, state, and national fire codes as well as building, administrative, and health codes. My professional duties also include researching, interpreting, and applying codes related to specific on-site conditions; issuing citations for non-compliance with fire and building codes; preparing and posting notices of violations and orders to abate; and investigating the origin of fires.

6. For several years prior to the area being declared a no-TNC zone, there was a large homeless encampment on Second Street between Page and Cedar Streets ("Second/Cedar encampment"). The Second/Cedar Street encampment created a high number of calls for fire and EMS services. In the twelve-month period from August 1, 2023 through July 31, 2024, the Second/Cedar encampment area generated 81 Berkeley Fire calls for service—an average of one

fire call approximately every four and a half days Attached as **Exhibit A** is true and correct copy of all calls in this area from August 2023 to July 2024.

7. In addition to the fires normally associated with encampments, there were also at least two instances of arson associated with the Second/Cedar encampment. In May 2024, an unhoused woman was arrested for arson for deliberately setting fire to objects within the Second/Cedar encampment. A few weeks later there was a second deliberate fire set within this encampment.

8. Since declaring the Second/Cedar encampment a no TNC zone, the number of fire or EMS calls in the public right of way due to encampments has reduced significantly.

9. If any encampment were to be established in the area, there are necessary fire related restrictions that must be followed in order to mitigate fire risks. California Fire Code section 315.4 requires combustible items to be ten feet from a property line or a three-feet where items remain under six feet in height. If a tent encampment extends larger than 700 sq feet, there needs to be 12-foot break between encampments.

10. In my role as the Deputy Fire Marshall, I am made aware of new developments or changes to existing development throughout the City. The Pacific Steel site on Second Street and Page Street is currently in a redevelopment process which could impact the future use of this area including sidewalks, parking, and building access.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 18, 2026

By: Signed by: [signature] 47C6ED31CCF8442...

SHANNON SHAFFER-KILLEY

# EXHIBIT

# A

| Incident# | Alarm Date | Street | Situation Found |
|---|---|---|---|
| 2023-010884 | 8/15/2023 23:18 | 2ND ST | Passenger vehicle fire |
| 2023-011201 | 8/21/2023 20:58 | 2ND ST | Emergency medical service incident, other |
| 2023-011332 | 8/23/2023 23:32 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2023-012369 | 9/13/2023 15:26 | PAGE ST | Emergency medical service incident, other |
| 2023-012392 | 9/14/2023 3:02 | 2ND ST | Brush or brush-and-grass mixture fire |
| 2023-012600 | 9/18/2023 10:29 | CEDAR ST | Assist invalid |
| 2023-012872 | 9/23/2023 21:29 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2023-012903 | 9/24/2023 9:26 | 4TH ST | EMS call, excluding vehicle accident with injury |
| 2023-013750 | 10/11/2023 11:45 | Eastshore H | Outside rubbish fire, other |
| 2023-014261 | 10/22/2023 16:27 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2023-014413 | 10/25/2023 17:35 | CEDAR ST | Smoke or odor removal |
| 2023-014566 | 10/28/2023 13:46 | 2ND ST | Emergency medical service incident, other |
| 2023-015081 | 11/8/2023 7:08 | JONES ST | EMS call, excluding vehicle accident with injury |
| 2023-015297 | 11/13/2023 10:52 | 4TH ST | EMS call, excluding vehicle accident with injury |
| 2023-015357 | 11/14/2023 11:59 | CEDAR ST | EMS call, excluding vehicle accident with injury |
| 2023-015385 | 11/14/2023 22:03 | 2ND ST | Outside rubbish, trash or waste fire |
| 2023-015402 | 11/15/2023 10:02 | CEDAR ST | No incident found on arrival at dispatch address |
| 2023-015451 | 11/16/2023 15:06 | CEDAR ST | Good intent call, other |
| 2023-016074 | 11/29/2023 10:01 | PAGE ST | Outside rubbish, trash or waste fire |
| 2023-016383 | 12/5/2023 10:49 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2023-016444 | 12/6/2023 14:42 | JONES ST | Emergency medical service incident, other |
| 2023-016753 | 12/12/2023 15:26 | 2ND ST | Rescue, EMS incident, other |
| 2023-016819 | 12/14/2023 1:40 | 2ND ST | Motor vehicle accident with injuries |
| 2023-017128 | 12/19/2023 23:19 | CEDAR ST | Motor vehicle accident with injuries |
| 2023-017205 | 12/21/2023 8:57 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2023-017500 | 12/27/2023 13:03 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-000003 | 1/1/2024 0:32 | 2ND ST | Outside rubbish fire, other |
| 2024-000022 | 1/1/2024 11:18 | CEDAR ST | EMS call, excluding vehicle accident with injury |
| 2024-000166 | 1/4/2024 22:29 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-000358 | 1/9/2024 7:14 | 2ND ST | Outside rubbish fire, other |
| 2024-000404 | 1/9/2024 21:02 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-000777 | 1/17/2024 8:22 | PAGE ST | Outside rubbish fire, other |
| 2024-000896 | 1/19/2024 17:20 | EASTSHORI | Hazardous condition, other |
| 2024-001002 | 1/22/2024 3:44 | 2ND ST | Emergency medical service incident, other |
| 2024-001117 | 1/24/2024 10:26 | EASTSHORI | Emergency medical service incident, other |
| 2024-001169 | 1/25/2024 9:32 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-001537 | 2/1/2024 18:48 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-001625 | 2/3/2024 16:24 | 4TH ST | Smoke scare, odor of smoke |
| 2024-001794 | 2/6/2024 3:44 | PAGE ST | Emergency medical service incident, other |
| 2024-002846 | 2/27/2024 9:23 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-002945 | 2/29/2024 8:57 | EASTSHORI | Outside rubbish fire, other |
| 2024-003653 | 3/14/2024 14:38 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-003662 | 3/14/2024 18:21 | CEDAR ST | Motor vehicle/pedestrian accident (MV Ped) |
| 2024-004042 | 3/22/2024 22:41 | PAGE ST | Electrical  wiring/equipment problem, other |
| 2024-004081 | 3/24/2024 10:46 | CEDAR ST | Outside rubbish fire, other |
| 2024-004084 | 3/24/2024 11:28 | 4TH ST | Outside rubbish fire, other |

| | | | |
|---|---|---|---|
| 2024-004184 | 3/26/2024 14:39 | CEDAR ST | EMS call, excluding vehicle accident with injury |
| 2024-004262 | 3/27/2024 22:35 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-004349 | 3/30/2024 0:59 | 4TH ST | Smoke or odor removal |
| 2024-004377 | 3/30/2024 16:52 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-004610 | 4/4/2024 22:26 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-004629 | 4/5/2024 14:51 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-005075 | 4/14/2024 23:24 | EASTSHORI | EMS call, excluding vehicle accident with injury |
| 2024-005131 | 4/16/2024 7:05 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-005678 | 4/28/2024 8:25 | 2ND ST | Emergency medical service incident, other |
| 2024-005868 | 5/2/2024 8:32 | CEDAR ST | EMS call, excluding vehicle accident with injury |
| 2024-005921 | 5/3/2024 9:15 | CEDAR ST | No incident found on arrival at dispatch address |
| 2024-006030 | 5/5/2024 19:01 | JONES ST | EMS call, excluding vehicle accident with injury |
| 2024-006169 | 5/8/2024 16:32 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-006399 | 5/13/2024 13:39 | 2ND ST | Outside storage fire |
| 2024-006447 | 5/14/2024 10:21 | 2ND ST | Outside rubbish fire, other |
| 2024-006493 | 5/15/2024 6:17 | 2ND ST | Outside rubbish, trash or waste fire |
| 2024-006858 | 5/23/2024 16:54 | 4TH ST | EMS call, excluding vehicle accident with injury |
| 2024-007019 | 5/27/2024 15:16 | CEDAR ST | Electrical  wiring/equipment problem, other |
| 2024-007214 | 5/31/2024 13:15 | CEDAR ST | Smoke scare, odor of smoke |
| 2024-007595 | 6/8/2024 19:54 | JONES ST | Outside rubbish, trash or waste fire |
| 2024-007671 | 6/10/2024 12:20 | JONES ST | EMS call, excluding vehicle accident with injury |
| 2024-007772 | 6/12/2024 11:55 | EASTSHORI | Fire Related Tampering |
| 2024-007876 | 6/14/2024 20:40 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-007921 | 6/16/2024 5:29 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-008455 | 6/26/2024 22:36 | 4TH ST | Outside rubbish, trash or waste fire |
| 2024-008458 | 6/27/2024 1:06 | 4TH ST | Outside rubbish fire, other |
| 2024-008543 | 6/29/2024 0:30 | JONES ST | Outside rubbish, trash or waste fire |
| 2024-008821 | 7/4/2024 22:43 | PAGE ST | Outside rubbish, trash or waste fire |
| 2024-008939 | 7/7/2024 17:26 | 2ND ST | EMS call, excluding vehicle accident with injury |
| 2024-009051 | 7/10/2024 3:50 | PAGE ST | Outside rubbish fire, other |
| 2024-009122 | 7/12/2024 1:26 | 2ND ST | No incident found on arrival at dispatch address |
| 2024-009383 | 7/18/2024 8:06 | CEDAR ST | EMS call, excluding vehicle accident with injury |
| 2024-009781 | 7/27/2024 14:56 | 4TH ST | No incident found on arrival at dispatch address |
| 2024-009827 | 7/28/2024 20:12 | 4TH ST | Smoke from barbecue, tar kettle |