United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION, et al.,<br>Plaintiffs,<br>v.<br>CITY OF BERKELEY, et al.,<br>Defendants. | Case No. 25-cv-01414-EMC<br><br>**ORDER AMENDING ORDER APPOINTING SPECIAL MASTER (DKT. 345)** |

On September 10, 2026, this Court appointed Magistrate Judge Ajay Krishnan as Special Master (Dkt. 345) to adjudicate accommodations requests for the twenty-one individuals enumerated in this Court's Order re Individual Accommodations Adjudication and Abatement (Dkt. 342) ("Adjudication Order").

The Adjudication Order retained jurisdiction over seven individuals, and ordered the parties to submit joint status reports as to the accommodations requested by those individuals. Dkt. 342. Those status reports have now been filed. Dkts. 352, 380, 381, 383, 387, 388.

The Court amends its September 10, 2026 Order Appointing Special Master to add the following individuals for whom the Special Master may adjudicate requests for accommodations: Bradford Raymer, Jackeline Mendoza, Shawman, Jermaine Lee White, Gregory Grove, Lisa Saechao-y-chain, and Quinton Cocklereese. The temporary injunctive relief as to these seven individuals remains in effect pursuant to the Adjudication Order pending adjudication of their accommodations requests by the Special Master. Dkt. 342.

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: September 24, 2026

EDWARD M. CHEN
United States District Judge