UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BERKELEY HOMELESS UNION and FRANK MOORE,

Plaintiffs - Appellees,

and

ADRIEN BOUCHARD and NICHOLAS JOHNSON,

Plaintiffs,

v.

CITY OF BERKELEY; et al.,

Defendants - Appellants.

No. 26-2820

D.C. No.
3:25-cv-01414-EMC
Northern District of California,
San Francisco

ORDER

The September 25, 2026 deadline for Appellee's answering brief is suspended in this case until further order of the court. By close of business Monday, September 28, 2026, all parties shall file statements clarifying their respective positions regarding consolidation in the event the motions to dismiss the preliminary injunction appeals are not granted. *See* Dkt. 16 at 9 n.2.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT