UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BERKELEY HOMELESS UNION and FRANK MOORE,

Plaintiffs - Appellees,

ADRIEN BOUCHARD and NICHOLAS JOHNSON,

Plaintiffs,

v.

CITY OF BERKELEY; et al.,

Defendants - Appellants.

No. 25-7341

D.C. No.
3:25-cv-01414-EMC
Northern District of California,
San Francisco

ORDER

BERKELEY HOMELESS UNION and FRANK MOORE,

Plaintiffs - Appellees,

NICHOLAS JOHNSON and ADRIEN BOUCHARD,

Plaintiffs,

v.

CITY OF BERKELEY; et al.,

Defendants - Appellants.

No. 26-842
D.C. No.
3:25-cv-01414-EMC
Northern District of California,
San Francisco

BERKELEY HOMELESS UNION,

No. 26-2755

| | |
|---|---|
| Plaintiff - Appellee,<br><br>ADRIEN BOUCHARD; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY; et al.,<br><br>Defendants - Appellants. | D.C. No.<br>3:25-cv-01414-EMC<br>Northern District of California,<br>San Francisco |
| YESICA PRADO, on behalf of themselves and all others similarly situated; et al.,<br><br>Plaintiffs - Appellees,<br><br>ANGEL KENNETT and BARBARA GEIB,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY,<br><br>Defendant - Appellant. | No. 26-2823<br>D.C. No.<br>3:23-cv-04537-EMC<br>Northern District of California,<br>San Francisco |

The September 25, 2026 deadlines for Appellees' answering briefs are suspended in this case and in Case No. 26-2820 until further order of the court. By close of business Monday, September 28, 2026, all parties shall file statements clarifying their respective positions regarding consolidation in the event the

motions to dismiss the preliminary injunction appeals are not granted. *See* Dkt. 55 at 9 n.2.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT