UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY HOMELESS UNION, et al.,

Plaintiffs,

v.

CITY OF BERKELEY, et al.,

Defendants.

Case No. 25-cv-01414-EMC (ASK)

**ORDER RE: MOTION FOR RECONSIDERATION**

Re: Dkt. No. 420

The City of Berkeley moved for reconsideration of the Special Master's procedural order, requesting that the deadline for the parties' joint submission be moved from November 13, 2026, to October 30, 2026. Dkt. 420. The City insists on an earlier deadline because of the urgent need to abate the Harrison Corridor.

The City's motion is **DENIED** given the Ninth Circuit's recent ruling. *See Berkeley Homeless Union v. City of Berkeley*, No. 25-7341, 2026 WL 3206465, at *2 (9th Cir. Oct. 26, 2026). The Ninth Circuit's ruling, which issued after the City's motion for reconsideration, is a changed circumstance that appears to undermine the premise underlying the City's motion.

**IT IS SO ORDERED.**

Dated: October 30, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California